IN THE UNITED STATES DISTRICT COURT FOR THE **FILED**
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIFD III-E INC., THE TAX MATTERS PARTNER OF CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY, | ) ) ) ) | 2003 OCT 30 P 1: 12  US DISTRICT COURT BRIDGEPORT CT |
| Plaintiff, | ) | CASE NOS. 3:01CV01839 (SRU) |
| v. | ) ) | 3:01CV01840 (SRU) |
| UNITED STATES OF AMERICA, | ) ) | October 29, 2003 |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO DESIGNATE REBUTTAL EXPERT**

Pursuant to Local Rule 7(b), plaintiff, TIFD III-E INC., by its undersigned counsel, hereby respectfully moves for a forty-five (45) day extension of time to December 15, 2003, to designate a rebuttal expert pursuant to Fed. R. Civ. P. 26(a)(2)(C). Defendant's counsel has reviewed this motion and does not oppose the relief sought. In support of this motion, plaintiff avers as follows:

1. Pursuant to the Court's April 17, 2002 Scheduling Order and Fed. R. Civ. P. 26(a)(2), plaintiff disclosed its primary expert witness on June 16, 2003, and defendant disclosed its two expert witnesses on August 15, 2003. Plaintiff's rebuttal experts, if any, were originally due to be disclosed on September 15, 2003 pursuant to Fed. R. Civ. P. 26(a)(2)(C). In connection with an unopposed motion by defendant to extend the discovery period to February 15, 2004, by Order dated September 25, 2003 the Court continued plaintiff's September 15, 2003 expert rebuttal disclosure deadline to October 31, 2003.

2. On October 31, 2003, plaintiff will provide defendant with a rebuttal expert report from its primary witness, Professor Stewart C. Myers. As explained to defendant's counsel, plaintiff needs additional time to determine whether one more

92603v1

rebuttal expert is necessary or appropriate. This additional time is needed due to the press of other business and matters related to this case.

3. On or before December 15, 2003, plaintiff will provide defendant's counsel with one additional expert report or, if plaintiff determines that an additional expert is not needed, shall notify defendant's counsel of this determination on or before December 15, 2003.

4. No extension with respect to any other portion of the Court's April 17, 2002 Scheduling Order, as modified by the Court's September 25, 2003 Order, is requested.

5. Counsel for defendant does not oppose this motion.

6. This is the second motion for extension of time that relates to the disclosure of plaintiff's rebuttal experts, the first being defendant's September 23, 2003 Unopposed Motion to Extend Discovery Period.

WHEREFORE, plaintiff respectfully requests a 45-day extension of time to designate an additional rebuttal expert, to December 15, 2003.

PLAINTIFF
TIFD III-E, INC., the Tax Matters Partner of Castle Harbour-I Limited-Liability Company

Anthony M. Fitzgerald (ct04167)
CARMODY & TORRANCE LLP
195 Church Street, P.O. Box 1950
New Haven, Connecticut 06509-1950
Telephone: (203) 777-5501
Facsimile: (203) 784-3199
e-mail: afitzgerald@carmodylaw.com

2

OF COUNSEL

William F. Nelson, ct22883
William S. McKee, ct23187
David J. Curtin, ct22881
John A. Galotto, ct22882
Michael J. Desmond, ct23186
MCKEE NELSON LLP
1919 M Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
e-mail: wnelson@mckeenelson.com
		wmckee@mckeenelson.com
		dcurtin@mckeenelson.com
		jgalotto@mckeenelson.com
		mdesmond@mckeenelson.com

Suzanne C. Feese, ct23162
KING & SPALDING
191 Peachtree Street
Atlanta, GA  30303-1763
Telephone:  (404) 572-3566
Facsimile:   (404) 572-5147
e-mail:  sfeese@kslaw.com

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

TIFD III-E INC., THE TAX MATTERS )
PARTNER OF CASTLE HARBOUR-I )
LIMITED-LIABILITY COMPANY, )
                              )
           Plaintiff,         ) CASE NOS. 3:01CV01839 (SRU)
     v.                       )
                              )
UNITED STATES OF AMERICA,     )
                              )
           Defendant.         )

## ORDER

Plaintiff's unopposed motion for enlargement of time to designate an additional rebuttal expert, to December 15, 2003, is hereby GRANTED.

IT IS SO ORDERED.

Dated at Bridgeport this _____ day of November, 2003.


                                        _____
                                        Stefan R. Underhill
                                        United States District Judge

## CERTIFICATE OF SERVICE

This is to certify that the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO DESIGNATE REBUTTAL EXPERT has been served by facsimile and regular mail, postage prepaid, on October 29, 2003 to:

>Robert J. Higgins
>Lara E. Ewens
>Trial Attorneys, Tax Division
>P.O. Box 26
>Ben Franklin Station
>Washington, D.C. 20044
>Facsimile: (202) 514-9440

and by regular mail, postage prepaid to:

>John B. Hughes
>Assistant United States Attorney
>Chief, Civil Division
>157 Church Street
>New Haven, CT 06508

_____
Anthony M. Fitzgerald

5