IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

**FILED**

2003 OCT 30 P 1: 12

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| TIFD III-E INC., THE TAX MATTERS PARTNER OF CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY, | ) ) ) ) |
| Plaintiff, | ) CASE NOS. 3:01CV01839 (SRU) |
| v. | ) 3:01CV01840 (SRU) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) October 29, 2003 |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO DESIGNATE REBUTTAL EXPERT**

Pursuant to Local Rule 7(b), plaintiff, TIFD III-E INC., by its undersigned counsel, hereby respectfully moves for a forty-five (45) day extension of time to December 15, 2003, to designate a rebuttal expert pursuant to Fed. R. Civ. P. 26(a)(2)(C). Defendant's counsel has reviewed this motion and does not oppose the relief sought. In support of this motion, plaintiff avers as follows:

1. Pursuant to the Court's April 17, 2002 Scheduling Order and Fed. R. Civ. P. 26(a)(2), plaintiff disclosed its primary expert witness on June 16, 2003, and defendant disclosed its two expert witnesses on August 15, 2003. Plaintiff's rebuttal experts, if any, were originally due to be disclosed on September 15, 2003 pursuant to Fed. R. Civ. P. 26(a)(2)(C). In connection with an unopposed motion by defendant to extend the discovery period to February 15, 2004, by Order dated September 25, 2003 the Court continued plaintiff's September 15, 2003 expert rebuttal disclosure deadline to October 31, 2003.

2. On October 31, 2003, plaintiff will provide defendant with a rebuttal expert report from its primary witness, Professor Stewart C. Myers. As explained to defendant's counsel, plaintiff needs additional time to determine whether one more

GRANTED; ABSENT OBJECTION.
SO ORDERED. /s/ [signature] U.S.D.J. 11/5/03

92603v1