STATUS CONFERENCE HELD
DATE: 2/23/04
(20 min.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

February 23, 2004

4:00 p.m.

CASE NO. **3:01cv1839 (SRU)**    **TIFD v USA**

William F. Nelson
William S. McKee
John Galotto
Michael J. Desmond
David J. Curtin
McKee & Nelson
1919 M St., NW
Suite 800
Washington, DC 20036

Christine Grant Michaelis
Lara E. Ewens
U.S. Department Of Justice
Tax Division
PO Box 55
Ben Franklin Station
Washington, DC 20044-0055

Suzanne C. Feese
King & Spalding
191 Peachtree St., NE
Atlanta, GA 30303-1763

Anthony M. Fitzgerald
Carmody & Torrance
195 Church St., PO Box 1950
18th Floor
POBox 1950
New Haven, CT 06509-1950

Robert J. Higgins
US Department of Justice
Tax Division
555 4th St., NW
Room 8816
Washington, DC 20001

John B. Hughes
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK