# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFD III-E INC., the Tax Matters Partner of CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL ACTION NO.: <br> 3:01-CV-01839 (SRU) <br><br><br> MARCH 2, 2004 |

## **APPEARANCE**

Please enter the appearance of ANN H. RUBIN on behalf of the plaintiff, TIFD III-E INC., the Tax Partner of CASTLE HARBOUR-I LIMITED –LIABILITY COMPANY, in the above-captioned action.

> THE PLAINTIFF,
> TIFD III-E INC., the Tax Matters Partner of
> CASTLE HARBOUR-I LIMITED-LIABILITY
> COMPANY
>
>
> BY __/s/_____
>   Ann H. Rubin
>   Fed. Bar No. ct04486
>   Carmody & Torrance LLP
>   195 Church Street
>   PO Box 1950
>   New Haven, CT  06509-1950
>   Telephone: 203-777-5501
>   Facsimile:  203-784-3199

{N0714904}

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Christine Grant Michaelis, Esq.
Lara E. Ewens, Esq.
U.S. Department of Justice Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044-0055

Robert J. Higgins, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 26
Washington, D.C. 20044

Suzanne C. Feese, Esq.
King & Spalding
191 Peachtree Street, NE
Atlanta, GA 30303-1763

David J. Curtin, Esq.
John A. Galotto, Esq.
William F. Nelson, Esq.
Michael J. Desmond, Esq.
William S. McKee, Esq.
McKee Nelson LLP
1919 M St., NW Suite 800
Washington D.C. 20036

John B. Hughes, Esq.
U.S. Attorney's Office
157 Church Street; P.O. Box 1824
23rd Floor
New Haven, CT 06510

                                                      _____/s/_____
                                                      Ann H. Rubin