UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 23  P 3: 49

U.S. DISTRICT COURT
BRIDGEPORT, CONN

TIFD III-E, INC.

v.

UNITED STATES OF AMERICA

CASE NOS. 3:01 CV 1839 (SRU) (lead)
3:01 CV 1840 (SRU) (member)

## SCHEDULING ORDER

As discussed during the telephone status conference on February 23, 2004, this case will proceed as follows.

1. Trial shall commence on **July 21, 2004.**

2. The Joint Pretrial Memorandum shall be due **July 7, 2004.**

3. The Pretrial Conference is scheduled for **July 15, 2004 at 4:00 p.m.**

This schedule will not be modified by agreement of counsel, but only upon a superseding order of the court. Any requests for extensions of time will be made by written motion to the court for good cause only.

It is so ordered.

Dated at Bridgeport this 22nd day of March, 2004.

Stefan R. Underhill
United States District Judge