IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFD III-E INC.,THE TAX MATTERS PARTNER OF CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NOS. 3:01CV01839(SRU)<br>)                    3.01CV01840(SRU)<br>)<br>)<br>)<br>) |

**UNITED STATES' MOTION FOR LEAVE TO FILE A
BRIEF EXCEEDING FORTY PAGES**

COMES NOW the defendant, the United States of America, and hereby moves this Court for leave to file a trial brief exceeding forty pages in length. In support of this motion, the defendant states that this matter involves a complex tax shelter and additional pages were necessary to fully explicate the various factual and legal issues involved. The text of the accompanying trial brief is 59 pages.

WHEREFORE, the defendant prays that the Court grant this motion for leave to file a trial brief in excess of 40 pages in length.

        KEVIN J. O'CONNOR
        United States Attorney
        JOHN B. HUGHES
        Chief, Civil Division

        _____
        ROBERT J. HIGGINS (ct23378)
        BARRY E. REIFERSON (ct24580)
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Washington, D.C. 20044
        Telephone: (202) 307-6580
        Facsimile: (202) 514-5440

July 8, 2004

CERTIFICATE OF SERVICE

I certify that service of the foregoing United States' Motion for Leave to File a Brief Exceeding Forty Pages, has, this ____ day of July 2004, been made on plaintiffs' counsel by mailing in a postage pre-paid envelope a copy thereof to the following address:

David J. Curtin, Esq.
MCKEE NELSON LLP
1919 M Street, N.W., Suite 800
Washington, DC 20036

Anthony M. Fitzgerald
CARMODY & TORRANCE LLP
195 Church Street
P.O. Box 1950
New Haven, Connecticut 06509-1950

Suzanne C. Feese
KING & SPALDING
191 Peachtree Street
Atlanta, Georgia 30303-1763

_____
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440