# APPENDIX B - PLAINTIFF'S LIST OF EXHIBITS TOGETHER WITH DEFENDANT'S OBJECTIONS THERETO

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 1 | First Closing Binder: Index of First Closing Documents | 0097562 | 0097565 | |
| 2 | First Closing Binder Tab 1: Corporate Documents: TIFD III-E INC.: Incumbency Certificate and Powers of Attorney | 0097568 | 0097574 | |
| 3 | First Closing Binder Tab 2: Corporate Documents: TIFD III-E INC.: Secretary's Certificate certifying as to attached Certificate of Incorporation, by-laws and authorizing resolutions | 0097576 | 0097614 | |
| 4 | First Closing Binder Tab 3: Corporate Documents: TIFD III-E INC.: Officer's Certificate as to representations and warranties | 0097616 | 0097616 | |
| 5 | First Closing Binder Tab 4: Corporate Documents: TIFD III-E INC.: Permit to engage in or carry on any trade or business in or from within Bermuda | 0097618 | 0097619 | |
| 6 | First Closing Binder Tab 5: Corporate Documents: TIFD III-M INC.: Incumbency Certificate and powers of attorney | 0097621 | 0097627 | |
| 7 | First Closing Binder Tab 6: Corporate Documents: TIFD III-M INC.: Secretary's Certificate certifying as to attached Certificate of Incorporation, by-laws and authorizing resolutions | 0097629 | 0097667 | |
| 8 | First Closing Binder Tab 7: Corporate Documents: TIFD III-M INC.: Officer's Certificate as to representations and warranties | 0097669 | 0097669 | |
| 9 | First Closing Binder Tab 8: Corporate Documents: TIFD III-M INC.: Permit to engage in or carry on any trade or business in or from within Bermuda | 0097671 | 0097672 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 10 | First Closing Binder Tab 9: Corporate Documents: General Electric Capital AG: Incumbency Certificate | 0097674 | 0097674 | |
| 11 | First Closing Binder Tab 10: Corporate Documents: General Electric Capital AG: Director's Certificate certifying as to attached charter, commercial register extract and authorizing resolutions | 0097676 | 0097700 | |
| 12 | First Closing Binder Tab 11: Corporate Documents: General Electric Capital AG: Director's Certificate as to representations and warranties | 0097702 | 0097702 | |
| 13 | First Closing Binder Tab 12: Corporate Documents: General Electric Capital Corporation: Incumbency Certificate and powers of attorney | 0097704 | 0097710 | |
| 14 | First Closing Binder Tab 13: Corporate Documents: General Electric Capital Corporation: Attesting Secretary Certificate certifying as to the attached Restated Organization Certificate and by-laws | 0097712 | 0097808 | |
| 15 | First Closing Binder Tab 14: Corporate Documents: General Electric Capital Corporation: Officer's Certificate as to representations and warranties | 0097810 | 0097810 | |
| 16 | First Closing Binder Tab 15: Corporate Documents: Transportation and Industrial Funding Corporation: Incumbency Certificate and powers of attorney | 0097812 | 0097819 | |
| 17 | First Closing Binder Tab 16: Corporate Documents: Transportation and Industrial Funding Corporation: Secretary's Certificate certifying as to the attached Certificate of Incorporation, by-laws and authorizing resolutions | IRS46003 | IRS46047 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 18 | First Closing Binder Tab 17: Corporate Documents: Transportation and Industrial Funding Corporation: Officer's Certificate as to representations and warranties | 0097867 | 0097867 | |
| 19 | First Closing Binder Tab 18: Corporate Documents: TIFD VI INC.: Incumbency Certificate | 0097869 | 0097869 | |
| 20 | First Closing Binder Tab 19: Corporate Documents: TIFD VI INC.: Secretary's Certificate certifying as to the attached Certificate of Incorporation, by-laws and authorizing resolutions | 0097871 | 0097880 | |
| 21 | First Closing Binder Tab 20: Corporate Documents: TIFD VI INC.: Copies of the Stock Certificates of TIFD VI INC. | 0097882 | 0097888 | |
| 22 | First Closing Binder Tab 21: Limited Liability Company Documents: Certified copy of Articles of Organization of GE Capital Summer Street-I Limited Liability Company | 0097890 | 0097896 | |
| 23 | First Closing Binder Tab 22: Limited Liability Company Documents: Operating Agreement of GE Capital Summer Street-I Limited Liability Company | 0097898 | 0098064 | |
| 24 | First Closing Binder Tab 23: Contribution and Assignment Documents: Contribution Agreement | 0098066 | 0098107 | |
| 25 | First Closing Binder Tab 24: Contribution and Assignment Documents: Contribution Agreement | 0098109 | 0098150 | |
| 26 | First Closing Binder Tab 25: Contribution and Assignment Documents: Contribution Agreement | 0098152 | 0098196 | |
| 27 | First Closing Binder Tab 26: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098199 | 0098210 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 28 | First Closing Binder Tab 27: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098212 | 0098231 | |
| 29 | First Closing Binder Tab 28: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098233 | 0098240 | |
| 30 | First Closing Binder Tab 29: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098242 | 0098252 | |
| 31 | First Closing Binder Tab 30: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098254 | 0098262 | |
| 32 | First Closing Binder Tab 31: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098264 | 0098271 | |
| 33 | First Closing Binder Tab 32: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098273 | 0098281 | |
| 34 | First Closing Binder Tab 33: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098283 | 0098291 | |
| 35 | First Closing Binder Tab 34: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098293 | 0098304 | |
| 36 | First Closing Binder Tab 35: Related Agreements: Administrative Services Agreement between GE Capital Summer Street-I Limited Liability Company and GE Capital Advisory Services Ltd. | 0098306 | 0098331 | |
| 37 | First Closing Binder Tab 36: Related Agreements: Capital Contribution Agreement | 0098333 | 0098339 | |
| 38 | First Closing Binder Tab 37: Related Agreements: Cash Flow Participation Agreement | 0098341 | 0098346 | |
| 39 | First Closing Binder Tab 38: Related Agreements: Option Agreement | 0098348 | 0098359 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 40 | First Closing Binder Tab 39: Related Agreements: Cash Management Agreement | 0098361 | 0098369 | |
| 41 | First Closing Binder Tab 40: Opinions: Opinion of Vargas & Bartlett, Nevada Counsel | 0098371 | 0098375 | |
| 42 | First Closing Binder Tab 41: Opinions: Opinion of Lenz & Staehelin, Swiss Counsel | 0098377 | 0098382 | |
| 43 | First Closing Binder Tab 42: Opinions: Opinion of William C. Boston & Associates | 0046793 | 0046994 | |
| 44 | First Closing Binder Tab 43: Opinions: Opinion of Slaughter & May, British Counsel | 0098588 | 0098590 | |
| 45 | First Closing Binder Tab 44: Miscellaneous: GE Capital Summer Street-I Limited Liability Company Receipt to TIFD III-E INC. | 0098592 | 0098592 | |
| 46 | First Closing Binder Tab 45: Miscellaneous: GE Capital Summer Street-I Limited Liability Company Receipt to TIFD III-M INC. | 0098594 | 0098594 | |
| 47 | First Closing Binder Tab 46: Miscellaneous: GE Capital Summer Street-I Limited Liability Company Receipt to General Electric Capital AG | 0098596 | 0098596 | |
| 48 | First Closing Binder Tab 47: Miscellaneous: Affidavits of Citizenship | 0098598 | 0098605 | |
| 49 | First Closing Binder Tab 48: Miscellaneous: GE Capital Summer Street-I Limited Liability Company Unanimous Consent of Members | 0098607 | 0098607 | |
| 50 | Second Closing Binder: Index of Second Closing Documents | 0098612 | 0098617 | |
| 51 | Second Closing Binder Tab 1: Transaction Documents: Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J001.) | | | |
| 52 | Second Closing Binder Tab 2: Transaction Documents: Investment Agreement (This exhibit has been renumbered as joint exhibit J002.) | | | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 53 | Second Closing Binder Tab 3: Transaction Documents: Guaranty (This exhibit has been renumbered as joint exhibit J003.) | | | |
| 54 | Second Closing Binder Tab 4: Transaction Documents: Internationale Nederlanden Bank N.V. Tax Indemnity Agreement (This exhibit has been renumbered as joint exhibit J004.) | | | |
| 55 | Second Closing Binder Tab 5: Transaction Documents: Rabo Merchant Bank N.V. Tax Indemnity Agreement (This exhibit has been renumbered as joint exhibit J005.) | | | |
| 56 | Second Closing Binder Tab 6: Transaction Documents: Administrative Services Agreement-I between GE Capital Advisory Services Ltd. and Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J006.) | | | |
| 57 | Second Closing Binder Tab 7: Transaction Documents: Administrative Services Agreement-II between GE Capital Advisory Services Ltd. and Castle Harbour-I Limited-Liability Company | 0011628 | 0011640 | |
| 58 | Second Closing Binder Tab 8: Transaction Documents: Cost Allocation Agreement | 0099538 | 0099543 | |
| 59 | Second Closing Binder Tab 9: Transaction Documents: Investment Agreement Discretionary | 0099545 | 0099552 | |
| 60 | Second Closing Binder Tab 10: Transaction Documents: Investment Agreement Discretionary | 0099556 | 0099562 | |
| 61 | Second Closing Binder Tab 11: Transaction Documents: Assignment of Member Interest | 0099564 | 0099566 | |
| 62 | Second Closing Binder Tab 12: Transaction Documents: Assignment of Member Interest | 0099568 | 0099570 | |
| 63 | Second Closing Binder Tab 13: Transaction Documents: Assignment of Member Interest | 0099572 | 0099574 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 64 | Second Closing Binder Tab 14: Transaction Documents: Internationale Nederlanden Bank N.V. Non-Recourse Note | 0099576 | 0099579 | |
| 65 | Second Closing Binder Tab 15: Transaction Documents: Rabo Merchant Bank N.V. Non-Recourse Note | 0099581 | 0099584 | |
| 66 | Second Closing Binder Tab 16: Transaction Documents: Subsidiary Master Lease | 0011678 | 0011723 | |
| 67 | Second Closing Binder Tab 17: Transaction Documents: Master Lease | 0099633 | 0099678 | |
| 68 | Second Closing Binder Tab 18: Transaction Documents: General Electric Capital Corporation Indemnification Agreement | 0099680 | 0099687 | |
| 69 | Second Closing Binder Tab 19: Transaction Documents: Internationale Nederlanden Bank N.V. Demand Notes | 0099689 | 0099690 | |
| 70 | Second Closing Binder Tab 20: Transaction Documents: Rabo Merchant Bank N.V. Demand Notes | 0099692 | 0099693 | |
| 71 | Second Closing Binder Tab 21: TIFD III-E INC.: Secretary's Certificate | 0099695 | 0099698 | |
| 72 | Second Closing Binder Tab 22: TIFD III-E INC.: Officer's Certificate | 0099700 | 0099701 | |
| 73 | Second Closing Binder Tab 23: TIFD III-M INC.: Secretary's Certificate | 0099703 | 0099706 | |
| 74 | Second Closing Binder Tab 24: TIFD III-M INC.: Officer's Certificate | 0099708 | 0099709 | |
| 75 | Second Closing Binder Tab 25: TIFD III-M INC.: Officer's Certificate | 0099711 | 0099712 | |
| 76 | Second Closing Binder Tab 26: General Electric Capital AG: Director's Certificate | 0099714 | 0099720 | |
| 77 | Second Closing Binder Tab 27: General Electric Capital AG: Director's Certificate | 0099722 | 0099723 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 78 | Second Closing Binder Tab 28: Castle Harbour Leasing Inc.: Secretary's Certificate | 0099725 | 0099766 | |
| 79 | Second Closing Binder Tab 29: Castle Harbour Leasing Inc.: Incumbency Certificate | 0099768 | 0099768 | |
| 80 | Second Closing Binder Tab 30: Castle Harbour Leasing Inc.: Delegation of Authority | 0099770 | 0099770 | |
| 81 | Second Closing Binder Tab 31: Castle Harbour Leasing Inc.: Officer's Certificate | 0099772 | 0099772 | |
| 82 | Second Closing Binder Tab 32: Castle Harbour Leasing Inc.: Permit to Conduct Business in Bermuda | 0001879 | 0001879 | |
| 83 | Second Closing Binder Tab 33: Castle Harbour Leasing Inc.: Action by Stockholder without Meeting | 0099777 | 0099778 | |
| 84 | Second Closing Binder Tab 34: Castle Harbour Leasing Inc.: Action by Director without Meeting | 0099780 | 0099780 | |
| 85 | Second Closing Binder Tab 35: General Electric Capital Corporation: Attesting Secretary's Certificate | 0099782 | 0099788 | |
| 86 | Second Closing Binder Tab 36: General Electric Capital Corporation: Officer's Certificate | 0099792 | 0099793 | |
| 87 | Second Closing Binder Tab 37: Castle Harbour-I Limited-Liability Company: General Manager's Certificate | 0099795 | 0099795 | |
| 88 | Second Closing Binder Tab 38: Castle Harbour-I Limited-Liability Company: General Manager's Certificate | 0099797 | 0099797 | |
| 89 | Second Closing Binder Tab 39: Castle Harbour-I Limited-Liability Company: General Manager's Certificate | 0099799 | 0099799 | |
| 90 | Second Closing Binder Tab 40: Castle Harbour-I Limited-Liability Company: Permit to conduct business in Bermuda | 0099801 | 0099801 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 91 | Second Closing Binder Tab 41: Internationale Nederlanden Bank N.V.: Copy of Statuten | 0099803 | 0099835 | |
| 92 | Second Closing Binder Tab 42: Internationale Nederlanden Bank N.V.: Copy of page from Signature Book | 0099837 | 0099838 | |
| 93 | Second Closing Binder Tab 43: Internationale Nederlanden Bank N.V.: Copy of Extract from Commercial Registry | 0099840 | 0099841 | Not in English |
| 94 | Second Closing Binder Tab 44: Internationale Nederlanden Bank N.V.: Forms 1001/W-8 | 0099843 | 0099844 | |
| 95 | Second Closing Binder Tab 45: Internationale Nederlanden Bank N.V.: Letter from Internationale Nederlanden Bank N.V. to TIFD III-M INC. | 0099846 | 0099847 | |
| 96 | Second Closing Binder Tab 46: Rabo Merchant Bank N.V.: Copy of Statuten | 0099849 | 0099858 | Not in English |
| 97 | Second Closing Binder Tab 47: Rabo Merchant Bank N.V.: Power of Attorney | 0099860 | 0099861 | |
| 98 | Second Closing Binder Tab 48: Rabo Merchant Bank N.V.: Copy of Extract from Commercial Registry | 0099863 | 0099869 | Not in English |
| 99 | Second Closing Binder Tab 49: Rabo Merchant Bank N.V.: Forms 1001/W-8 | 0099871 | 0099872 | |
| 100 | Second Closing Binder Tab 50: Opinions: Opinion of Wendy Ormond | 0099874 | 0099878 | |
| 101 | Second Closing Binder Tab 51: Opinions: Opinion of King and Spalding | 0099880 | 0099911 | |
| 102 | Second Closing Binder Tab 52: Opinions: Opinion of Potter, Anderson | 0099913 | 0099925 | |
| 103 | Second Closing Binder Tab 53: Opinions: Opinion of Vargas and Bartlett | 0099927 0099909 | 0099931 0099911 | |
| 104 | Second Closing Binder Tab 54: Opinions: Opinion of William C. Boston & Associates | 0099934 | 0100132 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 105 | Second Closing Binder Tab 55: Opinions: Opinion of Lenz and Staehelin | 0089360 | 0089366 | |
| 106 | Second Closing Binder Tab 56: Opinions: Opinion of Baker and McKenzie | 0100141 | 0100146 | |
| 107 | Second Closing Binder Tab 57: Opinions: Opinion of Slaughter and May | 0100148 | 0100151 | |
| 108 | Second Closing Binder Tab 58: Receipts: Castle Harbour-I Limited-Liability Company receipt to Internationale Nederlanden Bank N.V. | 0100153 | 0100153 | |
| 109 | Second Closing Binder Tab 59: Receipts: TIFD III-M INC. receipt to Internationale Nederlanden Bank N.V. | 0100155 | 0100155 | |
| 110 | Second Closing Binder Tab 60: Receipts: Castle Harbour-I Limited-Liability Company receipt to Rabo Merchant Bank N.V. | 0100157 | 0100157 | |
| 111 | Second Closing Binder Tab 61: Receipts: TIFD III-M INC. receipt to Rabo Merchant Bank N.V. | 0100159 | 0100159 | |
| 112 | Second Closing Binder Tab 62: Receipts: Castle Harbour-I Limited-Liability Company receipt to TIFD III-M INC. | 0100161 | 0100161 | |
| 113 | Second Closing Binder Tab 63: Receipts: General Electric Capital AG receipt to TIFD III-M INC. | 0100163 | 0100163 | |
| 114 | Second Closing Binder Tab 64: Receipts: Internationale Nederlanden Bank N.V. receipt to TIFD III-M INC. | 0100165 | 0100165 | |
| 115 | Second Closing Binder Tab 65: Receipts: Rabo Merchant Bank N.V. receipt to TIFD III-M INC. | 0100167 | 0100167 | |
| 116 | Second Closing Binder Tab 66: Miscellaneous: Service Contract between Castle Harbour Leasing Inc. and Codan Services Limited | 0100169 | 0100177 | |
| 117 | Second Closing Binder Tab 67: Miscellaneous: Service Contract between Castle Harbour-I Limited-Liability Company and Codan Services Limited | 0100179 | 0100187 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 118 | Second Closing Binder Tab 68: Miscellaneous: Amended Articles of Organization | 0100189 | 0100196 | |
| 119 | Second Closing Binder Tab 69: Miscellaneous: Action by Members without Meeting | 0100198 | 0100199 | |
| 120 | Second Closing Binder Tab 70: Miscellaneous: Action by Members without Meeting | 0100201 | 0100202 | |
| 121 | Second Closing Binder Tab 71: Miscellaneous: Affidavit of Citizenship | 0100204 | 0100205 | |
| 122 | Second Closing Binder Tab 72: Miscellaneous: Affidavit of Citizenship | 0100207 | 0100208 | |
| 123 | Second Closing Binder Tab 73: Miscellaneous: Affidavit of Citizenship | 0100210 | 0100211 | |
| 124 | Second Closing Binder Tab 74: Miscellaneous: Letter from Internationale Nederlanden Bank N.V. and Rabo Merchant Bank N.V. to TIFD III-M Inc. and TIFD III-E INC. | 0100213 | 0100213 | |
| 125 | IRS Letter Ruling | 0100249 | 0100259 | |
| 126 | IRS Letter Ruling | 0100260 | 0100272 | |
| 127 | Agreement to Acquire and Lease | IRS00018 | IRS00065 | |
| 128 | Head Lease of One Boeing 727-223 Aircraft | IRS03748 | IRS03863 | |
| 129 | Indenture between General Electric Credit Corporation and the Chase Manhattan Bank | 0100516 | 0100729 | |
| 130 | U.S. News & World Report article, entitled "Firms Now Lease Everything But Time for Everything from Aircraft to the Workers Who Service Them," by Kenneth R. Sheets | 0102300 | 0102303 | Hearsay |
| 131 | Presentation entitled "Dominion Bond Rating Service Meeting" | 0100362 | 0100437 | |
| 132 | Presentation entitled "Capital Availability" | 0100457 | 0100465 | |
| 133 | Article entitled "Cruisin' for a Bruisin'?" by David Tice | 0100335 | 0100350 | Hearsay |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 134 | General Electric Capital Corporation Form 10-K Annual Report | 0100733 | 0100776 | |
| 135 | Presentation entitled "Standard and Poor's - Capitalization Issues" | 0100438 | 0100456 | |
| 136 | Letter from Robert Lewis to T & I Managers and attached analyst reports (This exhibit has been renumbered as joint exhibit J007.) | | | |
| 137 | General Electric Capital Corporation Form 10-K Annual Report | 0100777 | 0100820 | |
| 138 | Organization Announcement from Robert L. Lewis | 0097232 | 0097232 | |
| 139 | Memorandum to Bill Price from Robert Lewis | 0097233 | 0097233 | |
| 140 | Presentation entitled "AFSA Meeting" | 0100466 | 0100474 | |
| 141 | Presentation to Morgan Stanley & Co., Inc. | 0097234 | 0097251 | |
| 142 | Presentation to McManus & Miles | 0097278 | 0097295 | |
| 143 | Presentation to Kidder Peabody & Company | 0097252 | 0097277 | |
| 144 | Presentation to Babcock & Brown, Inc. (This exhibit has been renumbered as joint exhibit J008.) | | | |
| 145 | Babcock & Brown, Inc. proposal entitled "Lease "Securitization" Structure" (This exhibit has been renumbered as joint exhibit J009.) | | | |
| 146 | Presentation entitled "Second Quarter Operating Review" | 0097300 | 0097302 | |
| 147 | Presentation entitled "Commercial Aviation Portfolio Selldown Project" (This exhibit has been renumbered as joint exhibit J010.) | | | |
| 148 | Memorandum from Bill Barker to various recipients | 0100359 | 0100361 | |
| 149 | Presentation entitled "Strategic Review" (This exhibit has been renumbered as joint exhibit J011.) | | | |
| 150 | Presentation entitled "Board of Directors Meeting" (This exhibit has been renumbered as joint exhibit J012.) | | | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 151 | Proposal entitled "PROPS" prepared by Babcock & Brown, Inc. (This exhibit has been renumbered as joint exhibit J013.) | | | |
| 152 | Barron's article, entitled "Losing Altitude: The Sky's No Longer the Limit for Aircraft Leasing Companies," by Jonathan R. Laing | 0102276 | 0102291 | Hearsay |
| 153 | Memorandum from James Fantaci to Bill Barker (This exhibit has been renumbered as joint exhibit J014.) | | | |
| 154 | General Electric Capital Corporation Form 10-K Annual Report | 0100821 | 0100864 | |
| 155 | Memorandum from Jeffrey S. Werner to H. Depp and R. Lewis | 0097444 | 0097446 | |
| 156 | Letter from Daniel Brickman to Molly Fergusson (This exhibit has been renumbered as joint exhibit J015.) | | | |
| 157 | Seattle Post-Intelligencer article, entitled "GE to Buy Planes from Leasing Firm" | 0102294 | 0102295 | Hearsay |
| 158 | Times of London article, entitled "GE Capital Comes up with GPA Rescue Deal" | 0102292 | 0102293 | Hearsay |
| 159 | Article entitled "Aircraft Finance's Bumpy Ride," by Valerie Gerard and Nancy E. Stroker | 0100351 | 0100358 | Hearsay |
| 160 | Fax from John T. Kilgallon to Paul Pepe and Mac Taylor | 0097447 | 0097453 | |
| 161 | Memorandum from Brian Rogol to R. O'Reilly, W. Barker, E. Dull, E. McGarvey, M. Kriedberg, R. D'Avino, Esq. and W. Ormond, Esq. | 0022027 | 0022027 | |
| 162 | Article entitled "Desert Store," by Flight International | 0101346 | 0101349 | Hearsay |
| 163 | Aviation Daily article, entitled "Experts Agree Capital is Available to Airlines But at a Cost" | 0102296 | 0102297 | Hearsay |
| 164 | Transportation and Industrial Funding approval document entitled "Project Airlease" (This exhibit has been renumbered as joint exhibit J016.) | | | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 165 | Notice of transfer from General Electric Capital Corporation to Delta Air Lines, Inc. | 0036370 | 0036422 | |
| 166 | Notice of transfer from General Electric Capital Corporation to Shawmut Bank Connecticut, N.A., and Bankers Trust Company | 0036280 0036298 0036296 | 0036295 0036297 | |
| 167 | Notice of transfer from General Electric Capital Corporation to Air Micronesia, Inc. and Continental Airlines, Inc. | 0036424 | 0036439 | |
| 168 | Notice of transfer from General Electric Capital Corporation to US Air, Inc. | 0036317 | 0036368 | |
| 169 | Notice of transfer from General Electric Capital Corporation to Morgan Guaranty Trust Company of New York and Bankers Trust Company | 0036232 | 0036247 | |
| 170 | Notice of transfer from General Electric Capital Corporation to First Security Bank of Utah, N.A., IBJ Schroder Bank and Trust Company, Prudential Insurance Company of America and Bank of America | 0036267 | 0036278 | |
| 171 | Notice of transfer from General Electric Capital Corporation to Credit Lyonnais/PK Airfinance, Continental Air Lines, Inc., State Street Bank & Trust Company, Shawmut Bank Connecticut, N.A., and First Security Bank of Utah, N.A. | 0036300 | 0036315 | |
| 172 | Notice of transfer from General Electric Capital Corporation to First Security Bank of Utah, N.A., Aetna Life and Casualty Company IGGP, Teachers Insurance & Annuity Association of America, Jefferson Standard Life Insurance Company, UNUM Life Insurance Company of America and State Street Bank & Trust Company | 0036249 0036261 0036258 0036262 | 0036257 0036260 0036265 | |
| 173 | Notice of transfer from General Electric Capital Corporation to Shawmut Bank Connecticut, N.A., with attachments, and August 13, 1993 letter from Jeff Nelson to Shawmut Bank Connecticut, N.A., with revised attachments | 0036092 0036111 | 0036109 0036127 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 174 | Notice of transfer from General Electric Capital Corporation to Wilmington Trust Company and NationsBank of Georgia, N.A. | 0036148 | 0036200 | |
| 175 | Notice of transfer from General Electric Capital Corporation to Shawmut Bank Connecticut, N.A., State Street Bank & Trust Company, Swissair, Swiss Air Transport Company, Ltd. and Swissair | 0036202 | 0036213 | |
| 176 | Notice of transfer from General Electric Capital Corporation to Shawmut Bank Connecticut, N.A. and Bankers Trust Company | 0036215 | 0036230 | |
| 177 | Notice of transfer from General Electric Capital Corporation to American Airlines, Inc. and National Westminster Bank, with attachments, and August 13, 1993 letter from Jeff Nelson to American Airlines, Inc. and National Westminster Bank, with revised attachments | 0036441 0036128 | 0036475 0036146 | |
| 178 | Notice to Marsh & McLennan of transfer of interests | 0085307 | 0085308 | |
| 179 | Employee Seconding Agreement | 0040822 | 0040829 | |
| 180 | Investment Memorandum (This exhibit has been renumbered as joint exhibit J017.) | | | |
| 181 | Portion of General Electric Capital Corporation presentation | 0100475 | 0100494 | |
| 182 | Letter from Rabo Merchant Bank N.V. to General Electric Capital Corporation (This exhibit has been renumbered as joint exhibit J018.) | | | |
| 183 | Airline Financial News article, entitled "GPA Finalizes GE Deal, Cancels $7.7 Billion in Boeing, Airbus Orders" | 0102298 | 0102299 | Hearsay |
| 184 | Moody's Special Comment, entitled "Aircraft Finance and Aircraft Securitization in the 1990s" | 0097454 | 0097467 | Hearsay, incomplete document |
| 185 | Airlease Transaction Closing Certificate for Documentation (This exhibit has been renumbered as joint exhibit J019.) | | | |