| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 186 | Bermuda Registration for Castle Harbour Leasing Inc. | 0034838 | 0034838 | |
| 187 | Restated Financial Statements of Castle Harbour-I Limited-Liability Company as of 10/06/1993 (This exhibit has been renumbered as joint exhibit J020.) | | | |
| 188 | IRS Form 1001 for Rabo Merchant Bank N.V. for years 1993 - 1995 | 0057184 | 0057184 | |
| 189 | IRS Form 1001 for International Nederlanden Bank N.V. for years 1993 - 1995 | 0061681 | 0061681 | |
| 190 | Castle Harbour Leasing Inc. Financial Statements as of 10/06/1993 | 0091850 | 0091857 | |
| 191 | Notice to U.S. Air, Inc. of name change from GE Capital Summer Street-I Limited Liability Company to Castle Harbour-I Limited-Liability Company | 0061733 | 0061735 | |
| 192 | Notice of name change of owner participant from GE Capital Summer Street-I Limited Liability Company to Castle Harbour-I Limited-Liability Company | 0061719 | 0091722 | |
| 193 | Bermuda Registration for Castle Harbour | 0034843 | 0034843 | |
| 194 | Employee Seconding Agreement | 0094779 | 0094786 | |
| 195 | Notification of distribution to the Managers and Members of Castle Harbour from C W Tewell | 0100314 | 0100319 | |
| 196 | Employee Seconding Agreement between Westbroke Limited and Castle Harbour-I Limited-Liability Company | 0013164 | 0013164 | |
| 197 | General Electric Capital Corporation Form 10-K Annual Report | 0100865 | 0100911 | |
| 198 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1993 (This exhibit has been renumbered as joint exhibit J024.) | | | |
| 199 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1993 (This exhibit has been renumbered as joint exhibit J021.) | | | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 200 | 1993 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J022.) | | | |
| 201 | 1993 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. (This exhibit has been renumbered as joint exhibit J023.) | | | |
| 202 | Documents concerning the January 17, 1994 Managers Meeting (This exhibit has been renumbered as joint exhibit J025.) | | | |
| 203 | Letter from GE Capital Advisory Services Ltd. to GE Capital Aviation Services Ltd. | 0012910 | 0012910 | |
| 204 | Letter from Coopers & Lybrand to the Irish Office of the Revenue Commissioners (This exhibit has been renumbered as joint exhibit J026.) | | | |
| 205 | Amendment No. 1 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J027.) | | | |
| 206 | Letter from Catherine Egan to Coopers and Lybrand | 0022060 | 0022061 | |
| 207 | Minutes of the April 6, 1994 Managers Meeting (This exhibit has been renumbered as joint exhibit J028.) | | | |
| 208 | Minutes of the June 22, 1994 Managers Meeting (This exhibit has been renumbered as joint exhibit J029.) | | | |
| 209 | Amendment No. 2 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J030.) | | | |
| 210 | Memorandum from Dermot Hanly to Diarmuid Hyde and Mike O'Shea (This exhibit has been renumbered as joint exhibit J031.) | | | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 211 | Administrative Services Agreement by and between Castle Harbour-I Limited-Liability Company and GE Capital Aviation Services, Ltd. (This exhibit has been renumbered as joint exhibit J032.) | | | |
| 212 | Memorandum from K. A. Kassidy and V. F. Guaglianone to various individuals | 0101350 | 0101350 | Hearsay, authenticity |
| 213 | Minutes of the July 14, 1994 Managers Meeting | 0000364 | 0000364 | |
| 214 | S.E.C. Amendment No. 1 to Form F-1, ALPS 94-1 Pass Through Trust | 0000917 | 0000919 | |
| 215 | Letter from Chris Tewell to the Managers and Members of Castle Harbour | 0002039 | 0002041 | |
| 216 | Administrative Services Agreement by and between Castle Harbour Leasing Inc. and GE Capital Aviation Services, Ltd. | 0095857 | 0095871 | |
| 217 | Remarketing Agreement between Castle Harbour-I Limited-Liability Company and GE Capital Aviation Services, Ltd. | 0095826 | 0095839 | |
| 218 | Letter from Chris Tewell to the Managers and Members of Castle Harbour (This exhibit has been renumbered as joint exhibit J033.) | | | |
| 219 | Assignment and Assumption Agreement | 0001495 | 0001514 | |
| 220 | Letter from Castle Harbour to TIFD III-E INC. | 0022212 | 0022215 | |
| 221 | Letter from Chris Tewell to Daire O'Criodain | 0076485 | 0076487 | |
| 222 | Fax letter from Johnny Moulsdale to CW Tewell, with attachments | 0017553 | 0017556 | |
| 223 | Minutes of the September 29, 1994 Managers Meeting (This exhibit has been renumbered as joint exhibit J034.) | | | |
| 224 | Letter from Chris Tewell to Daire O'Criodain | 0095952<br>0095956<br>0095954 | 0095953<br>0095956<br>0095954 | |
| 225 | Letter from Chris Tewell to the Managers and Members of Castle Harbour | 0070729<br>0095955<br>0070731 | 0070730<br>0095955<br>0070732 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 226 | Letter from Chris Tewell to the Managers and Members of Castle Harbour | 0070726 | 0070728 | |
| 227 | Letter from Brian Rogol to Robert Lewis (This exhibit has been renumbered as joint exhibit J035.) | | | |
| 228 | Letter from Edward Pieniazek to Daire O'Criodain | 0095957 | 0095961 | Hearsay |
| 229 | Letter from Kenneth A. Raff to Daire O'Criodain | 0007976 | 0007978 | Hearsay |
| 230 | Minutes of the December 21, 1994 Managers Meeting | 0000366 | 0000366 | |
| 231 | Letter from Chris Tewell to the Managers and Members of Castle Harbour | 0100309 | 0100311 | |
| 232 | Letter from Chris Tewell to Sean Brennan and Daire O'Criodain (This exhibit has been renumbered as joint exhibit J036.) | | | |
| 233 | Letter from Chris Tewell to Sean Brennan and Daire O'Criodain | 0095945 | 0095947 | |
| 234 | Letter from Brian Rogol to Robert Lewis | 0089374 | 0089376 | |
| 235 | Notification of distribution to the Managers and Members of Castle Harbour from C W Tewell | 0100320 | 0100324 | |
| 236 | Letter from Chris Tewell to TIFD III-E INC. | 0041572 | 0041587 | |
| 237 | Assignment and Assumption Agreement | 0001485 | 0001494 | |
| 238 | Letter from Edward Pieniazek to Sean Brennan | 0001997 | 0002000 | Hearsay |
| 239 | 1994 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. (This exhibit has been renumbered as joint exhibit J039.) | | | |
| 240 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1994 (This exhibit has been renumbered as joint exhibit J037.) | | | |
| 241 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1994 (This exhibit has been renumbered as joint exhibit J038.) | | | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 242 | 1994 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J040.) | | | |
| 243 | General Electric Capital Corporation Form 10-K Annual Report | 0100912 | 0100959 | |
| 244 | Letter from Chris Tewell to TIFD III-E INC. | 0041588 | 0041600 | |
| 245 | Assignment and Assumption Agreement | 0001476 | 0001484 | |
| 246 | Letter from Erica van Ooijen and Hen Mulders to Chris Tewell (This exhibit has been renumbered as joint exhibit J041.) | | | |
| 247 | Operating Manual of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J042.) | | | |
| 248 | Letter from Edward Pieniazek to Daire O'Criodain | 0016791 | 0016795 | Hearsay |
| 249 | Documents concerning the March 14, 1995 Managers Meeting | 0041153 0002710 | 0041153 0002710 | |
| 250 | Assignment and Assumption Agreement | 0001465 | 0001475 | |
| 251 | Letter from Chris Tewell to TIFD III-E INC. | 0041075 | 0041089 | |
| 252 | Documents concerning the April 4 and 5, 1995 Annual Meeting | 0018406 0022813 0000367 | 0018409 0022818 0000368 | |
| 253 | Letter from Anthony Bicknell to Frank Price | 0041513 0001278 | 0041516 0001278 | Hearsay |
| 254 | Letter from Hem Mulders and Erica V.C. van Ooijen to Chris Tewell (This exhibit has been renumbered as joint exhibit J043.) | | | |
| 255 | Letter of Intent from A G K Bicknell to Kenneth Raff | 0082285 0007974 | 0082289 0007974 | |
| 256 | Letter from Chris Tewell to Delta Air Lines, Inc. | 0053194 0081576 0053199 | 0053198 0081576 0053202 | |
| 257 | Supplemented and Restated Minutes of the June 6, 1995 Managers Meeting | 0041148 0002669 | 0041148 0002670 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 258 | First Waiver of Operating Agreement | 0002792<br>0007737<br>0002794 | 0002793<br><br>0002806 | |
| 259 | Letter from Castle Harbour to Delta Air Lines, Inc. | 0023153 | 0023153 | |
| 260 | Second Waiver of Operating Agreement | 0002822 | 0002834 | |
| 261 | Bermuda Department of Immigration Ministry of Labour and Home Affairs Initial Questionnaire Form, with Department of Social Insurance Card | 0102176 | 0102182 | Hearsay |
| 262 | Diarmuid Hyde Business Card | 0101344 | 0101344 | |
| 263 | Aircraft Purchase Agreement | 0000006 | 0000029 | |
| 264 | Aircraft Purchase Agreement | 0000031 | 0000055 | |
| 265 | Aircraft Purchase Agreement | 0000057 | 0000081 | |
| 266 | Fax memorandum from Diarmuid Hyde to C. Tewell, A. Bicknell, and S. Cunniff | 0090785 | 0090786 | |
| 267 | Letter from A G K Bicknell to Frank Price | 0007631 | 0007632 | Hearsay |
| 268 | Aircraft Purchase Agreement | 0006927 | 0006950 | |
| 269 | Aircraft Purchase Agreement | 0006674 | 0006697 | |
| 270 | Aircraft Purchase Agreement | 0056955 | 0056977 | |
| 271 | Aircraft Purchase Agreement | 0007015 | 0007038 | |
| 272 | Fax Letter from Artie Rush to Paul McElhinney | 0007527 | 0007527 | Hearsay |
| 273 | Letter from Kenneth A. Raff to Steve Cimalore and Jean Nolan | 0100730 | 0100732 | Hearsay |
| 274 | Castle Harbour-I Limited-Liability Company Activity Report - Period July 19, 1995 - July 28, 1995 | 0095643 | 0095644 | |
| 275 | Agreement letter from Kenneth Raff to Diarmuid Hyde | 0090771 | 0090771 | Hearsay |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 276 | Amendment No. 3 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J044.) | | | |
| 277 | Employee Seconding Agreement | 0022851 | 0022859 | |
| 278 | Aircraft Purchase Agreement | 0007246 | 0007270 | |
| 279 | Fax letter from Leonora Crean to Christine Brandt, with attachments | 0019180 | 0019183 | Hearsay |
| 280 | Fax letter from Diarmuid Hyde to Eleni Nassopoulou and Hem Mulders (This exhibit has been renumbered as joint exhibit J045.) | | | |
| 281 | Castle Harbour-I Limited-Liability Company Activity Report - Period July 29, 1995 - August 24, 1995 | 0095754 | 0095757 | |
| 282 | Third Waiver of Operating Agreement | 0057159 | 0057176 | |
| 283 | Aircraft Purchase Agreement | 0000224 | 0000244 | |
| 284 | Aircraft Purchase Agreement | 0000297 | 0000316 | |
| 285 | Documents concerning the October 2, 1995 Managers Meeting | 0070806 0002667 | 0070806 0002667 | |
| 286 | Castle Harbour-I Limited-Liability Company Activity Report - Period August 25, 1995 - October 6, 1995 | 0095758 | 0095760 | |
| 287 | Presentation entitled "GE Support Agreement Moody's Discussion" | 0100495 | 0100515 | Hearsay, authenticity |
| 288 | Documents concerning the November 6, 1995 General Electric Capital Corporation Update Meeting | 0000386 0000379 0000390 | 0000388 0000382 0000391 | |
| 289 | Castle Harbour-I Limited-Liability Company Activity Report - Period October 7, 1995 - November 17, 1995 | 0095640 | 0095642 | |
| 290 | IRS Form 1001 for Rabo Merchant Bank N.V. for years 1996 - 1998 | 0017239 | 0017239 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 291 | Amendment No. 4 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J046.) | | | |
| 292 | General Electric Capital Corporation Form 10-K Annual Report | 0100960 | 0101025 | |
| 293 | 1995 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. (This exhibit has been renumbered as joint exhibit J047.) | | | |
| 294 | 1995 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J050.) | | | |
| 295 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1995 (This exhibit has been renumbered as joint exhibit J048.) | | | |
| 296 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1995 (This exhibit has been renumbered as joint exhibit J049.) | | | |
| 297 | Castle Harbour-I Limited-Liability Company Activity Report - Period November 18, 1995 - January 5, 1996 | 0095761 | 0095763 | |
| 298 | Notification of distribution to the Managers and Members of Castle Harbour from C W Tewell | 0100325 | 0100329 | |
| 299 | Castle Harbour-I Limited-Liability Company Activity Report - Period January 6, 1996 - February 16, 1996 | 0095751 | 0095753 | |
| 300 | Minutes of the March 18, 1996 Managers Meeting | 0002665 | 0002665 | |
| 301 | Letter from KPMG to Castle Harbour, with attachments | 0016996 | 0016999 | Hearsay |
| 302 | Castle Harbour-I Limited-Liability Company Activity Report - Period February 17, 1996 - April 19, 1996 | 0095748 | 0095750 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 303 | Documents concerning the May 1, 1996 Annual Meeting (This exhibit has been renumbered as joint exhibit J051.) | | | |
| 304 | Amendment No. 5 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J052.) | | | |
| 305 | Castle Harbour-I Limited-Liability Company Activity Report - Period April 20, 1996 - June 6, 1996 | 0095745 | 0095747 | |
| 306 | Castle Harbour-I Limited-Liability Company Activity Report - Period June 7, 1996 - July 26, 1996 | 0095742 | 0095744 | |
| 307 | Castle Harbour-I Limited-Liability Company Action By Class B Members | 0002538 | 0002538 | |
| 308 | Letter from Chris Tewell to Brian Rogol | 0018394 | 0018394 | |
| 309 | Castle Harbour-I Limited-Liability Company Activity Report - Period July 27, 1996 - September 6, 1996 | 0095739 | 0095741 | |
| 310 | Fax from Diarmuid Hyde to Pauline McNamara, with attachment | 0008087 | 0008090 | |
| 311 | Minutes of the October 24, 1996 Managers Meeting | 0002619 | 0002620 | |
| 312 | Report "US Air Aircraft" | 0008125 | 0008125 | Hearsay, authenticity |
| 313 | Fax from Brett King to Diarmuid Hyde, with attachment | 0008131 | 0008132 | Hearsay, authenticity |
| 314 | Castle Harbour-I Limited-Liability Company Activity Report - Period September 7, 1996 - November 14, 1996 | 0095736 | 0095738 | |
| 315 | Minutes of the December 11, 1996 Managers Meeting | 0002594 | 0002595 | |
| 316 | Notification of distribution from Todd Freeman to the Managers and Members of Castle Harbour | 0014700 | 0014704 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 317 | 1996 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. (This exhibit has been renumbered as joint exhibit J054.) | | | |
| 318 | 1996 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J056.) | | | |
| 319 | U.S. GAAP financial reports for Castle Harbour-I Limited-Liability Company | 0100303 | 0100305 | Hearsay, authenticity |
| 320 | General Electric Capital Corporation Form 10-K Annual Report | 0101026 | 0101085 | |
| 321 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1996 (This exhibit has been renumbered as joint exhibit J055.) | | | |
| 322 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1996 (This exhibit has been renumbered as joint exhibit J053.) | | | |
| 323 | Castle Harbour-I Limited-Liability Company Activity Report - Period November 15, 1996 - December 31, 1996 | 0090674 | 0090676 | |
| 324 | Castle Harbour-I Limited-Liability Company Activity Report - Period January 1, 1997 - March 14, 1997 | 0095730 | 0095732 | |
| 325 | Fax from Bill Dodson to Mike Kriedberg | 0074600 | 0074604 | Hearsay, authenticity |
| 326 | Documents concerning the May 27, 1997 Annual Meeting (This exhibit has been renumbered as joint exhibit J057.) | | | |
| 327 | Castle Harbour-I Limited-Liability Company Action By Class B Members | 0072030 | 0072030 | |
| 328 | Castle Harbour-I Limited-Liability Company Activity Report - Period March 15, 1997 - May 27, 1997 | 0095733 | 0095735 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 329 | Castle Harbour-I Limited-Liability Company Activity Report - Period May 28, 1997 - July 31, 1997 | 0094422 | 0094424 | |
| 330 | Minutes of the September 2, 1997 Managers Meeting | 0024227 | 0024228 | |
| 331 | Castle Harbour-I Limited-Liability Company Activity Report - Period August 1, 1997 - September 30, 1997 | 0074894 | 0074894 | |
| 332 | Charts concerning Continental Rent Shortfall (This exhibit has been renumbered as joint exhibit J058.) | | | Hearsay, authenticity |
| 333 | IRS Form 1001 for Rabo Merchant Bank N.V. for years 1996 - 1998 | 0093885 | 0093885 | |
| 334 | IRS Form 1001 for Internationale Nederlanden Bank N.V. for years 1996 - 1998 | 0093882 | 0093882 | |
| 335 | IRS Form 1001 for Internationale Nederlanden Bank N.V. for years 1996 - 1998 | 0093883 | 0093883 | |
| 336 | Minutes of the November 5, 1997 Managers Meeting | 0024212 | 0024213 | |
| 337 | Minutes of the December 2, 1997 Managers Meeting | 0024206 | 0024207 | |
| 338 | Notification of distribution from Todd Freeman to the Managers and Members of Castle Harbour | 0100330 | 0100334 | |
| 339 | U.S. GAAP financial reports for Castle Harbour-I Limited-Liability Company | 0082946 | 0082947 | Hearsay, authenticity |
| 340 | General Electric Capital Corporation Form 10-K Annual Report | 0101086 | 0101147 | |
| 341 | 1997 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J059.) | | | |
| 342 | 1997 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. (This exhibit has been renumbered as joint exhibit J060.) | | | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 343 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1997 (This exhibit has been renumbered as joint exhibit J061.) | | | |
| 344 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1997 (This exhibit has been renumbered as joint exhibit J062.) | | | |
| 345 | Amendment No. 7 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J063.) | | | |
| 346 | Castle Harbour-I Limited-Liability Company Activity Report - Period October 1, 1997 - December 31, 1997 | 0094428 | 0094430 | |
| 347 | Letter from Thomas A. Fink to Brett King | 0100247 | 0100248 | Hearsay |
| 348 | Castle Harbour-I Limited-Liability Company Action By Class B Members | 0072025 | 0072025 | |
| 349 | Castle Harbour-I Limited-Liability Company Activity Report - Period January 1, 1998 - March 31, 1998 | 0082759 | 0082760 | |
| 350 | Fourth Waiver of Operating Agreement | 0024410 | 0024421 | |
| 351 | Amendment No. 6 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J064.) | | | |
| 352 | Documents concerning the May 19, 1998 Annual Meeting | 0027731 0063854 | 0027748 0063856 | |
| 353 | Castle Harbour-I Limited-Liability Company Activity Report - Period April 1, 1998 - June 30, 1998 | 0074884 | 0074884 | |
| 354 | Fifth Waiver of Operating Agreement | 0024403 | 0024409 | |
| 355 | Minutes of the September 10, 1998 Managers Meeting | 0024174 | 0024175 | |
| 356 | Castle Harbour-I Limited-Liability Company Activity Report - Period July 1, 1998 - September 30, 1998 | 0097219 | 0097219 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 357 | Sixth Waiver of Operating Agreement | 0025335 | 0025339 | |
| 358 | Minutes of the November 17, 1998 Managers Meeting | 0024167 | 0024168 | |
| 359 | Letter from Brian Rogol to Steven Ng | 0047782 | 0047783 | |
| 360 | Letter from Brian Rogol to Hem Mulders | 0048207 | 0048208 | |
| 361 | Minutes of the December 15, 1998 Managers Meeting (This exhibit has been renumbered as joint exhibit J065.) | | | |
| 362 | Agreement Letter between ING Bank N.V., Rabo Merchant Bank N.V. and TIFD III-E INC. (This exhibit has been renumbered as joint exhibit J066.) | | | |
| 363 | Castle Harbour-I Limited-Liability Company Activity Report - Period October 1, 1998 - December 30, 1998 | 0097220 | 0097220 | |
| 364 | 1998 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J070.) | | | |
| 365 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1998 (This exhibit has been renumbered as joint exhibit J068.) | | | |
| 366 | General Electric Capital Corporation Form 10-K Annual Report | 0101148 | 0101209 | |
| 367 | Assignment and Assumption Agreement | 0048145 | 0048151 | |
| 368 | Assignment and Assumption Agreement | 0047938 | 0047944 | |
| 369 | 1998 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. (This exhibit has been renumbered as joint exhibit J067.) | | | |
| 370 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1998 (This exhibit has been renumbered as joint exhibit J069.) | | | |
| 371 | Letter from Suzanne Feese to Steven Ng (This exhibit has been renumbered as joint exhibit J072.) | | | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 372 | Letter from Suzanne Feese to Hem Mulders (This exhibit has been renumbered as joint exhibit J071.) | | | |
| 373 | Castle Harbour-I Limited-Liability Company Activity Report - Period January 1, 1999 - March 31, 1999 | 0097221 | 0097221 | |
| 374 | Table setting forth aircraft valuations | 0101345 | 0101345 | Hearsay, authenticity |
| 375 | Fax letter from Anne Marie Kean to Selwa Hussain, with attachments | 0027173 | 0027176 | Hearsay, authenticity |
| 376 | IRS Form 886A - Explanation of Items | 0102183 | 0102275 | |
| 377 | IRS Notice of Final Partnership Administrative Adjustment for taxable years 1993, 1994, 1995, and 1996 | 0101351 | 0101365 | |
| 378 | IRS Notice of Final Partnership Administrative Adjustment for taxable years 1997 and 1998 | 0101366 | 0101381 | |
| 379 | Castle Harbour Aircraft Valuations and M-T-M Gains/(Losses) | 0100273 | 0100273 | Hearsay, authenticity |
| 380 | Report of Stewart Myers, with Work Papers and Errata Sheet | 0101210 | 0101298 | Hearsay, testifying witness |
| 381 | United States Supplemental Response to Plaintiff's First Set of Interrogatories | 0101322 | 0101343 | |
| 382 | Rebuttal Report of Stewart Myers | 0101299 | 0101321 | Hearsay, testifying witness |
| 383 | Summary of Information Concerning 63 Contributed Aircraft | 0101382 | 0101384 | Objections to any underlying source documents are renewed |