# APPENDIX C - DEFENDANT'S LIST OF EXHIBITS
# TOGETHER WITH PLAINTIFF'S OBJECTIONS THERETO

| United States' Exhibit List - July 7, 2004 | | | | | |
|---|---|---|---|---|---|
| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
| 1 | Exhibit E to OA | 06/10/93 | CH010461 IRS50325 | CH010461 IRS50325 | |
| 2 | Sec. 14.1, OA | 06/10/93 | CH010431 IRS50296 | CH010432 IRS50297 | |
| 3 | Sec. 14.2, OA | 06/10/93 | CH010432 IRS50297 | CH010433 IRS50298 | |
| 4 | Sec. 5.8, OA | 06/10/93 | CH010403 IRS50268 | CH010404 IRS50269 | |
| 5 | Amendments to Tax Indemnification Agreements | 01/01/98 | CH160482 0047922 CH160490 0047930 | CH160489 0047929 CH160497 0047937 | |
| 6 | Castle Harbour Limited Bermuda Agreements with Westbroke | 9/28/95 | CH020667 0000940 IRS 53780 Hyde Ex 9 | CH020668 0000941 IRS53781 | |
| 7 | Guaranty & Indemnification (leases/CHLI) by GECC in Favor of First Security and CHILI | 12/19/95 | CH043476 0013480 IRS 65505 | CH043486 0013490 IRS65515 | |
| 8 | GECC Approval for Guaranty & Indemnification | 10/14/95 | CH242751 0097036 | CH242754 0097039 | |
| 9 | Draft Deal Approval | | CH191035 O'Reilly Ex. 2 0027897 | CH191039 0027901 | |

| United States' Exhibit List - July 7, 2004 | | | | | |
|---|---|---|---|---|---|
| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
| 10 | Solicitation ltr, May 1992 | | CH130784 Brinkman Ex. 1 BB0669 CAS00669 | CH130787 BB0672 CAS00672 | |
| 11 | Babcock Fax, 5/2/02 | | CH130778 BB0663 CAS00663 | CH130779 BB0664 CAS00664 | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| 12 | Babcock March 30, 1993 letter to GECC re: SLIP | | Brinkman Ex. 4 CAS00603 | CAS00603 | Plaintiff objects to this exhibit on the grounds that it is not the complete, executed version of the document. Fed. R. Evid. 106. |
| 13 | Babcock Proposal, Nov. 1992 Fax cover to Periri | | BB0830 Brinkman Ex. 5 CAS00830 | BB0843 CAS00843 | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| 14 | SLIP Transaction Issues List June 18, 1993 | | CH130725 BB0610 Brinkman Ex. 8 CAS00610 | CH130725 BB0610 CAS00610 | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| 15 | GE SLIP Schedules | | CH012507(6) Fahy Ex. 3 IRS52333(2) | CH012541 IRS52367 | |
| 16 | Babcock $9 million fee | | CH130775 BB0660 CAS00660 | CH130775 BB0660 CAS00660 | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| 17 | Babcock & Brown's engagement ltr | | CH191495 0027993 | CH191524 0028021 | |

| United States' Exhibit List - July 7, 2004 | | | | | |
|---|---|---|---|---|---|
| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
| 18 | Babcock letter, 10/6/93 signed by Koffey re: conduct and B&B | | CH181546 0034604 | CH181547 0034605 | |
| 19 | Vasta Memo re: Babcock fees | | CH012753 IRS52578 | CH012754 IRS52579 | |
| 20 | Babcock Memo, 5/23/93 Koffey re: Branch Profits Tax | | CH130704 BB0589 CAS00589 | CH130705 BB0590 CAS00590 | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| 21 | Babcock Memo, 6/25/92 Responding to Solicitation | | CH130708 BB0593 CAS00593 | CH130716 BB0601 CAS00601 | |
| 22 | Babcock Draft of SLIPS 4/1/93 | | CH130719 BB0604 CAS00604 | CH130722 BB0607 CAS00607 | Plaintiff objects this exhibit as hearsay. Fed. R. Evid. 802. |
| 23 | PROPS memo, Babcock 11/17/92 | | CH243056 0097377 | CH243057 0097378 | |
| 24 | PROPS memo, Babcock 11/27/92 | | CH243058 0097379 (see exh 71) | CH243060 0097381 | |
| 25 | PROPS memo, GECC 2/11/93 | | CH243061 0097382 (see exh 71) | CH243062 0097383 | |
| 26 | PROPS memo, Babcock 5/3/93 | | CH243063 0097384 | CH243068 0097389 | |
| 27 | Babcock Schedule, 9/24/93 Minimum Investor Return | | CH130239 RABO0238 | CH130239 RABO0238 | |

APPENDIX C-3

| United States' Exhibit List - July 7, 2004 | | | | | |
|---|---|---|---|---|---|
| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
| 28 | Letter to ING Agreeing to Cover Costs of Negotiations | | CH020763 0001045 IRS53876 | CH020763 0001045 IRS53876 | |
| 29 | ING invoice re: entry costs | | CH032892 0008357 IRS60392 | CH032892 0008357 IRS60392 | |
| 30 | Portfolio Summary, July 1993 aircraft | | CH020756 0001038 IRS53869 | CH020756 0001038 IRS53869 | |
| 31 | Memo to Suzanne Feese, Fahy, B&B re: Castle Harbour | 09/07/93 | CH200466 00751054 Fahy Ex, 2 | CH200466 00751054 | |
| 32 | Memo re: Favorable Irish Tax ruling 4/21/94 | | CH242409 Dull, Ex. 19 75757 | CH242410 75758 | |
| 33 | Bills of ING and RABO to GECC | | CH241944 0021436 | CH241946 0021438 | |
| 34 | E-mail re: GECC accounting for Dutch payments | 10/17/94 | CH211158 0075101 | CH211159 0075102 | |
| 35 | Kalashian correspondence to Dutch re: indemnification | 07/11/97 | CH101358 0024509 | CH101359 0024510 | |
| 36 | Kalashian presentation to banks | 10/10/97 | CH101334 | CH101339 | |
| 37 | Letter to Rabo Bank Confirming Portfolio Valuation Sec. 5.8 OA | 10/24/97 | CH100831 0025389 | CH100832 0025390 | |

APPENDIX C-4

| United States' Exhibit List - July 7, 2004 | | | | | |
|---|---|---|---|---|---|
| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
| 38 | GECAS Memo re: Dutch Exit | 12/28/98 | CH011871 0018262 IRS51736 | CH011875 0018266 IRS51740 | |
| 39 | Closing Documents re: Exit of Dutch Banks | | CH150953 0053220 | CH151016 0053283 | |
| 40 | Memo, Kalashian to Feese re: indemnification | 07/27/98 | CH110730 0059468 | CH110733 0059471 | |
| 41 | 1996 Annual Managers Meeting minutes, Agents of ING and RABO | | CH121346 0063676 | CH121358 0063688 | |
| 42 | Memo GECC to KPMG re: tax structure assumptions | 01/31/94 | CH062584 0023507 IRS72236 | CH062587 0023510 IRS72239 | |
| 43 | Fax to Kalashian re: deferred tax | 04/05/95 | CH241952 0017934 | CH241970 0017952 | |
| 44 | Release of deferred taxes accounting explanation | | CH051116 0015151 IRS67161 | CH051116 0015151 IRS67161 | |
| 45 | E-Mail from Hyde re: Dutch Banks meeting | 10/15/97 | CH211437 0074684 | CH211437 0074684 | |
| 46 | Castle Harbour Letter to ING re: Tax indemnification | 01/10/97 | CH143388 Nagel Ex. 6 ING03384 (duplicate?) | CH143390 ING03386 | |
| 47 | Rabo Letter to Castle Harbour re: Dutch Tax Ruling | 11/11/97 | Nagel Ex. 7 ING03354 | ING03356 | |

APPENDIX C-5

| United States' Exhibit List - July 7, 2004 | | | | | |
|---|---|---|---|---|---|
| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
| 48 | Rabo letter to CH Indemnification 5/27/98 | | CH242790 Nagel Ex. 8 0053288 | CH242791 0053289 | |
| 49 | Rabo Letter to CH re: Indemnification 10/7/98 | | CH143494 Mulders Ex. 8 ING03490 | CH143495 ING03491 | |
| 50 | Morgan Lewis bill to CH for ING and Rabo, 8/18/95 | | ING02958 | ING02959 | |
| 51 | Morgan Lewis bill to CH for ING and Rabo, 1/12/96 | | ING02780 | ING02781 | |
| 52 | Morgan Lewis letter to TIFD III-E 12/10/98 re: Exit | | CH242837 0048225 | CH242839 0048227 | |
| 53 | Rabo letter to TIFD III-E, CH 12/30/98 Exit Calculations attached | | CH242844 0047977 | CH242848 0047981 | |
| 54 | GECAS Memo re: 06/11/95 Bermuda Meeting | 11/16/95 | CH052588 Hanley Ex. 10 0016478 IRS68633 | CH052589 0016479 IRS68634 | |
| 55 | E-mail re: Irish Tax Ruling Compliance | 10/30/95 | CH080896 Hanley Ex. 11 0003933 IRS68633 | CH080896 0003933 IRS68633 | |
| 56 | E-mail re: Accounting | 03/12/95 | CH030518 Hanley Ex. 12 0005982 IRS58019 | CH030518 0005982 IRS58019 | |

| United States' Exhibit List - July 7, 2004 |
|---|---|---|---|---|---|
| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
| 57 | E-mail re: Accounting and Distribution Expenses | 09/18/95 | CH211131 Hanley Ex 18 0075074 | CH211132 0075075 | |
| 58 | E-mail Signing Off Shore Cash to GECC from TIFD III E | 05/11/96 | CH241942 Hanley Ex 20 0022524 | CH241943 0022525 | |
| 59 | RABO fax with calculations of possible tax indemnifications | 07/10/98 | CH101368 0024519 | CH101369 0024520 | |
| 60 | CH Investment Accounts 1993-1998 | | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| 61 | Recap of Actual Capital Accounts 1993-1998 | | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| 62 | Capital Accounts Calculated by Allocating Income by Ownership Percentage 1993-1998 | | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| 63 | Valuation of Aircraft, Dec. 15, 1998 | | CH143917 ING03911 | CH143924 ING03918 | |
| 64 | Portfolio Valuation, Commercial Paper, 9/30/95 | | CH032764 0008229 IRS60264 | CH032764 0008229 IRS60264 | |
| 65 | CHLI Investment Portfolio | 01/11/93 | 0023228 | 0023236 | |
| 66 | Portfolio Valuation, Commercial Paper, 12/31/95 | | CH032758 00008223 IRS60258 | CH032759 0008224 IRS60259 | |

| United States' Exhibit List - July 7, 2004 ||||||
|---|---|---|---|---|---|
| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
| 67 | Portfolio Valuation, Commercial Paper, 3/31/96 | | CH032742 0008207 IRS60242 | CH032743 0008208 IRS60243 | |
| 68 | Portfolio Valuation, Commercial Paper, 6/30/96 | | CH032735 0008200 IRS60235 | CH032735 0008200 IRS60235 | |
| 69 | Portfolio Valuation, Commercial Paper, 9/30/96 | | CH032723 0008188 IRS60223 | CH032723 0008188 IRS60223 | |
| 70 | Coopers' refresher opinion re: Irish Tax, inc summary of CH operations | 12/27/95 | CH122834 0003211 0065203 | CH122845 0003222 0065214 | |
| 71 | GECC sale of planes to CHLI | 11/29/95 | CH241995 0076020 | CH241998 0076423 | |
| 72 | GECC accounting description of CH formation | 11/17/94 | CH012909 0017923 IRS52733 | CH012910 0017924 IRS52734 | |
| 73 | E-mail re: disclosures | 08/21/96 | CH200790 0072209 | CH200790 0072209 | |
| 74 | Hyde Memo re: commercial paper | 11/13/96 | CH034320 00096796 IRS61819 | CH034322 00096798 IRS61821 | |
| 75 | Invoices, Castle Harbour 1995 | | CH241999 0076380 | CH242032 0076413 | |
| 76 | Faxes re: sales and leases, Continental, GECC, CHLI | 07/24/96 | CH023951 0005023 IRS57070 | CH023954 0005026 IRS57073 | |

| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
|---|---|---|---|---|---|
| United States' Exhibit List - July 7, 2004 ||||||
| 77 | CHLI-GE Certificate | 02/27/96 | CH080535 0003570 IRS77269 | CH080535 0003570 IRS77269 | |
| 78 | KPMG fax to GECAS, GECC memo re: accounging - non recourse debt | 04/18/97 | CH190075 0026482 | CH190076 0026483 | |
| 79 | E-mail, Kalashian re: Castle Harbour | 01/15/96 | CH241942 0022524 | CH241943 0022525 | |
| 80 | E-mail, CHILI use of Funds | 02/95 | CH021756 0002065 IRS54874 | CH021756 0002065 IRS54874 | |
| 81 | List of GECC employees as officers of CH participants | 11/18/93 | CH042970 0012975 IRS64999 | CH042970 0012975 IRS64999 | |
| 82 | Investment Proposal from Potomac Capital Investing | 08/21/93 | CH110596 O'Reilly Ex. 3 0057581 | CH110613 0057598 | |
| 83 | CH letter to ING re: purchase of planes | 12/11/98 | CH011891 0018281 IRS51756 | CH011894 0018284 IRS51759 | |
| 84 | Memo re: corporate ownership | 02/11/93 | CH012914 0017928 IRS52738 | CH012915 0017929 IRS52739 | |
| 85 | Chart identifying aircraft distributed to TIFD III-E 11/09/94 to 21/04/95 | | CH020654 0000927 IRS53767 | CH020654 0000927 IRS53767 | |
| 86 | Rationale for airplane sales to CHLI | | CH190196 0026694 | CH190198 0026696 | |

APPENDIX C-9

| United States' Exhibit List - July 7, 2004 | | | | | |
|---|---|---|---|---|---|
| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
| 87 | CHILI purchase of planes from GECC | 07/12/95 | CH100377 0026393 | CH100377 0026393 | |
| 88 | GECC memo, Book accounting impact of Castle Harbour | | CH013009 0017959 IRS52833 | CH013009 0017959 IRS52833 | |
| 89 | GE memo, post closing issues | 10/22/93 | CH191489 0027987 | CH191494 0027992 | |
| 90 | CH Portfolio, 12/31/98 | | CH100210 Hyde Ex 18 0026225 | CH100216 0026231 | |
| 91 | GECC Entities, Resolution Electing Managers | 09/03/94 | CH022237 Hyde Ex. 27 0002552 IRS55356 | CH 022237 0002552 IRS55356 | |
| 92 | CHILI, Action by Sole Director | 05/08/94 | CH012822 Hyde Ex. 30 0017762 IRS52647 | CH 012822 0017762 IRS52647 | |
| 93 | Annual Meeting Minutes | | CH100351 Hyde Ex. 32 0026367 | CH100354 0026370 | |
| 94 | 4 Spread Sheets produced by Plaintiff for 11/13/03 Depo | | No CH yet Hyde Depo Ex. 1 at Depo | | |
| 95 | KPMG fax to Kalashian re: finances, Commercial Paper | 11/04/94 | 0019399 | 0019399 | |
| 96 | Rogol Letter, re: Nielsen, CH Manager | 07/15/93 | CH020720 0001002 IRS53833 | CH020720 0001002 IRS53833 | |

APPENDIX C-10

| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
|---|---|---|---|---|---|
| | United States' Exhibit List - July 7, 2004 | | | | |
| 97 | Rogol Letter, October 21, 1993 re: Nielsen departure | | 0021391 | 0021391 | |
| 98 | Bank of Butterfield Statements 12/31/95 | | CH040085 0010081 IRS62101 | CH040090 0010086 IRS62106 | |
| 99 | Cosgrove Fax, 7/31/95 New Manager | | CH052002 0016037 IRS68047 | CH052002 0016037 IRS68047 | |
| 100 | Nielsen Letter, October 23, 1993 | | CH020716 0000998 IRS53829 | CH020716 0000998 IRS53829 | |
| 101 | Fax re: distribution of proceeds of planes sale from CH to TIFD to GPSFC | 05/05/96 | 0019794 | 0019801 | |
| 102 | Fax re: tax questions | 06/13/95 | 0023418 | 0023418 | |
| 103 | Kalashian to KPMG, 11/29/93 (Attachment, transaction) | | CH0071264 0071264 | CH0071268 0071268 | |
| 104 | Corporate Records, TIFD III-E and TIFD III-M | 10/13/94 | CH121914 0063606 | CH121927 0063619 | |
| 105 | TIFD III-M Action by Director July 23, 1993 | | CH160264 0046383 | CH160265 0046384 | |
| 106 | GECC Commercial Airline Financing April 20, 1993 | | CH242093 | CH242163 | |

| United States' Exhibit List - July 7, 2004 | | | | | |
|---|---|---|---|---|---|
| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
| 107 | Hyde Fax, 6/7/95, and note by Cosgrove, re: costs of Bermuda | | CH022235 0002550 IRS55354 | CH022235 0002550 IRS55354 | |
| 108 | Hyde e-mail to Dull, offshore signing | 08/27/96 | CH021813 0002122 IRS54931 | CH021813 0002122 IRS54931 | |
| 109 | Oleson E-mail, 10/15/97 Dutch banks, return US tax regulation | | CH211437 0074684 | CH211437 0074684 | |
| 110 | GECC Aircraft Investment Strategy, 7/17/91 | | CH242037(3) 0076213 CH242046 0076222 | CH242045 0076221 CH242060 0076236 | |
| 111 | Barker Memo, 11/11/92 Selldown | | CH243054 0097375 | CH2423055 0097376 | |
| 112 | IDR HH #7 answer, from Vasta 5/3/2000 | | CH070874 IRS74027 | CH070825 IRS74028 | |
| 113 | Plaintiff's privilege log, in camera inspection | 2/6/2004 | | | Plaintiff objects to this exhibit on the grounds that it is not the complete, executed version of the document. Fed. R. Evid. 106. Plaintiff further objects to this exhibit to the extent Defendant is attempting to incorporate by reference other unidentified exhibits over which plaintiff has asserted a claim of privilege. |

| United States' Exhibit List - July 7, 2004 | | | | | |
|---|---|---|---|---|---|
| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
| 114 | Expert Report of John M. Lacey, Ph.D. | 8/15/2003 | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| 115 | Figure 1 to the Report of John M. Lacey, Ph.D., revised | 7/7/2004 | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. Plaintiff further objects to this exhibit to the extent it reflects an opinion point not disclosed in Dr. Lacey's August 15, 2003, report. |
| 116 | Figure 2 to the Report of John M. Lacey, Ph.D., revised | 7/7/2004 | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. Plaintiff further objects to this exhibit to the extent it reflects an opinion point not disclosed in Dr. Lacey's August 15, 2003, report. |
| 117 | Figure 3 to the Report of John M. Lacey, Ph.D., revised | 7/7/2004 | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. Plaintiff further objects to this exhibit to the extent it reflects an opinion point not disclosed in Dr. Lacey's August 15, 2003, report. |

| United States' Exhibit List - July 7, 2004 | | | | | |
|---|---|---|---|---|---|
| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
| 118 | Figure 4 to the Report of John M. Lacey, Ph.D., revised | 7/7/2004 | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. Plaintiff further objects to this exhibit to the extent it reflects an opinion point not disclosed in Dr. Lacey's August 15, 2003, report. |
| 119 | Figure 5 to the Report of John M. Lacey, Ph.D., revised | 7/7/2004 | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. Plaintiff further objects to this exhibit to the extent it reflects an opinion point not disclosed in Dr. Lacey's August 15, 2003, report. |
| 120 | Expert Report of Herbert T. Spiro, Ph.D. | 8/1/2003 | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |

NOTES:

1) The defendant reserves the right to add to its exhibit list any documents produced pursuant to Court order which were previously withheld on grounds of privilege.

2) Incorporated by reference on defendant's exhibit list are all deposition exhibits referred to or introduced by the defendant within the Designated Deposition Testimony of Richard Koffey, Diarmuid Hyde, Dermot Hanly, Hem Mulders and Wilfred Nagel.