# APPENDIX D - DEPOSITION DESIGNATIONS, COUNTER-DESIGNATIONS AND OBJECTIONS

1. <u>Dermot Hanly</u>

| Defendant's Designations (Page:Line) | Counter-Designations | Plaintiff's Objections |
|---|---|---|
| 1:1 to 15:18 | None (Plaintiff anticipates calling Mr. Hanley as a witness at trial). | Plaintiff objects to the designation of any deposition testimony from Dermot Hanly on the grounds that it is hearsay since Mr. Hanly will be available for testimony at trial. |
| 15:19 to 17:13 | | Relevance; lack of foundation. |
| 17:14 to 27:19 | | |
| 27:20 to 28:4 | | Relevance; lack of foundation. |
| 28:5 to 71:4 | | |
| 71:5 to 71:13 | | Relevance; lack of foundation. |

2. <u>Diarmuid Hyde</u>

| Defendant's Designations (Page:Line) | Counter-Designations | Plaintiff's Objections |
|---|---|---|
| February 5, 2003: 2:1 through 170:19 | None (Plaintiff anticipates calling Mr. Hyde as a witness at trial). | Plaintiff objects to the designation of any deposition testimony from Diarmuid Hyde on the grounds that it is hearsay since Mr. Hyde will be available for testimony at trial. |
| February 6, 2003: 2:1 through 66:17 | | |
| November 13, 2003: 2:1 through 35:12 | | |

3.    Richard Koffey

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 7:21 to 9:5 | Educational background and work experience. | None | | | None |
| 9:15 to 10:7; 10:14 to 11:7; 11:14 to 11:23 | Describing other work done at Babcock & Brown. | | | | |
| | | | 13:1 to 14:6 | Castle Harbour/Babcock & Brown | |
| | | | 17:8 to 18:8 | Castle Harbour Transaction | |
| | | | 18:23 to 21:10 | Babcock personnel/GECC personnel | |
| | | | 21:24 to 22:5 | Diagram of Castle Harbour transaction | |
| | | | 23:5 to 25:23 | Castle Harbour - outside investors | |
| 26:19 to 27:3; 27:17 to 29:1 | Describing Babcock & Brown's approach to Dutch investors regarding Castle Harbour. | | | | |

APPENDIX D-2

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| | | | 29:6 to 32:6 | Castle Harbour structure/GECC contributions | |
| | | | 33:5 to 33:7 | Castle Harbour negotiations | |
| 33:8 to 33:20 | Describing the roles played by various of Babcock & Brown personnel. | | | | |
| | | | 35:3 to 35:16 | Castle Harbour - Tax Indemnification | |
| | | | 36:17 to 36:22 | Castle Harbour - Location of Investors | |
| 38:13 to 39:14 | Describing distribution schedule for proposed structure of transaction. | | | | |
| | | | 39:15 to 40:4 | Castle Harbour - Source of Payments | |
| 40:5 to 40:25; 41:8 to 42:3 | Testifying about meetings and negotiations with Dutch regarding their proposed investments. | | | | |

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 44:14 to 45:3 | Recalling discussions with Dutch investors regarding insurance. | | | | |
| | | | 46:15 to 47:4 | Castle Harbour - Book Income | |
| | | | 47:15 to 48:13 | Castle Harbour - Income Allocations | |
| | | | 48:18 to 48:22 | Castle Harbour - Tax Strategy | |
| | | | 50:17 to 53:2 | Castle Harbour - Book Tax Income and Taxable Income | |
| | | | 53:22 to 55:16 | Castle Harbour - Dispositions | |
| | | | 59:17 to 60:14 | Castle Harbour - Investment Memorandum Schedules | |
| | | | 61:18 to 62:13 | Castle Harbour - Negotiation Schedules | |
| | | | 67:25 to 68:10 | Castle Harbour - Foreign Management | |

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 73:11 to 74:7 | Explaining the equity character of investments in Castle Harbour. | | | | |
| | | | 75:16 to 76:11 | GECC Sources of Capital | |
| 76:12 to 76:22 | Describing projected return computation. | | | | |
| | | | 77:5 to 78:6 | Castle Harbour-Foreign Investors | |
| | | | 78:7 to 79:4 | Castle Harbour - Capitalization | |
| | | | 79:5 to 79:13 | Castle Harbour - Structure | |
| | | | 79:14 to 79:22 | Castle Harbour - Management | |

4. <u>Hem Mulders</u>

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 7:3 to 10:10 | Statement of appearances. | | | | |

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 10:11 to 15:11 | Educational background, work experience at Rabo and organizational structure of Rabo. | | | | |
| 15:12 to 16:7 | Explaining the nature of his work at Rabo and how the Castle Harbour transaction related to that work. | | | | |
| 16:8 to 16:18 | Explaining nature of Rabo's investment in Castle Harbour. | | | | |
| 16:19 to 20:5 | Describing the origin of Rabo's investment in Castle Harbour. | | | | |
| 20:6 to 21:5 | Explaining key considerations in Rabo's evaluation of Castle Harbour. | | | | |

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 21:6 to 21:19 | Describing prior experience in aircraft industry. | | | | |
| 21:20 to 24:6 | Discussing Rabo's evaluation of Castle Harbour's assets. | | | | |
| 24:7 to 26:9 | Discussing provisions of Castle Harbour's operating agreement. | | | | |
| 26:10 to 28:13 | Explaining composition of assets held by Castle Harbour subsidiary. | | | | |
| 28:14 to 33:5 | Discussing the negotiation of Castle Harbour and Rabo's internal consideration of and approval process for the transaction. | | | | |

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 33:6 to 36:2 | Describing structure of proposed transaction as presented by Babcock & Brown and discussing Rabo's consideration of the transaction. | | | | |
| 36:3 to 38:21 | Explaining Rabo's concern with catastrophic risk and insurance. | | | | |
| 38:22 to 40:17 | Discussing Rabo's structuring of Castle Harbour to comply with Dutch Central Bank rules. | | | | |
| 40:18 to 41:4 | Explaining relationship between Rabo and ING in connection with the transaction. | | | | |
| 41:5 to 42:23 | Describing the consideration of taxes in Rabo's approval process. | | | | |

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| | | | 42:24 to 44:22 | | Relevance; lack of foundation. |
| 44:23 to 45:24 | Discussing the Dutch tax authorities' audit of Rabo. | | | | |
| 45:25 to 46:19 | Discussing Rabo's internal approval process for the transaction. | | | | |
| | | | 46:20 to 48:16 | | Relevance; lack of foundation. |
| 48:17 to 54:16 | Describing the negotiation process for Rabo's participation in Castle Harbour. | | | | |
| 54:17 to 57:8 | Explaining transparency and withholding tax issue. | | | | |
| 57:9 to 69:5 | Describing circumstances surrounding buyout of Rabo's interest in Castle Harbour. | | | | |

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 69:6 to 74:11 | Discussing valuation of Castle Harbour assets in connection with buyout. | | | | |
| | | | 74:12 to 75:1 | | Relevance; lack of foundation. |
| 75:2 to 75:20 | Explaining the nature of Rabo's investment and the risks and potential returns. | | | | |
| 75:21 to 80:20 | Discussing the activities and operations of Castle Harbour. | | | | |
| 80:21 to 81:9 | Describing the expected duration of Rabo's investment in Castle Harbour | | | | |
| 81:10 to 94:12 | Discussing the activities and operations of Castle Harbour. | | | | |
| | | | 94:13 to 96:20 | | Relevance; lack of foundation. |

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 96:21 to 97:7 | Discussing the governing agreements for Castle Harbour. | | | | |
| 97:8 to 97:22 | Discussing the activities and operations of Castle Harbour | | | | |
| 97:23 to 98:20 | Describing the negotiation of Castle Harbour. | | | | |
| 98:21 to 99:15 | Explaining Rabo's reasons for investing in Castle Harbour. | | | | |
| 99:16 to 100:6 | Discussing Castle Harbour leasing and liquidity. | | | | |
| 100:7 to 100:15 | Discussing the operation of Castle Harbour. | | | | |
| 100:16 to 101:24 | Discussing transparency issue. | | | | |
| 101:25 to 103:12 | Discussing the activities and operations of Castle Harbour. | | | | |

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 103:13 to 108:5 | Explaining the nature of Rabo's investment in Castle Harbour. | | | | |
| | | | 108:6 to 101:15 | | Relevance; lack of foundation. |

5.  <u>Wilfred Nagel</u>

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 6:8 to 9:7 | Appearances. | | | | |
| 9:8 to 10:25 | Describing positions and work experience at ING and nature of ING's work. | | | | |
| 11:1 to 11:25 | Giving an overview of the Castle Harbour transaction. | | | | |
| 12:1 to 15:9 | Describing the introduction of Castle Harbour to ING. | | | | |

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 15:10 to 16:18 | Discussing meetings and correspondence with representatives of GECC regarding Castle Harbour. | | | | |
| 16:19 to 19:15 | Describing the proposal of the transaction by Babcock & Brown. | | | | |
| 19:16 to 26:19 | Explaining ING's review and approval process. | | | | |
| 26:20 to 29:17 | Discussing the Castle Harbour operating agreement and his ongoing role in the transaction. | | | | |
| 29:18 to 34:5 | Explaining ING's review and approval process for Castle Harbour. | | | | |
| 34:6 to 34:16 | Describing experience in aviation leasing business. | | | | |

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 34:17 to 36:13 | Explaining ING's review and approval process for Castle Harbour. | | | | |
| 36:14 to 37:24 | Discussing Castle Harbour's assets. | | | | |
| 37:25 to 41:14 | Discussing the negotiation of Castle Harbour. | | | | |
| 41:15 to 51:12 | Explaining distributions from Castle Harbour and potential returns to ING. | | | | |
| 51:13 to 55:9 | Discussing the character of ING investments and solvency considerations. | | | | |
| 55:10 to 56:8 | Discussing Castle Harbour's assets. | | | | |
| 56:9 to 56:19 | Discussing the negotiation of Castle Harbour. | | | | |

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 56:20 to 57:11 | Discussing changes to Castle Harbour's operating agreement. | | | | |
| 57:12 to 60:3 | Discussing the negotiation of Castle Harbour. | | | | |
| 60:4 to 60:18 | Explaining Castle Harbour's debt. | | | | |
| 60:19 to 60:25 | Discussing the activities of ING's structured finance group. | | | | |
| 60:25 to 60:25 | Discussing the activities of ING's structured finance group. | | | | |
| 61:1 to 61:15 | Describing ING's evaluation of potential returns. | | | | |
| 61:16 to 62:12 | Questions about tax developments concerning Castle Harbour | | | | |
| | | | 62:13 to 65:11 | | Relevance; lack of foundation. |

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 65:12 to 66:9 | Describing other groups at ING that are involved in equity investments. | | | | |
| 66:10 to 67:15 | Discussing internal and external audits of ING. | | | | |
| 67:16 to 68:7 | Questions regarding 1997 Dutch tax ruling. | | | | |
| 68:8 to 71:4 | Describing the relationship between ING and Rabo in connection with Castle Harbour. | | | | |
| | | | 71:5 to 71:13 | | Relevance; lack of foundation. |
| 71:14 to 72:19 | Discussing Castle Harbour Leasing, Inc. | | | | |
| 72:20 to 73:6 | Explaining his understanding of why Castle Harbour was a Nevada LLC. | | | | |
| 73:7 to 74:9 | Discussing tax indemnification. | | | | |

APPENDIX D-16

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 74:10 to 74:12 | Discussing wind up of Castle Harbour. | | | | |
| | | | 74:13 to 76:1 | | Relevance; lack of foundation. |
| 76:2 to 78:18 | Discussing the negotiation of Castle Harbour. | | | | |
| 78:19 to 79:6 | Describing increase in value of Castle Harbour assets. | | | | |
| 79:7 to 80:17 | Discussing reasons why ING invested in Castle Harbour and the documentation of its investment. | | | | |
| 80:18 to 81:23 | Discussing the negotiation of Castle Harbour. | | | | |
| 81:24 to 82:8 | Explaining his understanding of the return to ING. | | | | |
| 82:9 to 85:9 | Discussing Castle Harbour's operations. | | | | |

APPENDIX D-17

| Plaintiff's Designations (Page:Line) | Summary of Content | Defendant's Objections | Counter-Designations (Page:Line) | Summary of Content | Plaintiff's Objections |
|---|---|---|---|---|---|
| 85:10 to 85:19 | Explaining the character of investment that was presented to, and entered into by, ING. | | | | |
| 85:20 to 86:21 | Discussing Castle Harbour's operations. | | | | |