IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFD III-E INC., the Tax Matters Partner of CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case Nos.: 3:01-CV-01839 (SRU) (lead case)<br>3:01-CV-01840 (SRU)<br><br>July 8, 2004 |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE TRIAL BRIEF IN EXCESS OF FORTY PAGES

Pursuant to Local Rule 7(a)(2), Plaintiff, TIFD III-E INC., by its undersigned counsel, hereby respectfully moves this Court for leave to file a Trial Brief in the above-captioned matter in excess of forty (40) 8 1/2" by 11" pages of double-spaced standard typographical print. In support of this motion, Plaintiff avers as follows:

1. During a June 30, 2004, teleconference, the Court invited the parties to file trial briefs in this matter.

2. In order to fully address the issues presented in this complex federal income tax case, Plaintiff will require a Trial Brief in excess of forty (40) pages.

WHEREFORE, Plaintiff respectfully requests leave to file a Trial Brief in excess of forty (40) 8 1/2" by 11" pages of double spaced standard typographical print.

        PLAINTIFF, TIFD III-E INC, the Tax Matters Partner of
        CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY

*[signature]*
Anthony M. Fitzgerald, (ct04167)
CARMODY & TORRANCE LLP
195 Church Street, P.O. Box 1950
New Haven, Connecticut 06509-1950
Telephone: (203) 777-5501
Facsimile: (203) 784-3199
e-mail: afitzgerald@carmodylaw.com

OF COUNSEL

William F. Nelson, ct22883
David J. Curtin, ct22881
Michael J. Desmond, ct23186
John A. Galotto, ct22882
MCKEE NELSON LLP
1919 M Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: wnelson@mckeenelson.com
      dcurtin@mckeenelson.com
      mdesmond@mckeenelson.com
      jgalotto@mckeenelson.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFD III-E INC., the Tax Matters Partner of CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case Nos.: 3:01-CV-01839 (SRU) (lead case)<br>            3:01-CV-01840 (SRU) |

<u>ORDER</u>

Plaintiff's Motion For Leave To File Trial Brief In Excess Of Forty Pages is hereby GRANTED.

IT IS SO ORDERED.

Dated at Bridgeport this ____ day of July, 2004.

 

_____
HON. STEFAN R. UNDERHILL
United States District Judge

## CERTIFICATE OF SERVICE

This is to certify that the foregoing PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT has been served by sending a copy by overnight mail, postage prepaid, on July 8, 2004 to:

>Robert J. Higgins
>Barry E. Reiferson
>Trial Attorneys, Tax Division
>U.S. Department of Justice
>555 4th Street, N.W., Rm. 8816
>Ben Franklin Station
>Washington, D.C.  20001

and by regular mail, postage prepaid to:

>John B. Hughes
>Assistant U.S. Attorney
>Chief, Civil Division
>157 Church Street
>New Haven, CT  06508

>_____
>Anthony M. Fitzgerald, (ct04167)
>CARMODY & TORRANCE LLP
>195 Church Street, P.O. Box 1950
>New Haven, Connecticut  06509-1950
>Telephone:  (203) 777-5501
>Facsimile:  (203) 784-3199
>e-mail:  afitzgerald@carmodylaw.com