**EXHIBIT C**

U.S. Department of Justice
Tax Division

Facsimile No. (202) 514-9440
Trial Attorney: Robert J. Higgins
Attorney's Direct Line: (202) 307-6580

Please reply to: Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044

EJO'C:DSM:RJHiggins
DJ:5-14-6853/5-14-6854
CMN: 2002100105
     2002100106

VIA FAX & REGULAR MAIL                November 6, 2003


David J. Curtin, Esq.
McKee Nelson LLP
1919 M Street, N.W.
Suite 800
Washington, DC 20036


    Re:  TIFD III-E INC., the Tax Matters Partner of Castle
        Harbour-I Limited Liability Company v. United States,
        Nos. 301CV01839 (SRU); 301CV01840 (SRU)

        **Plaintiffs' Privilege Log**

Dear Mr. Curtin:

    We have reviewed entries Nos. 501 through 901 on plaintiffs' privilege log. We request that the plaintiffs produce the documents identified below or submit them for *in camera* inspection by Judge Underhill.

    The documents requested are divided into three categories. The first category identifies documents which we seek in their entireties, i.e. without redaction. The second category is documents with respect to which some redactions may be justifiable but withholding of the entire document is not, in our view. The third category is for documents which have been produced with redactions. The defendant seeks the production of the previously redacted portions of the documents.

Category I

The following documents, currently withheld, are requested in their entireties, i.e. without redaction:

No. 767: No communication between attorney and client evident.

No. 802: No communication between attorney and client evident.

No. 803: Author is not attorney; no evidence of attorney-client communication.

No. 808: Memorandum between two non-attorneys.

No. 810: Neither party to communication is attorney.

Nos. 812 through 814: Authors of communications are not attorneys.

Nos. 894 and 895: Lack of attorney-client relationship between parties to communication; lack of common defense as ING and Rabo Bank are not parties to this litigation.

Nos. 896 through 899: Accounting analysis not protected by attorney-client privilege

Category II

The following documents have been withheld in their entireties. While some redactions on grounds of privilege may be appropriate for these documents, underlying factual information or business advice is not within the scope of communications protected by the attorney-client privilege or the attorney work product doctrine. Plaintiffs may produce these documents with or without redactions. We reserve the right to challenge any redactions.

Nos. 522, 523, 526, 535, 536, 547, 550 through 551, 569, 570, 574, 581, 582, 586, 588, 589, 591, 593, 596, 597, 600, 602, 604, 611, 613 through 615, 620 through 624, 631

through 636, 642, 645, 651, 655, 658, 659, 669, 670, 679, 704, 708, 715 through 719, 730, 731, 769 through 771, 777, 778, 782, 797 through 799, 805, 806, 809, 863, 865, 871, 874, 875, 880, 883, and 892.

### Category III

Plaintiff is requested to produce the following documents without redactions previously made.

> No. 534: This is a bill from an outside law firm. The attorney-client privilege only permits redactions of specific legal advice, which the defendant doubts is set forth on this invoice from a private law firm.
>
> Nos. 576: This is a legal invoice. The attorney-client privilege only permits redactions of specific legal advice, which the defendant doubts is set forth on this invoice from King & Spalding.
>
> No. 891: This is a bill from an outside law firm. The attorney-client privilege only permits redactions of specific legal advice, which the defendant doubts is set forth on this invoice from Baker & McKenzie.
>
> No. 900: This is a bill from an outside accounting firm, which alone suggests that the attorney-client privilege is not applicable. Moreover, the attorney-client privilege only permits redactions of specific legal advice, which the defendant doubts is set forth on this invoice from this accounting firm to King & Spalding.

Please call me at your earliest convenience so we can make arrangements with the Court.

- 4 -

    If you have any questions on this matter, please contact me at (202) 307-6580.

                              Sincerely yours,

                              ROBERT J. HIGGINS
                              Trial Attorney