UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFD III-E INC., the Tax Matters Partner of CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL ACTION NOS.:<br>3:01-CV-01839 (SRU)(lead case)<br>3:01-CV-01840 (SRU)<br><br>JULY 12, 2004 |

## APPEARANCE

Please enter the appearance of DAVID S. HARDY on behalf of the plaintiff, TIFD III-E INC., the Tax Partner of CASTLE HARBOUR-I LIMITED –LIABILITY COMPANY, in the above-captioned action.

    THE PLAINTIFF,
    TIFD III-E INC., the Tax Matters Partner of
    CASTLE HARBOUR-I LIMITED-LIABILITY
    COMPANY

    _/s/ David S. Hardy_
    David S. Hardy, ct 20904
    CARMODY & TORRANCE LLP
    195 Church Street, P.O. Box 1950
    New Haven, Connecticut  06509-1950
    Telephone:  (203) 777-5501
    Facsimile:   (203) 784-3199
    E-mail:  dhardy@carmodylaw.com

CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

## CERTIFICATE OF SERVICE

This is to certify that the foregoing APPEARANCE has been made today, July 12, 2004, by sending true and correct copies thereof via overnight mail, postage prepaid, to the following:

>Robert J. Higgins
>Barry E. Reiferson
>Trial Attorneys, Tax Division
>U.S. Department of Justice
>555 4th Street, N.W., Rm. 8816
>Ben Franklin Station
>Washington, D.C.  20001

and by regular mail, postage prepaid to:

>John B. Hughes
>Assistant U.S. Attorney
>Chief, Civil Division
>157 Church Street
>New Haven, CT  06508

_____
David S. Hardy, ct 20904
CARMODY & TORRANCE LLP
195 Church Street, P.O. Box 1950
New Haven, Connecticut  06509-1950
Telephone:  (203) 777-5501
Facsimile:  (203) 784-3199
E-mail:  dhardy@carmodylaw.com