IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFD III-E INC., the Tax Matters Partner of CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case Nos.: 3:01-CV-01839 (SRU) (lead case)<br>           3:01-CV-01840 (SRU)<br><br>JULY 12, 2004 |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE
TESTIMONY FROM JOHN LACEY REGARDING "ADDITIONAL ANALYSIS"
PERFORMED AFTER AUGUST 15, 2003**

Plaintiff, TIFD III-E INC. ("Plaintiff") moves the Court in limine for an order excluding from the trial of this matter anticipated testimony from Defendant's designated expert witness, John Lacey, regarding "additional analysis" he performed long after expiration of the Court-ordered expert disclosure deadline on August 15, 2003. On June 10, 2004, nearly 10 months after that deadline passed, and just over a month before the July 21 trial date, Defendant disclosed that Mr. Lacey would be offering testimony at trial on additional opinion points not disclosed in accordance with the Court's Scheduling Order. Defendant has failed to seek leave of Court for Mr. Lacey to testify on previously undisclosed subjects, claiming that Plaintiff has the burden of seeking relief from this violation of Fed. R. Civ. P. 26(a)(2). Plaintiff is compelled to file this motion in order to protect itself from this unfairness, but the government should be viewed as the party that carries the burden on this issue.

{N0719863}

WHEREFORE, Plaintiff moves the Court in limine for an order excluding from the trial of this matter any proffered testimony from Mr. Lacey regarding: (1) The "purpose" for Castle Harbour's income allocations; or (2) hypothetical results of Castle Harbour's income allocations had they "followed ownership interests."

Dated this 12th day of July, 2004.

Respectfully submitted,

*/s/ William F. Nelson*

William F. Nelson, ct22883
David J. Curtin, ct22881
Michael J. Desmond, ct23186
John A. Galotto, ct22882
MCKEE NELSON LLP
1919 M Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
wnelson@mckeenelson.com
dcurtin@mckeenelson.com
mdesmond@mckeenelson.com
jgalotto@mckeenelson.com

David S. Hardy, ct20904
CARMODY & TORRANCE LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509-1950
Telephone: (203) 777-5501
Facsimile: (203) 784-3199
e-mail: dhardy@carmodylaw.com