3:01CV01839(SRU)
3:01CV01840(SRU)
(JUDGE UNDERHILL)

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

_____

TIFD III-E INC., THE TAX MATTERS PARTNER OF
CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY,

                Plaintiff

v.

THE UNITED STATES,

                Defendant

_____

UNITED STATES' TRIAL BRIEF

_____

KEVIN J. O'CONNOR
United States Attorney
JOHN B. HUGHES
Chief, Civil Division
ROBERT J. HIGGINS
BARRY E. REIFERSON
Trial Attorneys
Department of Justice
Washington, D.C. 20044

CERTIFICATE OF SERVICE

I certify that service of the foregoing United States' Trial Brief has, this 8th day of July 2004, been made on plaintiffs' counsel by mailing in a postage pre-paid envelope a copy thereof to the following addresses:

>David J. Curtin, Esq.
>MCKEE NELSON LLP
>1919 M Street, N.W., Suite 800
>Washington, DC 20036
>
>Anthony M. Fitzgerald
>CARMODY & TORRANCE LLP
>195 Church Street
>P.O. Box 1950
>New Haven, Connecticut  06509-1950
>
>Suzanne C. Feese
>KING & SPALDING
>191 Peachtree Street
>Atlanta, Georgia  30303-1763

>_____
>U.S. Department of Justice
>Tax Division
>Court of Federal Claims Section
>Post Office Box 26
>Ben Franklin Post Office
>Washington, D.C.  20044
>(202) 307-6440