## TABLE OF CONTENTS

Page

United States' Trial Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
        A.    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
        B.    The Castle Harbour Arrangement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
            1.    GECC created Castle Harbour . . . . . . . . . . . . . . . . . . . . . . . . . . 4
            2.    Tax Indifferent Foreign Banks . . . . . . . . . . . . . . . . . . . . . . . . . . 5
            3.    Why GE Would Agree to Allocate 98% of the Income
                   to the Dutch Banks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
            4.    GECC Maintained Control Over Castle Harbour's Assets . . . . . 10
            5.    The $240 Million GECC Cash Contribution Was Also
                   Tax Motivated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
            6.    Castle Harbour Lacked a Non-tax Purpose . . . . . . . . . . . . . . . . 12
        C.    The Dutch Banks Were Creditors Not Equity Owners . . . . . . . . . . . . . 13
            1.    The Investments Have More Characteristics of Debt Than Equity 13
            2.    The Investment Accounts Tracked the Dutch Banks' Return . . . 15
            3.    Repayment Schedule for the Dutch Banks-Exhibit E . . . . . . . . . 16
            4.    Dutch Banks' Return–Capital Accounts with 98%
                   Income Allocation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        D.    The Special Allocations to the Dutch Banks Fail the Statutory
              Requirement of "Substantial Economic Effect" . . . . . . . . . . . . . 18
    Argument . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
        A.    Castle Harbour Was Not a Valid Partnership for Tax Purposes . . . . . . 21
            1.    Agreements Between the Parties and Their Conduct . . . . . . . . . 22
                 a.    The Operating Agreement's Legend . . . . . . . . . . . . . . . 22
                 b.    Tax Indemnification Agreement . . . . . . . . . . . . . . . . . . 23
                 c.    GECC's Guaranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
            2.    Capital and Service Contributions . . . . . . . . . . . . . . . . . . . . . . . 25
                 a.    $117 Million Cash Contribution . . . . . . . . . . . . . . . . . . 25
                 b.    De Minimus Management Role for Dutch Banks . . . . . . 26
            3.    Dutch Banks' Payment Rights . . . . . . . . . . . . . . . . . . . . . . . . . . 27
            4.    Sharing Risk of Profits and Losses . . . . . . . . . . . . . . . . . . . . . . 28
                 a.    Class A Investment Accounts . . . . . . . . . . . . . . . . . . . . 28
                 b.    Capital Accounts and Federal Income Tax Returns . . . . . 30
        B.    Castle Harbour is a "Sham" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
            1.    Substance Over form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
            2.    Purpose of Castle Harbour was to Avoid Taxes . . . . . . . . . . . . . 33
            3.    GECC $240 Million Contribution Solely for Tax Purposes . . . . 35
            4.    Castle Harbour Was Economically Empty . . . . . . . . . . . . . . . . 35
        C.    The Dutch Banks Contributed Loans, Not Equity, to Castle Harbour . . . 38

        1.     Dutch Banks Treated Investments as Debt .................. 39
        2.     Lack of Management for Dutch Banks ..................... 39
        3.     Fully Capitalized and No Need for Dutch Funds ............. 40
        4.     Fixed Maturity Date ................................... 41
        5.     Repayment Schedule and Rate of Interest .................. 41
        6.     Relative Status of Dutch Investments to Other Creditors ...... 42
        7.     Repayment Enforcement Rights ......................... 43
        8.     Source of Payments to Dutch Banks ...................... 43
        9.     Ability of Castle Harbour to Borrow from Lending Institutions . 44
    D.    The Allocation of 98% Income to the Dutch Banks Lacked Substantial
    Economic Effect Under Treas. Reg. § 1.704-1(b) .................. 45
        1.     Effect of the 98/2 Allocation of Income on Capital Accounts ... 52
              a.     Impact of 98/2 Allocation on Dutch Banks'
                     Capital Accounts .............................. 52
              b.     Impact of 98/2 Allocation on GE Entities' Capital
                     Accounts .................................... 52
        2.     Impact of the 98/2 Allocation of Income on Tax Liabilities .... 53
              a.     The Dutch Banks ............................. 53
              b.     The GE Entities .............................. 53
    E.    The GECC Intities Are Liable for Penalties ..................... 54
        1.     Penalty Due to Negligence or Disregard of Rules and
             Regulations ......................................... 56
        2.     Penalty Due to Substantial Understatement ................ 57
Conclusion ........................................................ 60

**INDEX**

                                                                                      **Page**

**Cases:**

Addington v. Commissioner, 205 F.3d 54 (2d. Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . 55
ASA Investerings Partnership v. Commissioner, 201 F.3d 505 (2000),
    *cert. denied*, 581 U.S. 871 (2000) . . . . . . . . . . . . . . . . . . . . 3, 10, 21, 22, 31, 32, 38
Boca Investerings Partnership vs. United States, 314 F.3d 625
    (D.C. Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21, 22,3
Boeing v. United States, 537 U.S. 437 (2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
Burde v. Commissioner, 352 F.2d 995 (2d Cir. 1965) . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
Casebeer v. Commissioner, 909 F.2d 1360 (9th Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . 33
Caulfield v. Commissioner, 33 F.3d 991 (8th Cir. 1994) . . . . . . . . . . . . . . . . . . . . . . . . 56
Commissioner v. Culbertson, 337 U.S. 733 (1949) . . . . . . . . . . . . . . . . . . . . . 21, 22, 26, 30
Cottage Savings Association v. Commissioner, 499 U.S. 554 (1991) . . . . . . . . . . . . . . 49
DeMartino v. Commissioner, 862 F.2d 400 (2d Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . 3
Dunn v. Commissioner, 615 F.2d 578 (2d Cir. 1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
Estate of Kahn v. Commissioner, 499 F.2d 1186 (2d Cir. 1974) . . . . . . . . . . . . 21, 22, 28
Estate of Mixon v. United States, 464 F.2d 394 (5th Cir. 1972) . . . . . . . 39, 40, 41, 42, 43
Fin Hay Realty Co v. United States, 398 F.2d 694 (3d Cir. 1968) . . . . . 39, 40, 41, 42, 43
Gilman v. Commissioner, 933 F.2d 143 (2d Cir. 1991) . . . . . . . . . . . . . . . . . . . . . . 32, 33
Goldman v. Commissioner, 39 F.3d 402 (2d Cir. 1994) . . . . . . . . . . . . . . . . . . . . . . . . . 55
Gregory v. Helvering, 293 U.S. 465 (1935) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 33, 36
In Re CM Holdings, Inc., 301 F.3d 96 (3rd Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . 32
Intertan, Inc. v. Comm'r, T.C. Memo 2004-1 (Jan. 5, 2004) . . . . . . . . . . . . . . . . . . . . . 59
John Kelley Co. v. Commissioner, 326 U.S. 521 (1946) . . . . . . . . . . . . . . . . . . . . . . . . . 38
Kirchman v. Commissioner, 862 F.2d 1486 (11th Cir. 1989) . . . . . . . . . . . . . . . . . . . . . 32
Kluener v. Commissioner, 154 F.3d 630 (6th Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . 56
Knetsch v. United States, 364 U.S. 361 (1960) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
Lee v. Commissioner, 155 F3d. 584 (2d Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . 32, 36
Laidlaw v. Commissioner, T.C. Memo 1998-232, 1998 WL 345528, June 30, 1998 . . . 38
Luna v. Commissioner, 42 T.C.1067 (1964) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22, 28
National Investors Corp. v. Hoey, 144 F.2d 466 (2d Cir. 1944) . . . . . . . . . . . . . . . . 3, 4, 22
National Muffler Dealers Association v. U.S., 440 U.S. 472 (1979) . . . . . . . . . . . . . . . 49
Nicole Rose v. Commissioner, 320 F.3d 282 (2d Cir. 2003) . . . . . . . . . . . . . . 3, 32, 36, 57
Rosenberg v. Commissioner, T.C. Memo 2000-108, 2000 WL 326198,
    March 29, 2000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
Scriptomatic, Inc. v. United States, 555 F.2d 364 (3d Cir. 1977) . . . . . . . . . . . . . . . . . 38
Sochin v. Commissioner, 843 F.2d 351 (9th Cir.), <u>cert. denied</u>, 488 U.S. 824 (1988) . . 33
Zmuda v. Commissioner, 731 F.2d 1417 (9th Cir. 1984) . . . . . . . . . . . . . . . . . . . . . . . . 33

**Statutes:**

Internal Revenue Code (26 U.S.C.):

§ 704(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 10, 16, 45, 46, 47, 48, 53, 60
§ 704(b)(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 45
§ 704(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
§ 705(a)(2)(B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
§ 705(a)(7) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
§ 752 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
§ 6221 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
§ 6226(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 2
§ 6226(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
§ 6226(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 55
§ 6226(d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 55
§ 6226(e)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
§ 6226 (f) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
§ 6234 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
§ 6662 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 59
§ 6662(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
§ 6662(b)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 4, 55
§ 6662(b)(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 4, 55, 57
§ 6662(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55, 56
§ 6662(d)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55, 57
§ 6662(d)(2)(B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55, 58
§ 6662(d)(2)(C) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55, 58
§ 6662(d)(2)(C)(i) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
§ 7805 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

Tax Equity and Fiscal Responsibility Act of 1982 (TEFRA), Pub. L. No. 97-248,
    96 Stat. 324 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Tax Reform Act of 1976, 1976-3 C.B. (Vol. 1) 24 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

**Regulations:**

Treas. Reg. § 1.704-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49, 51
Treas. Reg. § 1.704-1(b)(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 5, 49
Treas. Reg. § 1.704-1(b)(2)(ii)(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
Treas. Reg. § 1-704.1(b)(2)(ii)(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 48
Treas. Reg. § 1.704-1(b)(2)(iii)(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49, 54
Treas. Reg. § 1.704-1(b)(2)(iv) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
Treas. Reg. § 1.704-1(b)(2)(iv)(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
Treas. Reg. § 1.704-1(b)(3)(ii) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
Treas. Reg. § 1.704-1(b)(3)(iii) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
Treas. Reg. § 1.6662-3(b)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56
Treas. Reg. § 1.6662-3(b)(3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 57

Treas. Reg. § 1.6662-4(d)(3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
Treas. Reg. § 1.6662-4(d)(3)(iii) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
Treas. Reg. § 301-6231(a)(3)-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**Miscellaneous:**

Joint Comm. on Taxation, General Explanation of the Tax Reform Act of 1976,
    1976-3 C.B. (Vol. 2) 105 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 49
Marvin A. Ehirelstein, <u>Federal Income Taxation</u> (1985) . . . . . . . . . . . . . . . . . . . . . . . . . 4
Lee A. Shepard, Goodbye Mr. Chips: Lease Stripping on Trial Again, With Add-Ons, 100
    Tax Notes 453 (July 28, 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4