IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFD III-E INC., the Tax Matters Partner of CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case Nos.: 3:01-CV-01839 (SRU) (lead case)<br>3:01-CV-01840 (SRU) |

**PLAINTIFF'S SUBMISISON OF AUTHORITIES**

Pursuant to its offer during the final pretrial conference in this matter, on July 15, 2004, Plaintiff, TIFD III-E INC. ("Plaintiff"), is submitting directly to chambers a binder containing copies of authorities from its trial brief that may be difficult to find.

Dated this 19th day of July, 2004.

        Respectfully submitted,

        */s/*
        William F. Nelson, ct22883
        David J. Curtin, ct22881
        Michael J. Desmond, ct23186
        John A. Galotto, ct22882
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 800
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        wnelson@mckeenelson.com
        dcurtin@mckeenelson.com
        mdesmond@mckeenelson.com
        jgalotto@mckeenelson.com

        Anthony M. Fitzgerald, ct04167
        CARMODY & TORRANCE LLP
        195 Church Street, P.O. Box 1950
        New Haven, CT 06509-1950
        Telephone: (203) 777-5501
        Facsimile: (203) 784-3199
        e-mail: afitzgerald@carmodylaw.com

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing PLAINTIFF'S SUBMISISON OF AUTHORITIES along with the binder of authorities referenced in the pleading have been made today, July 19, 2004, by delivering true and correct copies thereof by hand to the following:

>Robert J. Higgins
>Barry E. Reiferson
>Trial Attorneys, Tax Division
>U.S. Department of Justice
>c/o Ann Nevis, Assistant United States Attorney
>U.S. Attorney's Office
>915 Lafayette Blvd.
>Bridgeport, CT  06604

>_/s/ Michael J. Desmond_
>Michael J. Desmond, ct23186
>MCKEE NELSON LLP
>1919 M Street, N.W., Suite 800
>Washington, D.C.  20036
>Telephone:  (202) 775-1880
>Facsimile:  (202) 775-8586
>mdesmond@mckeenelson.com