IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFD III-E INC.,THE TAX MATTERS PARTNER OF CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NOS.　3:01CV01839(SRU)<br>)　　　　　　　　3.01CV01840(SRU)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE OF BARRY E. REIFERSON**

Please take notice that Barry E. Reiferson, Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 55, Ben Franklin Station, Washington, D.C. 20044, telephone (202) 514-6058, hereby files his appearance on behalf of the United States of America in the above-titled action.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KEVIN J. O'CONNOR
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　JOHN B. HUGHES
　　　　　　　　　　　　　　　　　　　Chief, Civil Division


　　　　　　　　　　　　　　　By:　/s/Barry E. Reiferson
　　　　　　　　　　　　　　　　　　　BARRY E. REIFERSON (ct24580)
　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　P.O. Box 55, Ben Franklin Station
　　　　　　　　　　　　　　　　　　　Washington, DC 20044
　　　　　　　　　　　　　　　　　　　Telephone: (202) 514-6058
　　　　　　　　　　　　　　　　　　　Facsimile:　(202) 514-5238
　　　　　　　　　　　　　　　　　　　Email: Barry.E.Reiferson@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that service of the foregoing NOTICE OF APPEARANCE OF BARRY E. REIFERSON has been made on the parties herein by mailing copies thereof, this 20th day of July, 2004, in postage prepaid envelopes, to the following:

>   Anthony M. Fitzgerald
>   CARMODY & TORRANCE LLP
>   195 Church Street
>   P.O. Box 1950
>   New Haven, Connecticut 06509-1950
>   (Facsimile) (203) 784-3199
>
>   David J. Curtin
>   MCKEE NELSON LLP
>   1919 M Street, N.W., Suite 800
>   Washington, D.C. 20036
>   (Facsimile)  (202) 775-8586
>
>   Suzanne C. Feese
>   KING & SPALDING
>   191 Peachtree Street
>   Atlanta, Georgia 30303-1763
>   (Facsimile) (404) 572-5147

>   /s/Barry E. Reiferson
>   BARRY E. REIFERSON
>   Trial Attorney, Tax Division
>   United States Department of Justice
>   P.O. Box 55, Ben Franklin Station
>   Washington, DC 20044
>   Telephone (202) 514-6058