IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFD III-E INC., the Tax Matters Partner of CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case Nos.: 3:01-CV-01839 (SRU) (lead case)<br>             3:01-CV-01840 (SRU) |

**PLAINTIFF'S SUBMISISON OF PLAINTIFF'S EXHIBITS
AND THE PARTIES' JOINT EXHIBITS**

Pursuant to the Court's request at the final pretrial conference in this matter, on July 15, 2004, Plaintiff, TIFD III-E INC. ("Plaintiff"), is submitting herewith Plaintiff's 383 trial exhibits and the parties' 72 joint exhibits.

113896v1

Dated this 20th day of July, 2004.

          Respectfully submitted,

          */s/*
          _____
          William F. Nelson, ct22883
          David J. Curtin, ct22881
          Michael J. Desmond, ct23186
          John A. Galotto, ct22882
          MCKEE NELSON LLP
          1919 M Street, N.W., Suite 800
          Washington, D.C.  20036
          Telephone:  (202) 775-1880
          Facsimile:  (202) 775-8586
          wnelson@mckeenelson.com
          dcurtin@mckeenelson.com
          mdesmond@mckeenelson.com
          jgalotto@mckeenelson.com

          Anthony M. Fitzgerald, ct04167
          CARMODY & TORRANCE LLP
          195 Church Street, P.O. Box 1950
          New Haven, CT  06509-1950
          Telephone:  (203) 777-5501
          Facsimile:  (203) 784-3199
          e-mail:  afitzgerald@carmodylaw.com

113896v1

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing PLAINTIFF'S SUBMISISON OF PLAINTIFF'S EXHIBITS AND THE PARTIES' JOINT EXHIBITS has been made today, July 20, 2004, by delivering a true and correct copy thereof by hand to the following:

>Robert J. Higgins
>Barry E. Reiferson
>Trial Attorneys, Tax Division
>U.S. Department of Justice
>c/o Ann Nevis, Assistant United States Attorney
>U.S. Attorney's Office
>915 Lafayette Blvd.
>Bridgeport, CT  06604

>_____
>Michael J. Desmond, ct23186
>MCKEE NELSON LLP
>1919 M Street, N.W., Suite 800
>Washington, D.C.  20036
>Telephone:  (202) 775-1880
>Facsimile:  (202) 775-8586
>mdesmond@mckeenelson.com

113896v1