IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFD III-E INC., the Tax Matters Partner of CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case Nos.: 3:01-CV-01839 (SRU) (lead case)<br>3:01-CV-01840 (SRU) |

**PLAINTIFF'S SUBMISISON OF DEPOSITION DESIGNATIONS**

Pursuant to the Court's request at the final pretrial conference in this matter, on July 15, 2004, Plaintiff, TIFD III-E INC. ("Plaintiff"), is submitting herewith Plaintiff's deposition designations and Defendant's deposition counter-designations for Richard Koffey, Hem Mulders, and Wilfred Nagel. Plaintiff reserves its objections to Defendant's counter-designations of the testimony of Hem Mulders and Wilfed Nagel, as set forth in Appendix D to the Joint Trial Memorandum.

Dated this 20th day of July, 2004.

                    Respectfully submitted,

                    William F. Nelson, ct22883
                    David J. Curtin, ct22881
                    Michael J. Desmond, ct23186
                    John A. Galotto, ct22882
                    MCKEE NELSON LLP
                    1919 M Street, N.W., Suite 800
                    Washington, D.C. 20036
                    Telephone: (202) 775-1880
                    Facsimile: (202) 775-8586
                    wnelson@mckeenelson.com
                    dcurtin@mckeenelson.com
                    mdesmond@mckeenelson.com
                    jgalotto@mckeenelson.com

                    Anthony M. Fitzgerald, ct04167
                    CARMODY & TORRANCE LLP
                    195 Church Street, P.O. Box 1950
                    New Haven, CT 06509-1950
                    Telephone: (203) 777-5501
                    Facsimile: (203) 784-3199
                    e-mail: afitzgerald@carmodylaw.com

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing PLAINTIFF'S SUBMISISON OF DEPOSITION DESIGNATIONS, along with copies of the referenced deposition designations, have been made today, July 20, 2004, by delivering true and correct copies thereof by hand to the following:

        Robert J. Higgins
        Barry E. Reiferson
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        c/o Ann Nevis, Assistant United States Attorney
        U.S. Attorney's Office
        915 Lafayette Blvd.
        Bridgeport, CT 06604

        _/s/ Michael J. Desmond_
        Michael J. Desmond, ct23186
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 800
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        mdesmond@mckeenelson.com