IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 JUL 23 P 3: 44

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| TIFD III-E INC., the Tax Matters Partner of CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY, | |
| Plaintiff, | Case Nos.: 3:01-CV-01839 (SRU) (lead case)<br>3:01-CV-01840 (SRU) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY FROM JOHN LACEY REGARDING BUSINESS PURPOSE

Plaintiff, TIFD III-E INC. ("Plaintiff") moves the Court in limine for an order excluding from trial anticipated testimony from Defendant's designated expert witness, Dr. John Lacey. Through this motion, Plaintiff seeks to exclude any proffered testimony from Dr. Lacey regarding the subjective motive of Plaintiff, TIFD III-M INC., the General Electric Capital Corporation ("GECC"), or any other entity, for entering into the Castle Harbour-I LLC partnership ("Castle Harbour") that is the subject of this case.

Testimony from Dr. Lacey on the subjective motives of others for entering into the Castle Harbour transaction is irrelevant and unreliable, and such testimony should therefore be excluded from the trial of this matter pursuant to Federal Rules of Evidence ("Fed. R. Evid.") 401 and 702.

Dated this 23rd day of July, 2004.

> Respectfully submitted,
>
> _/s/_
>
> William F. Nelson, ct22883
> David J. Curtin, ct22881
> Michael J. Desmond, ct23186
> John A. Galotto, ct22882
> MCKEE NELSON LLP
> 1919 M Street, N.W., Suite 800
> Washington, D.C. 20036
> Telephone: (202) 775-1880
> Facsimile: (202) 775-8586
> wnelson@mckeenelson.com
> dcurtin@mckeenelson.com
> mdesmond@mckeenelson.com
> jgalotto@mckeenelson.com
>
> Anthony M. Fitzgerald, ct04167
> CARMODY & TORRANCE LLP
> 195 Church Street, P.O. Box 1950
> New Haven, CT 06509-1950
> Telephone: (203) 777-5501
> Facsimile: (203) 784-3199
> e-mail: afitzgerald@carmodylaw.com