TIFD
v
USA

3:01 cv 1839 (SRU)

## APPENDIX B - PLAINTIFF'S LIST OF EXHIBITS
## TOGETHER WITH DEFENDANT'S OBJECTIONS THERETO

FILED

2004 AUG -5 P 4: 28

U.S. DISTRICT...

PHF Full 7-21-04

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 1 | First Closing Binder: index of First Closing Documents | 0097562 | 0097565 | |
| 2 | First Closing Binder Tab 1: Corporate Documents: TIFD III-E INC.: Incumbency Certificate and Powers of Attorney | 0097568 | 0097574 | |
| 3 | First Closing Binder Tab 2: Corporate Documents: TIFD III-E INC.: Secretary's Certificate certifying as to attached Certificate of Incorporation, by-laws and authorizing resolutions | 0097576 | 0097614 | |
| 4 | First Closing Binder Tab 3: Corporate Documents: TIFD III-E INC.: Officer's Certificate as to representations and warranties | 0097616 | 0097616 | |
| 5 | First Closing Binder Tab 4: Corporate Documents: TIFD III-E INC.: Permit to engage in or carry on any trade or business in or from within Bermuda | 0097618 | 0097619 | |
| 6 | First Closing Binder Tab 5: Corporate Documents: TIFD III-M INC.: Incumbency Certificate and powers of attorney | 0097621 | 0097627 | |
| 7 | First Closing Binder Tab 6: Corporate Documents: TIFD III-M INC.: Secretary's Certificate certifying as to attached Certificate of Incorporation, by-laws and authorizing resolutions | 0097629 | 0097667 | |
| 8 | First Closing Binder Tab 7: Corporate Documents: TIFD III-M INC.: Officer's Certificate as to representations and warranties | 0097669 | 0097669 | |
| 9 | First Closing Binder Tab 8: Corporate Documents: TIFD III-M INC.: Permit to engage in or carry on any trade or business in or from within Bermuda | 0097671 | 0097672 | |

APPENDIX B-1

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 10 | First Closing Binder Tab 9: Corporate Documents: General Electric Capital AG: Incumbency Certificate | 0097674 | 0097674 | |
| 11 | First Closing Binder Tab 10: Corporate Documents: General Electric Capital AG: Director's Certificate certifying as to attached charter, commercial register extract and authorizing resolutions | 0097676 | 0097700 | |
| 12 | First Closing Binder Tab 11: Corporate Documents: General Electric Capital AG: Director's Certificate as to representations and warranties | 0097702 | 0097702 | |
| 13 | First Closing Binder Tab 12: Corporate Documents: General Electric Capital Corporation: Incumbency Certificate and powers of attorney | 0097704 | 0097710 | |
| 14 | First Closing Binder Tab 13: Corporate Documents: General Electric Capital Corporation: Attesting Secretary Certificate certifying as to the attached Restated Organization Certificate and by-laws | 0097712 | 0097808 | |
| 15 | First Closing Binder Tab 14: Corporate Documents: General Electric Capital Corporation: Officer's Certificate as to representations and warranties | 0097810 | 0097810 | |
| 16 | First Closing Binder Tab 15: Corporate Documents: Transportation and Industrial Funding Corporation: Incumbency Certificate and powers of attorney | 0097812 | 0097819 | |
| 17 | First Closing Binder Tab 16: Corporate Documents: Transportation and Industrial Funding Corporation: Secretary's Certificate certifying as to the attached Certificate of Incorporation, by-laws and authorizing resolutions | IRS46003 | IRS46047 | |

Pltf Full 7.2.04

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 18 | First Closing Binder Tab 17: Corporate Documents: Transportation and Industrial Funding Corporation: Officer's Certificate as to representations and warranties | 0097867 | 0097867 | |
| 19 | First Closing Binder Tab 18: Corporate Documents: TIFD VI INC.: Incumbency Certificate | 0097869 | 0097869 | |
| 20 | First Closing Binder Tab 19: Corporate Documents: TIFD VI INC.: Secretary's Certificate certifying as to the attached Certificate of Incorporation, by-laws and authorizing resolutions | 0097871 | 0097880 | |
| 21 | First Closing Binder Tab 20: Corporate Documents: TIFD VI INC.: Copies of the Stock Certificates of TIFD VI INC. | 0097882 | 0097888 | |
| 22 | First Closing Binder Tab 21: Limited Liability Company Documents: Certified copy of Articles of Organization of GE Capital Summer Street-I Limited Liability Company **Brickman** | 0097890 | 0097896 | |
| 23 | First Closing Binder Tab 22: Limited Liability Company Documents: Operating Agreement of GE Capital Summer Street-I Limited Liability Company | 0097898 | 0098064 | |
| 24 | First Closing Binder Tab 23: Contribution and Assignment Documents: Contribution Agreement | 0098066 | 0098107 | |
| 25 | First Closing Binder Tab 24: Contribution and Assignment Documents: Contribution Agreement | 0098109 | 0098150 | |
| 26 | First Closing Binder Tab 25: Contribution and Assignment Documents: Contribution Agreement | 0098152 | 0098196 | |
| 27 | First Closing Binder Tab 26: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098199 | 0098210 | |

PHF FULL 7.21.04

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 28 | First Closing Binder Tab 27: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098212 | 0098231 | |
| 29 | First Closing Binder Tab 28: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098233 | 0098240 | |
| 30 | First Closing Binder Tab 29: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098242 | 0098252 | |
| 31 | First Closing Binder Tab 30: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098254 | 0098262 | |
| 32 | First Closing Binder Tab 31: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098264 | 0098271 | |
| 33 | First Closing Binder Tab 32: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098273 | 0098281 | |
| 34 | First Closing Binder Tab 33: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098283 | 0098291 | |
| 35 | First Closing Binder Tab 34: Contribution and Assignment Documents: Assignment and Assumption Agreement | 0098293 | 0098304 | |
| 36 | First Closing Binder Tab 35: Related Agreements: Administrative Services Agreement between GE Capital Summer Street-I Limited Liability Company and GE Capital Advisory Services Ltd. | 0098306 | 0098331 | |
| 37 | First Closing Binder Tab 36: Related Agreements: Capital Contribution Agreement | 0098333 | 0098339 | |
| 38 | First Closing Binder Tab 37: Related Agreements: Cash Flow Participation Agreement | 0098341 | 0098346 | |
| 39 | First Closing Binder Tab 38: Related Agreements: Option Agreement | 0098348 | 0098359 | |

APPENDIX B-4

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 40 | First Closing Binder Tab 39: Related Agreements: Cash Management Agreement | 0098361 | 0098369 | |
| 41 | First Closing Binder Tab 40: Opinions: Opinion of Vargas & Bartlett, Nevada Counsel | 0098371 | 0098375 | |
| 42 | First Closing Binder Tab 41: Opinions: Opinion of Lenz & Staehelin, Swiss Counsel | 0098377 | 0098382 | |
| 43 | First Closing Binder Tab 42: Opinions: Opinion of William C. Boston & Associates | 0046793 | 0046994 | |
| 44 | First Closing Binder Tab 43: Opinions: Opinion of Slaughter & May, British Counsel | 0098588 | 0098590 | |
| 45 | First Closing Binder Tab 44: Miscellaneous: GE Capital Summer Street-I Limited Liability Company Receipt to TIFD III-E INC. | 0098592 | 0098592 | |
| 46 | First Closing Binder Tab 45: Miscellaneous: GE Capital Summer Street-I Limited Liability Company Receipt to TIFD III-M INC. | 0098594 | 0098594 | |
| 47 | First Closing Binder Tab 46: Miscellaneous: GE Capital Summer Street-I Limited Liability Company Receipt to General Electric Capital AG | 0098596 | 0098596 | |
| 48 | First Closing Binder Tab 47: Miscellaneous: Affidavits of Citizenship | 0098598 | 0098605 | |
| 49 | First Closing Binder Tab 48: Miscellaneous: GE Capital Summer Street-I Limited Liability Company Unanimous Consent of Members | 0098607 | 0098607 | |
| 50 | Second Closing Binder: Index of Second Closing Documents | 0098612 | 0098617 | |
| 51 | Second Closing Binder Tab 1: Transaction Documents: Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J001.) | | | |
| 52 | Second Closing Binder Tab 2: Transaction Documents: Investment Agreement (This exhibit has been renumbered as joint exhibit J002.) | | | |

PHf Full 7-21-04

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 53 | Second Closing Binder Tab 3: Transaction Documents: Guaranty (This exhibit has been renumbered as joint exhibit J003.) | | | |
| 54 | Second Closing Binder Tab 4: Transaction Documents: Internationale Nederlanden Bank N.V. Tax Indemnity Agreement (This exhibit has been renumbered as joint exhibit J004.) | | | |
| 55 | Second Closing Binder Tab 5: Transaction Documents: Rabo Merchant Bank N.V. Tax Indemnity Agreement (This exhibit has been renumbered as joint exhibit J005.) | | | |
| 56 | Second Closing Binder Tab 6: Transaction Documents: Administrative Services Agreement-I between GE Capital Advisory Services Ltd. and Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J006.) | | | |
| 57 | Second Closing Binder Tab 7: Transaction Documents: Administrative Services Agreement-II between GE Capital Advisory Services Ltd. and Castle Harbour-I Limited-Liability Company | 0011628 | 0011640 | |
| 58 | Second Closing Binder Tab 8: Transaction Documents: Cost Allocation Agreement | 0099538 | 0099543 | |
| 59 | Second Closing Binder Tab 9: Transaction Documents: Investment Agreement Discretionary | 0099545 | 0099552 | |
| 60 | Second Closing Binder Tab 10: Transaction Documents: Investment Agreement Discretionary | 0099556 | 0099562 | |
| 61 | Second Closing Binder Tab 11: Transaction Documents: Assignment of Member Interest | 0099564 | 0099566 | |
| 62 | Second Closing Binder Tab 12: Transaction Documents: Assignment of Member Interest | 0099568 | 0099570 | |
| 63 | Second Closing Binder Tab 13: Transaction Documents: Assignment of Member Interest | 0099572 | 0099574 | |

Pltf Full 7-21-04

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 64 | Second Closing Binder Tab 14: Transaction Documents: Internationale Nederlanden Bank N.V. Non-Recourse Note | 0099576 | 0099579 | |
| 65 | Second Closing Binder Tab 15: Transaction Documents: Rabo Merchant Bank N.V. Non-Recourse Note | 0099581 | 0099584 | |
| 66 | Second Closing Binder Tab 16: Transaction Documents: Subsidiary Master Lease | 0011678 | 0011723 | |
| 67 | Second Closing Binder Tab 17: Transaction Documents: Master Lease | 0099633 | 0099678 | |
| 68 | Second Closing Binder Tab 18: Transaction Documents: General Electric Capital Corporation Indemnification Agreement | 0099680 | 0099687 | |
| 69 | Second Closing Binder Tab 19: Transaction Documents: Internationale Nederlanden Bank N.V. Demand Notes | 0099689 | 0099690 | |
| 70 | Second Closing Binder Tab 20: Transaction Documents: Rabo Merchant Bank N.V. Demand Notes | 0099692 | 0099693 | |
| 71 | Second Closing Binder Tab 21: TIFD III-E INC.: Secretary's Certificate | 0099695 | 0099698 | |
| 72 | Second Closing Binder Tab 22: TIFD III-E INC.: Officer's Certificate | 0099700 | 0099701 | |
| 73 | Second Closing Binder Tab 23: TIFD III-M INC.: Secretary's Certificate | 0099703 | 0099706 | |
| 74 | Second Closing Binder Tab 24: TIFD III-M INC.: Officer's Certificate | 0099708 | 0099709 | |
| 75 | Second Closing Binder Tab 25: TIFD III-M INC.: Officer's Certificate | 0099711 | 0099712 | |
| 76 | Second Closing Binder Tab 26: General Electric Capital AG: Director's Certificate | 0099714 | 0099720 | |
| 77 | Second Closing Binder Tab 27: General Electric Capital AG: Director's Certificate | 0099722 | 0099723 | |

PHH Full 7-21-04

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 78 | Second Closing Binder Tab 28: Castle Harbour Leasing Inc.: Secretary's Certificate | 0099725 | 0099766 | |
| 79 | Second Closing Binder Tab 29: Castle Harbour Leasing Inc.: Incumbency Certificate | 0099768 | 0099768 | |
| 80 | Second Closing Binder Tab 30: Castle Harbour Leasing Inc.: Delegation of Authority | 0099770 | 0099770 | |
| 81 | Second Closing Binder Tab 31: Castle Harbour Leasing Inc.: Officer's Certificate | 0099772 | 0099772 | |
| 82 | Second Closing Binder Tab 32: Castle Harbour Leasing Inc.: Permit to Conduct Business in Bermuda | 0001879 | 0001879 | |
| 83 | Second Closing Binder Tab 33: Castle Harbour Leasing Inc.: Action by Stockholder without Meeting | 0099777 | 0099778 | |
| 84 | Second Closing Binder Tab 34: Castle Harbour Leasing Inc.: Action by Director without Meeting | 0099780 | 0099780 | |
| 85 | Second Closing Binder Tab 35: General Electric Capital Corporation: Attesting Secretary's Certificate | 0099782 | 0099788 | |
| 86 | Second Closing Binder Tab 36: General Electric Capital Corporation: Officer's Certificate | 0099792 | 0099793 | |
| 87 | Second Closing Binder Tab 37: Castle Harbour-I Limited-Liability Company: General Manager's Certificate | 0099795 | 0099795 | |
| 88 | Second Closing Binder Tab 38: Castle Harbour-I Limited-Liability Company: General Manager's Certificate | 0099797 | 0099797 | |
| 89 | Second Closing Binder Tab 39: Castle Harbour-I Limited-Liability Company: General Manager's Certificate | 0099799 | 0099799 | |
| 90 | Second Closing Binder Tab 40: Castle Harbour-I Limited-Liability Company: Permit to conduct business in Bermuda | 0099801 | 0099801 | |

Pltf Full 7-21-04

APPENDIX B-8

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 91 | Second Closing Binder Tab 41: Internationale Nederlanden Bank N.V.: Copy of Statuten | 0099803 | 0099835 | |
| 92 | Second Closing Binder Tab 42: Internationale Nederlanden Bank N.V.: Copy of page from Signature Book | 0099837 | 0099838 | |
| 93 | Second Closing Binder Tab 43: Internationale Nederlanden Bank N.V.: Copy of Extract from Commercial Registry | 0099840 | 0099841 | Not in English |
| 94 | Second Closing Binder Tab 44: Internationale Nederlanden Bank N.V.: Forms 1001/W-8 | 0099843 | 0099844 | |
| 95 | Second Closing Binder Tab 45: Internationale Nederlanden Bank N.V.: Letter from Internationale Nederlanden Bank N.V. to TIFD III-M INC. | 0099846 | 0099847 | |
| 96 | Second Closing Binder Tab 46: Rabo Merchant Bank N.V.: Copy of Statuten | 0099849 | 0099858 | Not in English |
| 97 | Second Closing Binder Tab 47: Rabo Merchant Bank N.V.: Power of Attorney | 0099860 | 0099861 | |
| 98 | Second Closing Binder Tab 48: Rabo Merchant Bank N.V.: Copy of Extract from Commercial Registry | 0099863 | 0099869 | Not in English |
| 99 | Second Closing Binder Tab 49: Rabo Merchant Bank N.V.: Forms 1001/W-8 | 0099871 | 0099872 | |
| 100 | Second Closing Binder Tab 50: Opinions: Opinion of Wendy Ormond | 0099874 | 0099878 | |
| 101 | Second Closing Binder Tab 51: Opinions: Opinion of King and Spalding | 0099880 | 0099911 | |
| 102 | Second Closing Binder Tab 52: Opinions: Opinion of Potter, Anderson | 0099913 | 0099925 | |
| 103 | Second Closing Binder Tab 53: Opinions: Opinion of Vargas and Bartlett | 0099927 0099909 | 0099931 0099911 | |
| 104 | Second Closing Binder Tab 54: Opinions: Opinion of William C. Boston & Associates | 0099934 | 0100132 | |

PITF Full 7-21-04

APPENDIX B-9

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 105 | Second Closing Binder Tab 55: Opinions: Opinion of Lenz and Staehelin | 0089360 | 0089366 | |
| 106 | Second Closing Binder Tab 56: Opinions: Opinion of Baker and McKenzie | 0100141 | 0100146 | |
| 107 | Second Closing Binder Tab 57: Opinions: Opinion of Slaughter and May | 0100148 | 0100151 | |
| 108 | Second Closing Binder Tab 58: Receipts: Castle Harbour-I Limited-Liability Company receipt to Internationale Nederlanden Bank N.V. | 0100153 | 0100153 | |
| 109 | Second Closing Binder Tab 59: Receipts: TIFD III-M INC. receipt to Internationale Nederlanden Bank N.V. | 0100155 | 0100155 | |
| 110 | Second Closing Binder Tab 60: Receipts: Castle Harbour-I Limited-Liability Company receipt to Rabo Merchant Bank N.V. | 0100157 | 0100157 | |
| 111 | Second Closing Binder Tab 61: Receipts: TIFD III-M INC. receipt to Rabo Merchant Bank N.V. | 0100159 | 0100159 | |
| 112 | Second Closing Binder Tab 62: Receipts: Castle Harbour-I Limited-Liability Company receipt to TIFD III-M INC. | 0100161 | 0100161 | |
| 113 | Second Closing Binder Tab 63: Receipts: General Electric Capital AG receipt to TIFD III-M INC. | 0100163 | 0100163 | |
| 114 | Second Closing Binder Tab 64: Receipts: Internationale Nederlanden Bank N.V. receipt to TIFD III-M INC. | 0100165 | 0100165 | |
| 115 | Second Closing Binder Tab 65: Receipts: Rabo Merchant Bank N.V. receipt to TIFD III-M INC. | 0100167 | 0100167 | |
| 116 | Second Closing Binder Tab 66: Miscellaneous: Service Contract between Castle Harbour Leasing Inc. and Codan Services Limited | 0100169 | 0100177 | |
| 117 | Second Closing Binder Tab 67: Miscellaneous: Service Contract between Castle Harbour-I Limited-Liability Company and Codan Services Limited | 0100179 | 0100187 | |

PITF Full 7-21-04

APPENDIX B-10

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 118 | Second Closing Binder Tab 68: Miscellaneous: Amended Articles of Organization | 0100189 | 0100196 | |
| 119 | Second Closing Binder Tab 69: Miscellaneous: Action by Members without Meeting | 0100198 | 0100199 | |
| 120 | Second Closing Binder Tab 70: Miscellaneous: Action by Members without Meeting | 0100201 | 0100202 | |
| 121 | Second Closing Binder Tab 71: Miscellaneous: Affidavit of Citizenship | 0100204 | 0100205 | |
| 122 | Second Closing Binder Tab 72: Miscellaneous: Affidavit of Citizenship | 0100207 | 0100208 | |
| 123 | Second Closing Binder Tab 73: Miscellaneous: Affidavit of Citizenship | 0100210 | 0100211 | |
| 124 | Second Closing Binder Tab 74: Miscellaneous: Letter from Internationale Nederlanden Bank N.V. and Rabo Merchant Bank N.V. to TIFD III-M Inc. and TIFD III-E INC. | 0100213 | 0100213 | |
| 125 | IRS Letter Ruling | 0100249 | 0100259 | |
| 126 | IRS Letter Ruling | 0100260 | 0100272 | |
| 127 | Agreement to Acquire and Lease | IRS00018 | IRS00065 | |
| 128 | Head Lease of One Boeing 727-223 Aircraft | IRS03748 | IRS03863 | |
| 129 | Indenture between General Electric Credit Corporation and the Chase Manhattan Bank | 0100516 | 0100729 | |
| 130 | U.S. News & World Report article, entitled "Firms Now Lease Everything But Time for Everything from Aircraft to the Workers Who Service Them," by Kenneth R. Sheets | 0102300 | 0102303 | Hearsay |
| 131 | Presentation entitled "Dominion Bond Rating Service Meeting" | 0100362 | 0100437 | |
| 132 | Presentation entitled "Capital Availability" | 0100457 | 0100465 | |
| 133 | Article entitled "Cruisin' for a Bruisin'?" by David Tice | 0100335 | 0100350 | Hearsay |

Handwritten annotations: "PX FULL 7-21-04" (left margin, vertical), "7-22-04 129 Full" and "7-25-04 132 Full"

APPENDIX B-11

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 7.22.04 134 Full | General Electric Capital Corporation Form 10-K Annual Report  Parke | 0100733 | 0100776 | |
| 7.28.04 135 Full | Presentation entitled "Standard and Poor's - Capitalization Issues" | 0100438 | 0100456 | |
| 136 | Letter from Robert Lewis to T & I Managers and attached analyst reports  (This exhibit has been renumbered as joint exhibit J007.) | | | |
| 7.22.04 137 Full | General Electric Capital Corporation Form 10-K Annual Report  Parke | 0100777 | 0100820 | |
| Full 7.21.04 138 | Organization Announcement from Robert L. Lewis  R. o'Reilly | 0097232 | 0097232 | |
| 7.28.04 Full 139 | Memorandum to Bill Price from Robert Lewis  Lewis | 0097233 | 0097233 | |
| 7.28.04 140 Full | Presentation entitled "AFSA Meeting" | 0100466 | 0100474 | |
| Full 7.21.04 141 | Presentation to Morgan Stanley & Co., Inc.  O'Reilly | 0097234 | 0097251 | |
| Full 7.21.04 142 | Presentation to McManus & Miles  O'Reilly | 0097278 | 0097295 | |
| Full 7.21.04 143 | Presentation to Kidder Peabody & Company  O'Reilly | 0097252 | 0097277 | |
| 144 | Presentation to Babcock & Brown, Inc.  (This exhibit has been renumbered as joint exhibit J008.) | | | |
| 145 | Babcock & Brown, Inc. proposal entitled "Lease "Securitization" Structure"  (This exhibit has been renumbered as joint exhibit J009.) | | | |
| Full 7.21.04 146 | Presentation entitled "Second Quarter Operating Review"  O'Reilly | 0097300 | 0097302 | |
| 147 | Presentation entitled "Commercial Aviation Portfolio Selldown Project"  (This exhibit has been renumbered as joint exhibit J010.) | | | |
| 148 | Memorandum from Bill Barker to various recipients | 0100359 | 0100361 | |
| 149 | Presentation entitled "Strategic Review"  (This exhibit has been renumbered as joint exhibit J011.) | | | |
| 150 | Presentation entitled "Board of Directors Meeting"  (This exhibit has been renumbered as joint exhibit J012.) | | | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 372 | Letter from Suzanne Feese to Hem Mulders (This exhibit has been renumbered as joint exhibit J071.) | | | |
| *7/26/04* 373 *Full* | Castle Harbour-I Limited-Liability Company Activity Report - Period January 1, 1999 - March 31, 1999 | 0097221 | 0097221 | |
| 374 | Table setting forth aircraft valuations | 0101345 | 0101345 | Hearsay, authenticity |
| 375 | Fax letter from Anne Marie Kean to Selwa Hussain, with attachments | 0027173 | 0027176 | Hearsay, authenticity |
| *7.25.04* 376 *Full* | IRS Form 886A - Explanation of Items *Larry* | 0102183 | 0102275 | |
| *7.27.04* 377 *Full* | IRS Notice of Final Partnership Administrative Adjustment for taxable years 1993, 1994, 1995, and 1996 *Meyers* | 0101351 | 0101365 | |
| *7.27.04* 378 *Full* | IRS Notice of Final Partnership Administrative Adjustment for taxable years 1997 and 1998 *Meyers* | 0101366 | 0101381 | |
| 379 | Castle Harbour Aircraft Valuations and M-T-M Gains/(Losses) | 0100273 | 0100273 | Hearsay, authenticity |
| *7.27.04* 380 *Full* | Report of Stewart Myers, with Work Papers and Errata Sheet *Myers* | 0101210 | 0101298 | Hearsay, testifying witness |
| *7.28.04* 381 *Full* | United States Supplemental Response to Plaintiff's First Set of Interrogatories | 0101322 | 0101343 | |
| 382 | Rebuttal Report of Stewart Myers | 0101299 | 0101321 | Hearsay, testifying witness |
| *7.26.04* 383 *Full* | Summary of Information Concerning 63 Contributed Aircraft | 0101382 | 0101384 | Objections to any underlying source documents are renewed |

*Full 7.23.04 - PHf's Demonstrative Exs A - E Full*
*Full 7.23.04      "      "      F    ID - Full 7/26/04*

*Government Answers To Interrogatories 13 + 14 Read into record*

*Full 7.27.04. PHf's Demonstrative Ex's M-Q, T, U-1, V-2, U-3, 4-4, V, W*
*Full 7.28.04    PHf's Demonstrative X, Y, Z- Paper Charts*
*7.28.04 #1000 Letter Higgins/Austin*

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 151 | Proposal entitled "PROPS" prepared by Babcock & Brown, Inc. (This exhibit has been renumbered as joint exhibit J013.) | | | |
| 152 | Barron's article, entitled "Losing Altitude: The Sky's No Longer the Limit for Aircraft Leasing Companies," by Jonathan R. Laing | 0102276 | 0102291 | Hearsay |
| 153 | Memorandum from James Fantaci to Bill Barker (This exhibit has been renumbered as joint exhibit J014.) | | | |
| 154 | General Electric Capital Corporation Form 10-K Annual Report   Lewis | 0100821 | 0100864 | |
| 155 | Memorandum from Jeffrey S. Werner to H. Depp and R. Lewis   Lewis | 0097444 | 0097446 | |
| 156 | Letter from Daniel Brickman to Molly Fergusson (This exhibit has been renumbered as joint exhibit J015.) | | | |
| 157 | Seattle Post-Intelligencer article, entitled "GE to Buy Planes from Leasing Firm" | 0102294 | 0102295 | Hearsay |
| 158 | Times of London article, entitled "GE Capital Comes up with GPA Rescue Deal" | 0102292 | 0102293 | Hearsay |
| 159 | Article entitled "Aircraft Finance's Bumpy Ride," by Valerie Gerard and Nancy E. Stroker   o'Reilly - obj. | 0100351 | 0100358 | Hearsay |
| 160 | Fax from John T. Kilgallon to Paul Pepe and Mac Taylor | 0097447 | 0097453 | |
| 161 | Memorandum from Brian Rogol to R. O'Reilly, W. Barker, E. Dull, E. McGarvey, M. Kriedberg, R. D'Avino, Esq. and W. Ormond, Esq. Dull | 0022027 | 0022027 | |
| 162 Full | Article entitled "Desert Store," by Flight International Dull | 0101346 | 0101349 | Hearsay |
| 163 | Aviation Daily article, entitled "Experts Agree Capital is Available to Airlines But at a Cost" | 0102296 | 0102297 | Hearsay |
| 164 | Transportation and Industrial Funding approval document entitled "Project Airlease" (This exhibit has been renumbered as joint exhibit J016.) | | | |

Full 7.21.04 (154)
Full 7.21.04 (155)
Full 7.21.04 (159)
Full 7.22.04 (160)
Full 7.21.04 (161)
7.22.04 (162)

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 165 | Notice of transfer from General Electric Capital Corporation to Delta Air Lines, Inc. | 0036370 | 0036422 | |
| 166 | Notice of transfer from General Electric Capital Corporation to Shawmut Bank Connecticut, N.A., and Bankers Trust Company | 0036280 0036298 0036296 | 0036295 0036297 | |
| 167 | Notice of transfer from General Electric Capital Corporation to Air Micronesia, Inc. and Continental Airlines, Inc. | 0036424 | 0036439 | |
| 168 | Notice of transfer from General Electric Capital Corporation to US Air, Inc. | 0036317 | 0036368 | |
| 169 | Notice of transfer from General Electric Capital Corporation to Morgan Guaranty Trust Company of New York and Bankers Trust Company | 0036232 | 0036247 | |
| 170 | Notice of transfer from General Electric Capital Corporation to First Security Bank of Utah, N.A., IBJ Schroder Bank and Trust Company, Prudential Insurance Company of America and Bank of America | 0036267 | 0036278 | |
| 171 | Notice of transfer from General Electric Capital Corporation to Credit Lyonnais/PK Airfinance, Continental Air Lines, Inc., State Street Bank & Trust Company, Shawmut Bank Connecticut, N.A., and First Security Bank of Utah, N.A. | 0036300 | 0036315 | |
| 172 | Notice of transfer from General Electric Capital Corporation to First Security Bank of Utah, N.A., Aetna Life and Casualty Company IGGP, Teachers Insurance & Annuity Association of America, Jefferson Standard Life Insurance Company, UNUM Life Insurance Company of America and State Street Bank & Trust Company | 0036249 0036261 0036258 0036262 | 0036257 0036260 0036265 | |
| 173 | Notice of transfer from General Electric Capital Corporation to Shawmut Bank Connecticut, N.A., with attachments, and August 13, 1993 letter from Jeff Nelson to Shawmut Bank Connecticut, N.A., with revised attachments | 0036092 0036111 | 0036109 0036127 | |

APPENDIX B-14

| | Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|---|
| 7·22·04 | 174 Full | Notice of transfer from General Electric Capital Corporation to Wilmington Trust Company and NationsBank of Georgia, N.A. | 0036148 | 0036200 | |
| 7·22·04 | 175 Full | Notice of transfer from General Electric Capital Corporation to Shawmut Bank Connecticut, N.A., State Street Bank & Trust Company, Swissair, Swiss Air Transport Company, Ltd. and Swissair | 0036202 | 0036213 | |
| 7·22·04 | 176 Full | Notice of transfer from General Electric Capital Corporation to Shawmut Bank Connecticut, N.A. and Bankers Trust Company | 0036215 | 0036230 | |
| 7·22·04 | 177 Full | Notice of transfer from General Electric Capital Corporation to American Airlines, Inc. and National Westminster Bank, with attachments, and August 13, 1993 letter from Jeff Nelson to American Airlines, Inc. and National Westminster Bank, with revised attachments | 0036441 0036128 | 0036475 0036146 | |
| 7·22·04 | 178 Full | Notice to Marsh & McLennan of transfer of interests | 0085307 | 0085308 | |
| 7·22·04 | 179 Full | Employee Seconding Agreement | 0040822 | 0040829 | |
| | 180 | Investment Memorandum (This exhibit has been renumbered as joint exhibit J017.) | | | |
| 7·21·04 Full | 181 | Portion of General Electric Capital Corporation presentation   O'Reilly – Lewis | 0100475 | 0100494 | |
| | 182 | Letter from Rabo Merchant Bank N.V. to General Electric Capital Corporation (This exhibit has been renumbered as joint exhibit J018.) | | | |
| | 183 | Airline Financial News article, entitled "GPA Finalizes GE Deal, Cancels $7.7 Billion in Boeing, Airbus Orders" | 0102298 | 0102299 | Hearsay |
| 7·21·04 ID | 184 ✓ | Moody's Special Comment, entitled "Aircraft Finance and Aircraft Securitization in the 1990s"   Lewis   obj | 0097454 | 0097467 | Hearsay, incomplete document |
| | 185 | Airlease Transaction Closing Certificate for Documentation (This exhibit has been renumbered as joint exhibit J019.) | | | |

APPENDIX B-15

| | Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|---|
| 7·26·04 | 186 Full | Bermuda Registration for Castle Harbour Leasing Inc. | 0034838 | 0034838 | |
| | 187 | Restated Financial Statements of Castle Harbour-I Limited-Liability Company as of 10/06/1993 (This exhibit has been renumbered as joint exhibit J020.) | | | |
| | 188 | IRS Form 1001 for Rabo Merchant Bank N.V. for years 1993 - 1995 | 0057184 | 0057184 | |
| | 189 | IRS Form 1001 for International Nederlanden Bank N.V. for years 1993 - 1995 | 0061681 | 0061681 | |
| 7·26·04 | 190 Full | Castle Harbour Leasing Inc. Financial Statements as of 10/06/1993 | 0091850 | 0091857 | |
| 7·22·04 | 191 Full | Notice to U.S. Air, Inc. of name change from GE Capital Summer Street-I Limited Liability Company to Castle Harbour-I Limited-Liability Company | 0061733 | 0061735 | |
| 7·22·04 | 192 Full | Notice of name change of owner participant from GE Capital Summer Street-I Limited Liability Company to Castle Harbour-I Limited-Liability Company | 0061719 | 0091722 | |
| 7·26·04 | 193 Full | Bermuda Registration for Castle Harbour | 0034843 | 0034843 | |
| 7·22·04 | 194 Full | Employee Seconding Agreement | 0094779 | 0094786 | |
| 7·26·04 | 195 Full | Notification of distribution to the Managers and Members of Castle Harbour from C W Tewell | 0100314 | 0100319 | |
| 7·26·04 | 196 Full | Employee Seconding Agreement between Westbroke Limited and Castle Harbour-I Limited-Liability Company | 0013164 | 0013164 | |
| 7·22·04 | 197 Full | General Electric Capital Corporation Form 10-K Annual Report  Parke | 0100865 | 0100911 | |
| | 198 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1993 (This exhibit has been renumbered as joint exhibit J024.) | | | |
| | 199 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1993 (This exhibit has been renumbered as joint exhibit J021.) | | | |

APPENDIX B-16

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 200 | 1993 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J022.) | | | |
| 201 | 1993 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. (This exhibit has been renumbered as joint exhibit J023.) | | | |
| 202 | Documents concerning the January 17, 1994 Managers Meeting (This exhibit has been renumbered as joint exhibit J025.) | | | |
| 203 | Letter from GE Capital Advisory Services Ltd. to GE Capital Aviation Services Ltd. | 0012910 | 0012910 | |
| 204 | Letter from Coopers & Lybrand to the Irish Office of the Revenue Commissioners (This exhibit has been renumbered as joint exhibit J026.) | | | |
| 205 | Amendment No. 1 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J027.) | | | |
| 206 | Letter from Catherine Egan to Coopers and Lybrand | 0022060 | 0022061 | |
| 207 | Minutes of the April 6, 1994 Managers Meeting (This exhibit has been renumbered as joint exhibit J028.) | | | |
| 208 | Minutes of the June 22, 1994 Managers Meeting (This exhibit has been renumbered as joint exhibit J029.) | | | |
| 209 | Amendment No. 2 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J030.) | | | |
| 210 | Memorandum from Dermot Hanly to Diarmuid Hyde and Mike O'Shea (This exhibit has been renumbered as joint exhibit J031.) | | | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 211 | Administrative Services Agreement by and between Castle Harbour-I Limited-Liability Company and GE Capital Aviation Services, Ltd. (This exhibit has been renumbered as joint exhibit J032.) | | | |
| 212 | Memorandum from K. A. Kassidy and V. F. Guaglianone to various individuals | 0101350 | 0101350 | Hearsay, authenticity |
| 213 Full | Minutes of the July 14, 1994 Managers Meeting | 0000364 | 0000364 | |
| 214 Full | S.E.C. Amendment No. 1 to Form F-1, ALPS 94-1 Pass Through Trust | 0000917 | 0000919 | |
| 215 Full | Letter from Chris Tewell to the Managers and Members of Castle Harbour | 0002039 | 0002041 | |
| 216 Full | Administrative Services Agreement by and between Castle Harbour Leasing Inc. and GE Capital Aviation Services, Ltd. | 0095857 | 0095871 | |
| 217 Full | Remarketing Agreement between Castle Harbour-I Limited-Liability Company and GE Capital Aviation Services, Ltd.    Hyde | 0095826 | 0095839 | |
| 218 | Letter from Chris Tewell to the Managers and Members of Castle Harbour (This exhibit has been renumbered as joint exhibit J033.) | | | |
| 219 Full | Assignment and Assumption Agreement | 0001495 | 0001514 | |
| 220 Full | Letter from Castle Harbour to TIFD III-E INC. | 0022212 | 0022215 | |
| 221 Full | Letter from Chris Tewell to Daire O'Criodain | 0076485 | 0076487 | |
| 222 Full | Fax letter from Johnny Moulsdale to CW Tewell, with attachments | 0017553 | 0017556 | |
| 223 | Minutes of the September 29, 1994 Managers Meeting (This exhibit has been renumbered as joint exhibit J034.) | | | |
| 224 Full | Letter from Chris Tewell to Daire O'Criodain | 0095952  0095956  0095954 | 0095953  0095956  0095954 | |
| 225 Full | Letter from Chris Tewell to the Managers and Members of Castle Harbour | 0070729  0095955  0070731 | 0070730  0095955  0070732 | |

7.26.04    213
7.26.04    214
7.26.04    215
7.26.04    216
7.26.04    217   7.26.04
7.26.04    219
7.26.04    220
7.28.04    221
7.28.04    222
7.26.04    224
7.28.04    225

APPENDIX B-18

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 7·28·04 226 Full | Letter from Chris Tewell to the Managers and Members of Castle Harbour | 0070726 | 0070728 | |
| 227 | Letter from Brian Rogol to Robert Lewis (This exhibit has been renumbered as joint exhibit J035.) | | | |
| 7·26·04 228 Full | Letter from Edward Pieniazek to Daire O'Criodain | 0095957 | 0095961 | Hearsay |
| 7·26·04 229 Full | Letter from Kenneth A. Raff to Daire O'Criodain | 0007976 | 0007978 | Hearsay |
| 7·26·04 230 Full | Minutes of the December 21, 1994 Managers Meeting | 0000366 | 0000366 | |
| 7·28·04 231 Full | Letter from Chris Tewell to the Managers and Members of Castle Harbour | 0100309 | 0100311 | |
| 232 | Letter from Chris Tewell to Sean Brennan and Daire O'Criodain (This exhibit has been renumbered as joint exhibit J036.) | | | |
| 7·26·04 233 Full | Letter from Chris Tewell to Sean Brennan and Daire O'Criodain | 0095945 | 0095947 | |
| 234 | Letter from Brian Rogol to Robert Lewis | 0089374 | 0089376 | |
| 7·26·04 235 Full | Notification of distribution to the Managers and Members of Castle Harbour from C W Tewell | 0100320 | 0100324 | |
| 7·28·04 236 Full | Letter from Chris Tewell to TIFD III-E INC. | 0041572 | 0041587 | |
| 7·28·04 237 Full | Assignment and Assumption Agreement | 0001485 | 0001494 | |
| 7·26·04 238 Full | Letter from Edward Pieniazek to Sean Brennan | 0001997 | 0002000 | Hearsay |
| 239 | 1994 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. (This exhibit has been renumbered as joint exhibit J039.) | | | |
| 240 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1994 (This exhibit has been renumbered as joint exhibit J037.) | | | |
| 241 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1994 (This exhibit has been renumbered as joint exhibit J038.) | | | |

APPENDIX B-19

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 242 | 1994 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J040.) | | | |
| 7.22.04 243 full | General Electric Capital Corporation Form 10-K Annual Report   Purke | 0100912 | 0100959 | |
| 7.28.04 244 Full | Letter from Chris Tewell to TIFD III-E INC. | 0041588 | 0041600 | |
| 7.28.04 245 Full | Assignment and Assumption Agreement | 0001476 | 0001484 | |
| 246 | Letter from Erica van Ooijen and Hen Mulders to Chris Tewell (This exhibit has been renumbered as joint exhibit J041.) | | | |
| 247 | Operating Manual of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J042.) | | | |
| 7.26.04 248 full | Letter from Edward Pieniazek to Daire O'Criodain | 0016791 | 0016795 | Hearsay |
| 7.26.04 249 Full | Documents concerning the March 14, 1995 Managers Meeting | 0041153 0002710 | 0041153 0002710 | |
| 7.28.04 250 Full | Assignment and Assumption Agreement | 0001465 | 0001475 | |
| 7.28.04 251 Full | Letter from Chris Tewell to TIFD III-E INC. | 0041075 | 0041089 | |
| 7.26.04 252 Full | Documents concerning the April 4 and 5, 1995 Annual Meeting | 0018406 0022813 0000367 | 0018409 0022818 0000368 | |
| 7.26.04 253 full | Letter from Anthony Bicknell to Frank Price | 0041513 0001278 | 0041516 0001278 | Hearsay |
| 254 | Letter from Hem Mulders and Erica V.C. van Ooijen to Chris Tewell (This exhibit has been renumbered as joint exhibit J043.) | | | |
| 7.26.04 255 full | Letter of Intent from A G K Bicknell to Kenneth Raff | 0082285 0007974 | 0082289 0007974 | |
| 7.28.04 256 Full | Letter from Chris Tewell to Delta Air Lines, Inc. | 0053194 0081576 0053199 | 0053198 0081576 0053202 | |
| 7.26.04 257 Full | Supplemented and Restated Minutes of the June 6, 1995 Managers Meeting | 0041148 0002669 | 0041148 0002670 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 7·22·04 258 Full | First Waiver of Operating Agreement | 0002792 0007737 0002794 | 0002793 0002806 | |
| 7·28·04 259 Full | Letter from Castle Harbour to Delta Air Lines, Inc. | 0023153 | 0023153 | |
| 7·22·04 260 Full | Second Waiver of Operating Agreement | 0002822 | 0002834 | |
| 261 | Bermuda Department of Immigration Ministry of Labour and Home Affairs Initial Questionnaire Form, with Department of Social Insurance Card | 0102176 | 0102182 | Hearsay |
| 7·26·04 262 Full | Diarmuid Hyde Business Card   – Hyde | 0101344 | 0101344 | |
| 7·26·04 263 Full | Aircraft Purchase Agreement | 0000006 | 0000029 | |
| 7·26·04 264 Full | Aircraft Purchase Agreement | 0000031 | 0000055 | |
| 7·26·04 265 Full | Aircraft Purchase Agreement | 0000057 | 0000081 | |
| 7·26·04 266 Full | Fax memorandum from Diarmuid Hyde to C. Tewell, A. Bicknell, and S. Cunniff | 0090785 | 0090786 | |
| 7·26·04 267 Full | Letter from A G K Bicknell to Frank Price | 0007631 | 0007632 | Hearsay |
| 7·26·04 268 Full | Aircraft Purchase Agreement | 0006927 | 0006950 | |
| 7·26·04 269 Full | Aircraft Purchase Agreement | 0006674 | 0006697 | |
| 7·26·04 270 Full | Aircraft Purchase Agreement | 0056955 | 0056977 | |
| 7·26·04 271 Full | Aircraft Purchase Agreement | 0007015 | 0007038 | |
| 7·26·04 272 Full | Fax Letter from Artie Rush to Paul McElhinney | 0007527 | 0007527 | Hearsay |
| 7·26·04 273 Full | Letter from Kenneth A. Raff to Steve Cimalore and Jean Nolan | 0100730 | 0100732 | Hearsay |
| 7·26·04 274 Full | Castle Harbour-I Limited-Liability Company Activity Report - Period July 19, 1995 - July 28, 1995 | 0095643 | 0095644 | |
| 7·26·04 275 Full | Agreement letter from Kenneth Raff to Diarmuid Hyde | 0090771 | 0090771 | Hearsay |

| | Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|---|
| | 276 | Amendment No. 3 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J044.) | | | |
| 7.26.04 | 277 Full | Employee Seconding Agreement  Hyde | 0022851 | 0022859 | |
| 7.26.04 | 278 Full | Aircraft Purchase Agreement | 0007246 | 0007270 | |
| | 279 | Fax letter from Leonora Crean to Christine Brandt, with attachments | 0019180 | 0019183 | Hearsay |
| | 280 | Fax letter from Diarmuid Hyde to Eleni Nassopoulou and Hem Mulders (This exhibit has been renumbered as joint exhibit J045.) | | | |
| 7.26.04 | 281 Full | Castle Harbour-I Limited-Liability Company Activity Report - Period July 29, 1995 - August 24, 1995 | 0095754 | 0095757 | |
| 7.22.04 | 282 Full | Third Waiver of Operating Agreement | 0057159 | 0057176 | |
| 7.26.04 | 283 Full | Aircraft Purchase Agreement | 0000224 | 0000244 | |
| 7.26.04 | 284 Full | Aircraft Purchase Agreement | 0000297 | 0000316 | |
| 7.26.04 | 285 Full | Documents concerning the October 2, 1995 Managers Meeting | 0070806 0002667 | 0070806 0002667 | |
| 7.26.04 | 286 Full | Castle Harbour-I Limited-Liability Company Activity Report - Period August 25, 1995 - October 6, 1995 | 0095758 | 0095760 | |
| 7.22.04 | 287 Full | Presentation entitled "GE Support Agreement Moody's Discussion" Puke -obj' | 0100495 | 0100515 | Hearsay, authenticity |
| 7.26.04 | 288 Full | Documents concerning the November 6, 1995 General Electric Capital Corporation Update Meeting | 0000386 0000379 0000390 | 0000388 0000382 0000391 | |
| 7.26.04 | 289 Full | Castle Harbour-I Limited-Liability Company Activity Report - Period October 7, 1995 - November 17, 1995 | 0095640 | 0095642 | |
| | 290 | IRS Form 1001 for Rabo Merchant Bank N.V. for years 1996 - 1998 | 0017239 | 0017239 | |

APPENDIX B-22

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 291 | Amendment No. 4 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J046.) | | | |
| 292 | General Electric Capital Corporation Form 10-K Annual Report | 0100960 | 0101025 | |
| 293 | 1995 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. (This exhibit has been renumbered as joint exhibit J047.) | | | |
| 294 | 1995 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J050.) | | | |
| 295 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1995 (This exhibit has been renumbered as joint exhibit J048.) | | | |
| 296 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1995 (This exhibit has been renumbered as joint exhibit J049.) | | | |
| 7.26.04 297 Full | Castle Harbour-I Limited-Liability Company Activity Report - Period November 18, 1995 - January 5, 1996 | 0095761 | 0095763 | |
| 7.26.04 298 Full | Notification of distribution to the Managers and Members of Castle Harbour from C W Tewell | 0100325 | 0100329 | |
| 7.26.04 299 Full | Castle Harbour-I Limited-Liability Company Activity Report - Period January 6, 1996 - February 16, 1996 | 0095751 | 0095753 | |
| 7.26.04 300 Full | Minutes of the March 18, 1996 Managers Meeting | 0002665 | 0002665 | |
| 301 | Letter from KPMG to Castle Harbour, with attachments | 0016996 | 0016999 | Hearsay |
| 7.26.04 302 Full | Castle Harbour-I Limited-Liability Company Activity Report - Period February 17, 1996 - April 19, 1996 | 0095748 | 0095750 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 303 | Documents concerning the May 1, 1996 Annual Meeting (This exhibit has been renumbered as joint exhibit J051.) | | | |
| 304 | Amendment No. 5 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J052.) | | | |
| 305 Full | Castle Harbour-I Limited-Liability Company Activity Report - Period April 20, 1996 - June 6, 1996 | 0095745 | 0095747 | |
| 306 Full | Castle Harbour-I Limited-Liability Company Activity Report - Period June 7, 1996 - July 26, 1996 | 0095742 | 0095744 | |
| 307 Full | Castle Harbour-I Limited-Liability Company Action By Class B Members | 0002538 | 0002538 | |
| 308 Full | Letter from Chris Tewell to Brian Rogol | 0018394 | 0018394 | |
| 309 Full | Castle Harbour-I Limited-Liability Company Activity Report - Period July 27, 1996 - September 6, 1996 | 0095739 | 0095741 | |
| 310 | Fax from Diarmuid Hyde to Pauline McNamara, with attachment | 0008087 | 0008090 | |
| 311 Full | Minutes of the October 24, 1996 Managers Meeting | 0002619 | 0002620 | |
| 312 | Report "US Air Aircraft" | 0008125 | 0008125 | Hearsay, authenticity |
| 313 Full | Fax from Brett King to Diarmuid Hyde, with attachment | 0008131 | 0008132 | Hearsay, authenticity |
| 314 Full | Castle Harbour-I Limited-Liability Company Activity Report - Period September 7, 1996 - November 14, 1996 | 0095736 | 0095738 | |
| 315 Full | Minutes of the December 11, 1996 Managers Meeting | 0002594 | 0002595 | |
| 316 Full | Notification of distribution from Todd Freeman to the Managers and Members of Castle Harbour | 0014700 | 0014704 | |

7.26.04 305
7.26.04 306
7.22.04 307
7.26.04 308
7.22.04 309
7.26.04 311
7.26.04 313
7.26.04 314
7.26.04 315
7.26.04 316

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 317 | 1996 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. (This exhibit has been renumbered as joint exhibit J054.) | | | |
| 318 | 1996 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J056.) | | | |
| 319 | U.S. GAAP financial reports for Castle Harbour-I Limited-Liability Company | 0100303 | 0100305 | Hearsay, authenticity |
| 320 | General Electric Capital Corporation Form 10-K Annual Report | 0101026 | 0101085 | |
| 321 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1996 (This exhibit has been renumbered as joint exhibit J055.) | | | |
| 322 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1996 (This exhibit has been renumbered as joint exhibit J053.) | | | |
| 323 | Castle Harbour-I Limited-Liability Company Activity Report - Period November 15, 1996 - December 31, 1996 | 0090674 | 0090676 | |
| 324 | Castle Harbour-I Limited-Liability Company Activity Report - Period January 1, 1997 - March 14, 1997 | 0095730 | 0095732 | |
| 325 | Fax from Bill Dodson to Mike Kriedberg | 0074600 | 0074604 | Hearsay, authenticity |
| 326 | Documents concerning the May 27, 1997 Annual Meeting (This exhibit has been renumbered as joint exhibit J057.) | | | |
| 327 | Castle Harbour-I Limited-Liability Company Action By Class B Members | 0072030 | 0072030 | |
| 328 | Castle Harbour-I Limited-Liability Company Activity Report - Period March 15, 1997 - May 27, 1997 | 0095733 | 0095735 | |

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 329 | Castle Harbour-I Limited-Liability Company Activity Report - Period May 28, 1997 - July 31, 1997 | 0094422 | 0094424 | |
| 330 | Minutes of the September 2, 1997 Managers Meeting | 0024227 | 0024228 | |
| 331 | Castle Harbour-I Limited-Liability Company Activity Report - Period August 1, 1997 - September 30, 1997 | 0074894 | 0074894 | |
| 332 | Charts concerning Continental Rent Shortfall (This exhibit has been renumbered as joint exhibit J058.) | | | Hearsay, authenticity |
| 333 | IRS Form 1001 for Rabo Merchant Bank N.V. for years 1996 - 1998 | 0093885 | 0093885 | |
| 334 | IRS Form 1001 for Internationale Nederlanden Bank N.V. for years 1996 - 1998 | 0093882 | 0093882 | |
| 335 | IRS Form 1001 for Internationale Nederlanden Bank N.V. for years 1996 - 1998 | 0093883 | 0093883 | |
| 336 | Minutes of the November 5, 1997 Managers Meeting | 0024212 | 0024213 | |
| 337 | Minutes of the December 2, 1997 Managers Meeting | 0024206 | 0024207 | |
| 338 | Notification of distribution from Todd Freeman to the Managers and Members of Castle Harbour | 0100330 | 0100334 | |
| 339 | U.S. GAAP financial reports for Castle Harbour-I Limited-Liability Company | 0082946 | 0082947 | Hearsay, authenticity |
| 340 | General Electric Capital Corporation Form 10-K Annual Report | 0101086 | 0101147 | |
| 341 | 1997 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J059.) | | | |
| 342 | 1997 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. (This exhibit has been renumbered as joint exhibit J060.) | | | |

APPENDIX B-26

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| 343 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1997 (This exhibit has been renumbered as joint exhibit J061.) | | | |
| 344 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1997 (This exhibit has been renumbered as joint exhibit J062.) | | | |
| 345 | Amendment No. 7 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J063.) | | | |
| 346 Full | Castle Harbour-I Limited-Liability Company Activity Report - Period October 1, 1997 - December 31, 1997 | 0094428 | 0094430 | |
| 347 Full | Letter from Thomas A. Fink to Brett King | 0100247 | 0100248 | Hearsay |
| 348 Full | Castle Harbour-I Limited-Liability Company Action By Class B Members | 0072025 | 0072025 | |
| 349 Full | Castle Harbour-I Limited-Liability Company Activity Report - Period January 1, 1998 - March 31, 1998 | 0082759 | 0082760 | |
| 350 Full | Fourth Waiver of Operating Agreement | 0024410 | 0024421 | |
| 351 | Amendment No. 6 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J064.) | | | |
| 352 Full | Documents concerning the May 19, 1998 Annual Meeting | 0027731 0063854 | 0027748 0063856 | |
| 353 Full | Castle Harbour-I Limited-Liability Company Activity Report - Period April 1, 1998 - June 30, 1998 | 0074884 | 0074884 | |
| 354 Full | Fifth Waiver of Operating Agreement | 0024403 | 0024409 | |
| 355 Full | Minutes of the September 10, 1998 Managers Meeting | 0024174 | 0024175 | |
| 356 Full | Castle Harbour-I Limited-Liability Company Activity Report - Period July 1, 1998 - September 30, 1998 | 0097219 | 0097219 | |

7.26.04    7.26.04    7.28.04    7.26.04    7.22.04    7.26.04    7.26.04    7.22.04    7.26.04    7.26.04

APPENDIX B-27

| Exhibit Number | Description | Bates Range Beginning | End | Defendant's Objection(s) |
|---|---|---|---|---|
| *7-22-04* 357 *Full* | Sixth Waiver of Operating Agreement | 0025335 | 0025339 | |
| *7-26-04* 358 *Full* | Minutes of the November 17, 1998 Managers Meeting | 0024167 | 0024168 | |
| *8-05-04* 359 *Full* | Letter from Brian Rogol to Steven Ng | 0047782 | 0047783 | |
| *8-05-04* 360 *Full* | Letter from Brian Rogol to Hem Mulders | 0048207 | 0048208 | |
| 361 | Minutes of the December 15, 1998 Managers Meeting (This exhibit has been renumbered as joint exhibit J065.) | | | |
| 362 | Agreement Letter between ING Bank N.V., Rabo Merchant Bank N.V. and TIFD III-E INC. (This exhibit has been renumbered as joint exhibit J066.) | | | |
| *7-26-04* 363 *Full* | Castle Harbour-I Limited-Liability Company Activity Report - Period October 1, 1998 - December 30, 1998 | 0097220 | 0097220 | |
| 364 | 1998 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company (This exhibit has been renumbered as joint exhibit J070.) | | | |
| 365 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1998 (This exhibit has been renumbered as joint exhibit J068.) | | | |
| *7-28-04* 366 *Full* | General Electric Capital Corporation Form 10-K Annual Report | 0101148 | 0101209 | |
| *7-28-04* 367 *Full* | Assignment and Assumption Agreement | 0048145 | 0048151 | |
| *7-28-04* 368 *Full* | Assignment and Assumption Agreement | 0047938 | 0047944 | |
| 369 | 1998 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. (This exhibit has been renumbered as joint exhibit J067.) | | | |
| 370 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1998 (This exhibit has been renumbered as joint exhibit J069.) | | | |
| 371 | Letter from Suzanne Feese to Steven Ng (This exhibit has been renumbered as joint exhibit J072.) | | | |

8/5/04

Serena L Hargrove

APPENDIX B-28