3:01cv1839 (SRU)

TIFD
v
USA

## APPENDIX C - DEFENDANT'S LIST OF EXHIBITS
## TOGETHER WITH PLAINTIFF'S OBJECTIONS THERETO

FILED

2004 AUG -5 P 4: 28

DISTRICT COURT

United States' Exhibit List - July 7, 2004

| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
|---|---|---|---|---|---|
| Full 1 / 7-22-04 Brickman | Exhibit E to OA | 06/10/93 | CH010461 IRS50325 | CH010461 IRS50325 | |
| Full 2 / 7.26.04 | Sec. 14.1, OA | 06/10/93 | CH010431 IRS50296 | CH010432 IRS50297 | |
| Full 3 / 8.5.04 | Sec. 14.2, OA | 06/10/93 | CH010432 IRS50297 | CH010433 IRS50298 | |
| Full 4 / 7.26.04 | Sec. 5.8, OA | 06/10/93 | CH010403 IRS50268 | CH010404 IRS50269 | |
| Full 5 / 7.26.04 | Amendments to Tax Indemnification Agreements | 01/01/98 | CH160482 0047922 CH160490 0047930 | CH160489 0047929 CH160497 0047937 | |
| Full 6 / 7.26.04 | Castle Harbour Limited Bermuda Agreements with Westbroke | 9/28/95 | CH020667 0000940 IRS 53780 Hyde Ex 9 | CH020668 0000941 IRS53781 | |
| Full 7 / 7.26.04 | Guaranty & Indemnification (leases/CHLI) by GECC in Favor of First Security and CHILI | 12/19/95 | CH043476 0013480 IRS 65505 | CH043486 0013490 IRS65515 | |
| Full 8 / 7.26.04 | GECC Approval for Guaranty & Indemnification | 10/14/95 | CH242751 0097036 | CH242754 0097039 | |
| Full 9 / 8.5.04 | Draft Deal Approval | | CH191035 O'Reilly Ex. 2 0027897 | CH191039 0027901 | |

APPENDIX C-1

United States' Exhibit List - July 7, 2004

| Exh. no | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
|---|---|---|---|---|---|
| 10 | Solicitation ltr, May 1992 *Full 7.21.04* | | CH130784 Brinkman Ex. 1 BB0669 CAS00669 | CH130787 BB0672 CAS00672 | |
| 11 | Babcock Fax; 5/2/02 | | CH130778 BB0663 CAS00663 | CH130779 BB0664 CAS00664 | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| 12 | Babcock March 30, 1993 letter to GECC re: SLIP | | Brinkman Ex. 4 CAS00603 | CAS00603 | Plaintiff objects to this exhibit on the grounds that it is not the complete, executed version of the document. Fed. R. Evid. 106. |
| 13 | Babcock Proposal, Nov. 1992 Fax cover to Periri | | BB0830 Brinkman Ex. 5 CAS00830 | BB0843 CAS00843 | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| 14 | SLIP Transaction Issues List June 18, 1993 | | CH130725 BB0610 Brinkman Ex. 8 CAS00610 | CH130725 BB0610 CAS00610 | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| 15 *Full 7.26.04* | GE SLIP Schedules | | CH012507(6) Fahy Ex. 3 IRS52333(2) | CH012541 IRS52367 | |
| 16 | Babcock $9 million fee | | CH130775 BB0660 CAS00660 | CH130775 BB0660 CAS00660 | Plaintiff objects to this exhibit as hearsay Fed. R. Evid. 802. |
| 17 *Full 7.22.04 Brickman* | Babcock & Brown's engagement ltr | | CH191495 0027993 | CH191524 0028021 | |

| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
|---|---|---|---|---|---|
| 18 | Full 7.22.04 Brickman<br>Babcock letter, 10/6/93 signed by Koffey re: conduct and B&B | | CH181546<br>0034604 | CH181547<br>0034605 | |
| 19 | Full 7.22.04 Brickman<br>Vasta Memo re: Babcock fees | | CH012753<br>IRS52578 | CH012754<br>IRS52579 | |
| 20 | Babcock Memo, 5/23/93 Koffey re: Branch Profits Tax | | CH130704<br>BB0589<br>CAS00589 | CH130705<br>BB0590<br>CAS00590 | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| 21 | Babcock Memo, 6/25/92 Responding to Solicitation | | CH130708<br>BB0593<br>CAS00593 | CH130716<br>BB0601<br>CAS00601 | |
| 22 | Full 7.21.04<br>Babcock Draft of SLIPS 4/1/93<br>Brickman 7.21.04 | | CH130719<br>BB0604<br>CAS00604 | CH130722<br>BB0607<br>CAS00607 | Plaintiff objects this exhibit as hearsay. Fed. R. Evid. 802. |
| 23 | Full 7.21.04<br>PROPS memo, Babcock 11/17/92<br>Brickman 7.21.04 | | CH243056<br>0097377 | CH243057<br>0097378 | |
| 24 | PROPS memo, Babcock 11/27/92 | | CH243058<br>0097379<br>(see exh 71) | CH243060<br>0097381 | |
| 25 | Full 8.05.04<br>PROPS memo, GECC 2/11/93 | | CH243061<br>0097382<br>(see exh 71) | CH243062<br>0097383 | |
| 26 | Full 7.21.04<br>PROPS memo, Babcock 5/3/93 Brickman 7.21.04 | | CH243063<br>0097384 | CH243068<br>0097389 | |
| 27 | Full 7.22.04 Brickman<br>Babcock Schedule, 9/24/93 Minimum Investor Return | | CH130239<br>RABO0238 | CH130239<br>RABO0238 | |

APPENDIX C-3

| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
|---|---|---|---|---|---|
| United States' Exhibit List - July 7, 2004 | | | | | |
| Full 28 7·26·04 | Letter to ING Agreeing to Cover Costs of Negotiations | | CH020763 0001045 IRS53876 | CH020763 0001045 IRS53876 | |
| Full 29 7·26·04 | ING invoice re: entry costs | | CH032892 0008357 IRS60392 | CH032892 0008357 IRS60392 | |
| Full 30 7·26·04 | Portfolio Summary, July 1993 aircraft | | CH020756 0001038 IRS53869 | CH020756 0001038 IRS53869 | |
| Full 31 7·26·04 | Memo to Suzanne Feese, Fahy, B&B re: Castle Harbour | 09/07/93 | CH200466 00751054 Fahy Ex, 2 | CH200466 00751054 | |
| Full 32 7·26·04 | Memo re: Favorable Irish Tax ruling 4/21/94 | | CH242409 Dull, Ex. 19 75757 | CH242410 75758 | |
| Full 33 7·26·04 | Bills of ING and RABO to GECC | | CH241944 0021436 | CH241946 0021438 | |
| Full 34 7·26·04 | E-mail re: GECC accounting for Dutch payments | 10/17/94 | CH211158 0075101 | CH211159 0075102 | |
| Full 35 7·26·04 | Kalashian correspondence to Dutch re: indemnification | 07/11/97 | CH101358 0024509 | CH101359 0024510 | |
| Full 36 7·26·04 | Kalashian presentation to banks | 10/10/97 | CH101334 | CH101339 | |
| Full 37 7·26·04 | Letter to Rabo Bank Confirming Portfolio Valuation Sec. 5.8 OA | 10/24/97 | CH100831 0025389 | CH100832 0025390 | |

| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
|---|---|---|---|---|---|
| Full 38 | 7.26.04 GECAS Memo re: Dutch Exit | 12/28/98 | CH011871 0018262 IRS51736 | CH011875 0018266 IRS51740 | |
| Full 39 | 7.26.04 Closing Documents re: Exit of Dutch Banks | | CH150953 0053220 | CH151016 0053283 | |
| Full 40 | 7.26.04 Memo, Kalashian to Feese re: indemnification | 07/27/98 | CH110730 0059468 | CH110733 0059471 | |
| Full 41 | 7.26.04 1996 Annual Managers Meeting minutes, Agents of ING and RABO | | CH121346 0063676 | CH121358 0063688 | |
| Full 42 | 7.22-04 Doll Memo GECC to KPMG re: tax structure assumptions | 01/31/94 | CH062584 0023507 IRS72236 | CH062587 0023510 IRS72239 | |
| Full 43 | 7.22.04 Doll Fax to Kalashian re: deferred tax | 04/05/95 | CH241952 0017934 | CH241970 0017952 | |
| Full 44 | 7.22-04 Doll Release of deferred taxes accounting explanation | | CH051116 0015151 IRS67161 | CH051116 0015151 IRS67161 | |
| Full 45 | 7.26.04 E-Mail from Hyde re: Dutch Banks meeting | 10/15/97 | CH211437 0074684 | CH211437 0074684 | |
| Full 46 | 7.26.04 Castle Harbour Letter to ING re: Tax indemnification | 01/10/97 | CH143388 Nagel Ex. 6 ING03384 (duplicate?) | CH143390 ING03386 | |
| Full 47 | 7.26.04 Rabo Letter to Castle Harbour re: Dutch Tax Ruling | 11/11/97 | Nagel Ex. 7 ING03354 | ING03356 | |

| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
|---|---|---|---|---|---|
| Full 48 | 7-26-04<br>Rabo letter to CH Indemnification 5/27/98 | | CH242790<br>Nagel Ex. 8<br>0053288 | CH242791<br><br>0053289 | |
| Full 49 | 7-26-04<br>Rabo Letter to CH re: Indemnification 10/7/98 | | CH143494<br>Mulders Ex. 8<br>ING03490 | CH143495<br><br>ING03491 | |
| Full 50 | 7-26-04<br>Morgan Lewis bill to CH for ING and Rabo, 8/18/95 | | ING02958 | ING02959 | |
| Full 51 | 7-26-04<br>Morgan Lewis bill to CH for ING and Rabo, 1/12/96 | | ING02780 | ING02781 | |
| Full 52 | 7-26-04<br>Morgan Lewis letter to TIFD III-E 12/10/98 re: Exit | | CH242837<br>0048225 | CH242839<br>0048227 | |
| Full 53 | 7-26-04<br>Rabo letter to TIFD III-E, CH 12/30/98 Exit Calculations attached | | CH242844<br>0047977 | CH242848<br>0047981 | |
| Full 54 | 7-26-04<br>GECAS Memo re: 06/11/95 Bermuda Meeting | 11/16/95 | CH052588<br>Hanley Ex. 10<br>0016478<br>IRS68633 | CH052589<br><br>0016479<br>IRS68634 | |
| Full 55 | 7-26-04<br>E-mail re: Irish Tax Ruling Compliance | 10/30/95 | CH080896<br>Hanley Ex. 11<br>0003933<br>IRS68633 | CH080896<br><br>0003933<br>IRS68633 | |
| Full 56 | 7-26-04<br>E-mail re: Accounting | 03/12/95 | CH030518<br>Hanley Ex. 12<br>0005982<br>IRS58019 | CH030518<br><br>0005982<br>IRS58019 | |

| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
|---|---|---|---|---|---|
| Full 57 | 8·05·04<br>E-mail re: Accounting and Distribution Expenses | 09/18/95 | CH211131<br>Hanley Ex 18<br>0075074 | CH211132<br><br>0075075 | |
| Full 58 | 7·26·04<br>E-mail Signing Off Shore Cash to GECC from TIFD III E | 05/11/96 | CH241942<br>Hanley Ex 20<br>0022524 | CH241943<br><br>0022525 | |
| Full 59 | 7·26·04<br>RABO fax with calculations of possible tax indemnifications | 07/10/98 | CH101368<br>0024519 | CH101369<br>0024520 | |
| 60 | CH Investment Accounts 1993-1998 | | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| Full 61 | 7.28·04  Lacey<br>Recap of Actual Capital Accounts 1993-1998 | | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| Full 62 | 7.28·04 - Lacey<br>Capital Accounts Calculated by Allocating Income by Ownership Percentage 1993-1998 | | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| Full 63 | 7·26·04<br>Valuation of Aircraft, Dec. 15, 1998 | | CH143917<br>ING03911 | CH143924<br>ING03918 | |
| Full 64 | 7·26·04<br>Portfolio Valuation, Commercial Paper, 9/30/95 | | CH032764<br>0008229<br>IRS60264 | CH032764<br>0008229<br>IRS60264 | |
| Full 65 | 7·26·04<br>CHLI Investment Portfolio | 01/11/93 | 0023228 | 0023236 | |
| Full 66 | 7·26·04<br>Portfolio Valuation, Commercial Paper, 12/31/95 | | CH032758<br>00008223<br>IRS60258 | CH032759<br>0008224<br>IRS60259 | |

United States' Exhibit List - July 7, 2004

| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
|---|---|---|---|---|---|
| Full 67 | 7.26.04 Portfolio Valuation, Commercial Paper, 3/31/96 | | CH032742 0008207 IRS60242 | CH032743 0008208 IRS60243 | |
| Full 68 | 7.26.04 Portfolio Valuation, Commercial Paper, 6/30/96 | | CH032735 0008200 IRS60235 | CH032735 0008200 IRS60235 | |
| Full 69 | 7.26.04 Portfolio Valuation, Commercial Paper, 9/30/96 | | CH032723 0008188 IRS60223 | CH032723 0008188 IRS60223 | |
| Full 70 | 7.26.04 Coopers' refresher opinion re: Irish Tax, inc summary of CH operations | 12/27/95 | CH122834 0003211 0065203 | CH122845 0003222 0065214 | |
| Full 71 | 7.22.04 Dull GECC sale of planes to CHLI | 11/29/95 | CH241995 0076020 | CH241998 0076423 | |
| Full 72 | 7.26.04 GECC accounting description of CH formation | 11/17/94 | CH012909 0017923 IRS52733 | CH012910 0017924 IRS52734 | |
| 73 | E-mail re: disclosures | 08/21/96 | CH200790 0072209 | CH200790 0072209 | |
| Full 74 | Hyde Memo re: commercial paper | 11/13/96 | CH034320 00096796 IRS61819 | CH034322 00096798 IRS61821 | |
| Full 75 | 7.26.04 Invoices, Castle Harbour 1995 | | CH241999 0076380 | CH242032 0076413 | |
| Full 76 | 7.26.04 Faxes re: sales and leases, Continental, GECC, CHLI | 07/24/96 | CH023951 0005023 IRS57070 | CH023954 0005026 IRS57073 | |

| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
|---|---|---|---|---|---|
| United States' Exhibit List - July 7, 2004 ||||||
| Full 77  7.27.04 | CHLI-GE Certificate | 02/27/96 | CH080535 0003570 IRS77269 | CH080535 0003570 IRS77269 | |
| Full 78 | KPMG fax to GECAS, GECC memo re: accounging - non recourse debt | 04/18/97 | CH190075 0026482 | CH190076 0026483 | |
| Full 79 | E-mail, Kalashian re: Castle Harbour | 01/15/96 | CH241942 0022524 | CH241943 0022525 | |
| Full 80 | E-mail, CHILI use of Funds | 02/95 | CH021756 0002065 IRS54874 | CH021756 0002065 IRS54874 | |
| Full 81  7.22.04 Dull | List of GECC employees as officers of CH participants | 11/18/93 | CH042970 0012975 IRS64999 | CH042970 0012975 IRS64999 | |
| 82  7.21-04 Full Lewis | Investment Proposal from Potomac Capital Investing | 08/21/93 | CH110596 O'Reilly Ex. 3 0057581 | CH110613  0057598 | |
| Full 83 | CH letter to ING re: purchase of planes | 12/11/98 | CH011891 0018281 IRS51756 | CH011894 0018284 IRS51759 | |
| Full 84  7.22.04 Dull | Memo re: corporate ownership | 02/11/93 | CH012914 0017928 IRS52738 | CH012915 0017929 IRS52739 | |
| Full 85  7.22.04 Dull | Chart identifying aircraft distributed to TIFD III-E 11/09/94 to 21/04/95 | | CH020654 0000927 IRS53767 | CH020654 0000927 IRS53767 | |
| Full 86  7.22.04 Dull | Rationale for airplane sales to CHLI | | CH190196 0026694 | CH190198 0026696 | |

APPENDIX C-9

United States' Exhibit List - July 7, 2004

| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
|---|---|---|---|---|---|
| Full 87 | 7.22.04 Dull<br>CHILI purchase of planes from GECC | 07/12/95 | CH100377<br>0026393 | CH100377<br>0026393 | |
| Full 88 | 7.26.04<br>GECC memo, Book accounting impact of Castle Harbour | | CH013009<br>0017959<br>IRS52833 | CH013009<br>0017959<br>IRS52833 | |
| Full 89 | 7.22.04 Dull<br>GE memo, post closing issues | 10/22/93 | CH191489<br>0027987 | CH191494<br>0027992 | |
| Full 90 | 7.26.04<br>CH Portfolio, 12/31/98 | | CH100210<br>Hyde Ex 18<br>0026225 | CH100216<br>0026231 | |
| Full 91 | 7.26.04<br>GECC Entities, Resolution Electing Managers | 09/03/94 | CH022237<br>Hyde Ex. 27<br>0002552<br>IRS55356 | CH 022237<br><br>0002552<br>IRS55356 | |
| Full 92 | 7.26.04<br>CHILI, Action by Sole Director | 05/08/94 | CH012822<br>Hyde Ex. 30<br>0017762<br>IRS52647 | CH 012822<br><br>0017762<br>IRS52647 | |
| Full 93 | 7.26.04<br>Annual Meeting Minutes | | CH100351<br>Hyde Ex. 32<br>0026367 | CH100354<br><br>0026370 | |
| Full 94 | 7.26.04<br>4 Spread Sheets produced by Plaintiff for 11/13/03 Depo | | No CH yet<br>Hyde Depo<br>Ex. 1 at Depo | | |
| Full 95 | 7.26.04<br>KPMG fax to Kalashian re: finances, Commercial Paper | 11/04/94 | 0019399 | 0019399 | |
| Full 96 | 7.22.04 Dull<br>Rogol Letter, re: Nielsen, CH Manager | 07/15/93 | CH020720<br>0001002<br>IRS53833 | CH020720<br>0001002<br>IRS53833 | |

APPENDIX C-10

| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
|---|---|---|---|---|---|
| United States' Exhibit List - July 7, 2004 | | | | | |
| Full 97 | 7.22-04<br>Rogol Letter, October 21, 1993 re: Nielsen departure | | 0021391 | 0021391 | |
| Full 98 | 7.26.04<br>Bank of Butterfield Statements 12/31/95 | | CH040085<br>0010081<br>IRS62101 | CH040090<br>0010086<br>IRS62106 | |
| Full 99 | 7.26.04<br>Cosgrove Fax, 7/31/95 New Manager | | CH052002<br>0016037<br>IRS68047 | CH052002<br>0016037<br>IRS68047 | |
| FULL 100 | 7.22.04 Dull<br>Nielsen Letter, October 23, 1993 | | CH020716<br>0000998<br>IRS53829 | CH020716<br>0000998<br>IRS53829 | |
| Full 101 | 7.26.04<br>Fax re: distribution of proceeds of planes sale from CH to TIFD to GPSFC | 05/05/96 | 0019794 | 0019801 | |
| Full 102 | 7.26.04<br>Fax re: tax questions | 06/13/95 | 0023418 | 0023418 | |
| 103 | 7.22-04 - Full<br>Kalashian to KPMG, 11/29/93 (Attachment, transaction)<br>Brickman - Dull | | CH0071264<br>0071264 | CH0071268<br>0071268 | |
| Full 104 | 7.26.04<br>Corporate Records, TIFD III-E and TIFD III-M | 10/13/94 | CH121914<br>0063606 | CH121927<br>0063619 | |
| Full 105 | 7.26.04<br>TIFD III-M Action by Director July 23, 1993 | | CH160264<br>0046383 | CH160265<br>0046384 | |
| 106 | GECC Commercial Airline Financing April 20, 1993 | | CH242093 | CH242163 | |

| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
|---|---|---|---|---|---|
| United States' Exhibit List - July 7, 2004 ||||||
| Full 107 | 7.26.04 Hyde Fax, 6/7/95, and note by Cosgrove, re: costs of Bermuda | | CH022235 0002550 IRS55354 | CH022235 0002550 IRS55354 | |
| Full 108 | 7.22.04 Full Hyde e-mail to Dull, offshore signing | 08/27/96 | CH021813 0002122 IRS54931 | CH021813 0002122 IRS54931 | |
| Full 109 | 7.26.04 Oleson E-mail, 10/15/97 Dutch banks, return US tax regulation | | CH211437 0074684 | CH211437 0074684 | |
| 110 | GECC Aircraft Investment Strategy, 7/17/91 | | CH242037(3) 0076213 CH242046 0076222 | CH242045 0076221 CH242060 0076236 | |
| Full 111 | 8.05.04 Barker Memo, 11/11/92 Selldown | | CH243054 0097375 | CH2423055 0097376 | |
| Full 112 | 7.26.04 IDR HH #7 answer, from Vasta 5/3/2000 | | CH070874 IRS74027 | CH070825 IRS74028 | |
| 113 | Plaintiff's privilege log, in camera inspection | 2/6/2004 | | | Plaintiff objects to this exhibit on the grounds that it is not the complete, executed version of the document. Fed. R. Evid. 106. Plaintiff further objects to this exhibit to the extent Defendant is attempting to incorporate by reference other unidentified exhibits over which plaintiff has asserted a claim of privilege. |

| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
|---|---|---|---|---|---|
| Full 114 | 7·28·04 [handwritten]<br>Expert Report of John M. Lacey, Ph.D. | 8/15/2003 | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |
| Full 115 | 7·28·04 Lacey [handwritten]<br>Figure 1 to the Report of John M. Lacey, Ph.D., revised | 7/7/2004 | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. Plaintiff further objects to this exhibit to the extent it reflects an opinion point not disclosed in Dr. Lacey's August 15, 2003, report. |
| Full 116 | 7·28·04 Lacey [handwritten]<br>Figure 2 to the Report of John M. Lacey, Ph.D., revised | 7/7/2004 | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. Plaintiff further objects to this exhibit to the extent it reflects an opinion point not disclosed in Dr. Lacey's August 15, 2003, report. |
| Full 117 | 7·28·04 Lacey [handwritten]<br>Figure 3 to the Report of John M. Lacey, Ph.D., revised | 7/7/2004 | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. Plaintiff further objects to this exhibit to the extent it reflects an opinion point not disclosed in Dr. Lacey's August 15, 2003, report. |

United States' Exhibit List - July 7, 2004

| Exh. no. | Document Description | Date | Beginning page | End Page | Plaintiff's Objection(s) |
|---|---|---|---|---|---|
| Full 118 *-7.28.04 Lacey* | Figure 4 to the Report of John M. Lacey, Ph.D., revised | 7/7/2004 | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. Plaintiff further objects to this exhibit to the extent it reflects an opinion point not disclosed in Dr. Lacey's August 15, 2003, report. |
| Full 119 *7.28.04 Lacey* | Figure 5 to the Report of John M. Lacey, Ph.D., revised | 7/7/2004 | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. Plaintiff further objects to this exhibit to the extent it reflects an opinion point not disclosed in Dr. Lacey's August 15, 2003, report. |
| 120 | Expert Report of Herbert T. Spiro, Ph.D. | 8/1/2003 | | | Plaintiff objects to this exhibit as hearsay. Fed. R. Evid. 802. |

*121 Full - 8.05.04 Castle Harbour - operational Issues*
*125 Full - 8.05.04 Ltr 5/9/96 D'Aviny/Nayden, et al*

United States' Exhibit List - July 7, 2004

NOTES:

1) The defendant reserves the right to add to its exhibit list any documents produced pursuant to Court order which were previously withheld on grounds of privilege.

2) Incorporated by reference on defendant's exhibit list are all deposition exhibits referred to or introduced by the defendant within the Designated Deposition Testimony of Richard Koffey, Diarmuid Hyde, Dermot Hanly, Hem Mulders and Wilfred Nagel.

*Full 124  7.26.04  Redacted memo Kalushian/Prayer  12/4/95*
*Full 126  7.26.04  Castle Harbour Structure Review + Legal Issue Summary*
*Full 127  7.26.04  "   "   - Limited Liability Co. update  6.11.95*
*Full 128  7.26.04  GE Capital Aircraft Portfolio Transaction  9/93*
*Full 129  7.26.04  Letter Fowler/Kalashian  6/8/98*
*Full Demo "K"  7.28.04*

APPENDIX C-14