TIFD
v
USA

3:01cv1839 (SRU)

APPENDIX A - JOINT EXHIBITS

FILED

2004 AUG -5  P 4: 28

U.S. DISTRICT COURT

Joint -Full 7-21-04

| Joint Exhibit Number | Description | Bates Range Beginning | End |
|---|---|---|---|
| J001 | Second Closing Binder Tab 1: Transaction Documents: Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company | 0101385 | 0101684 |
| J002 | Second Closing Binder Tab 2: Transaction Documents: Investment Agreement | 0101685 | 0102175 |
| J003 | Second Closing Binder Tab 3: Transaction Documents: Guaranty | 0099399 0099401 | 0099399 0099429 |
| J004 | Second Closing Binder Tab 4: Transaction Documents: Internationale Nederlanden Bank N.V. Tax Indemnity Agreement | 0099431 0011573 | 0099468 0011573 |
| J005 | Second Closing Binder Tab 5: Transaction Documents: Rabo Merchant Bank N.V. Tax Indemnity Agreement | 0099470 | 0099509 |
| J006 | Second Closing Binder Tab 6: Transaction Documents: Administrative Services Agreement-I between GE Capital Advisory Services Ltd. and Castle Harbour-I Limited-Liability Company | 0011614 | 0011627 |
| J007 | Letter from Robert Lewis to T & I Managers and attached analyst reports  Lewis | 0097222 | 0097231 |
| J008 | Presentation to Babcock & Brown, Inc.  O'Reilly, Brickman | 0097296 | 0097299 |
| J009 | Babcock & Brown, Inc. proposal entitled "Lease "Securitization" Structure"  Brickman | 0097303 | 0097320 |
| J010 | Presentation entitled "Commercial Aviation Portfolio Selldown Project"  O'Reilly-Lewis | 0097471 | 0097483 |
| J011 | Presentation entitled "Strategic Review" • Lewis | 0097321 | 0097324 |
| J012 | Presentation entitled "Board of Directors Meeting" O'Reilly | 0097329 | 0097374 |
| J013 | Proposal entitled "PROPS" prepared by Babcock & Brown, Inc.  Brickman | 0097484 | 0097513 |
| J014 | Memorandum from James Fantaci to Bill Barker | 0097514 | 0097515 |
| J015 | Letter from Daniel Brickman to Molly Fergusson  Brickman | 0023689 | 0023689 |

APPENDIX A-1

| Joint Exhibit Number | Description | Bates Range Beginning | End |
|---|---|---|---|
| J016 | Transportation and Industrial Funding approval document entitled "Project Airlease"  O'Reilly-Lewis | 0076301 | 0076304 |
| J017 | Investment Memorandum  Brickman | 0017631 0023752 | 0017685 0023787 |
| J018 | Letter from Rabo Merchant Bank N.V. to General Electric Capital Corporation | RABO 00416 | RABO 00417 |
| J019 | Airlease Transaction Closing Certificate for Documentation | 0075866 | 0075869 |
| J020 | Restated Financial Statements of Castle Harbour-I Limited-Liability Company as of 10/06/1993 | 0097516 | 0097525 |
| J021 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1993 | 0008786 | 0008794 |
| J022 | 1993 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company | 0063702 | 0063724 |
| J023 | 1993 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. | 0091818 | 0091840 |
| J024 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1993 | 0008804 | 0008815 |
| J025 | Documents concerning the January 17, 1994 Managers Meeting | 0002719 | 0002721 |
| J026 | Letter from Coopers & Lybrand to the Irish Office of the Revenue Commissioners | 0022062 | 0022072 |
| J027 | Amendment No. 1 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company | 0029879 | 0029888 |
| J028 | Minutes of the April 6, 1994 Managers Meeting | 0000359 | 0000360 |
| J029 | Minutes of the June 22, 1994 Managers Meeting | 0000361 | 0000362 |
| J030 | Amendment No. 2 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company | 0029890 | 0029896 |
| J031 | Memorandum from Dermot Hanly to Diarmuid Hyde and Mike O'Shea | 0094388 | 0094393 |

(handwritten margin note: Joint - Full  7.21.04)

| Joint Exhibit Number | Description | Bates Range Beginning | End |
|---|---|---|---|
| J032 | Administrative Services Agreement by and between Castle Harbour-I Limited-Liability Company and GE Capital Aviation Services, Ltd. | 0095810 | 0095825 |
| J033 | Letter from Chris Tewell to the Managers and Members of Castle Harbour | 0045614<br>0100312 | 0045616<br>0100313 |
| J034 | Minutes of the September 29, 1994 Managers Meeting | 0000365 | 0000365 |
| J035 | Letter from Brian Rogol to Robert Lewis | 0063573 | 0063576 |
| J036 | Letter from Chris Tewell to Sean Brennan and Daire O'Criodain | 0095948 | 0095951 |
| J037 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1994 | 0016335 | 0016347 |
| J038 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1994 | 0008842 | 0008851 |
| J039 | 1994 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. | 0015690 | 0015707 |
| J040 | 1994 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company | 0024822 | 0024838 |
| J041 | Letter from Erica van Ooijen and Hen Mulders to Chris Tewell | 0045603 | 0045603 |
| J042 | Operating Manual of Castle Harbour-I Limited-Liability Company | 0090200 | 0090294 |
| J043 | Letter from Hem Mulders and Erica V.C. van Ooijen to Chris Tewell | 0100306 | 0100308 |
| J044 | Amendment No. 3 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company | 0070741 | 0070748 |
| J045 | Fax letter from Diarmuid Hyde to Eleni Nassopoulou and Hem Mulders | 0082546 | 0082548 |
| J046 | Amendment No. 4 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company | 0029907 | 0029933 |
| J047 | 1995 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. | 0020287 | 0020314 |

*[Handwritten margin note: Joint Full 7-21-04]*

APPENDIX A-3

| Joint Exhibit Number | Description | Bates Range Beginning | End |
|---|---|---|---|
| J048 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1995 | 0008913 | 0008923 |
| J049 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1995 | 0020762 | 0020780 |
| J050 | 1995 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company | 0024848 | 0024876 |
| J051 | Documents concerning the May 1, 1996 Annual Meeting | 0002662<br>0000396<br>0002653 | 0002662<br>0000404<br>0002657 |
| J052 | Amendment No. 5 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company | 0029935 | 0029941 |
| J053 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1996 | 0009070 | 0009087 |
| J054 | 1996 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. | 0070081 | 0070107 |
| J055 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1996 | 0009034 | 0009045 |
| J056 | 1996 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company | 0026465 | 0026481 |
| J057 | Documents concerning the May 27, 1997 Annual Meeting | 0024241<br>0074560 | 0024244<br>0074573 |
| J058 | Charts concerning Continental Rent Shortfall | 0071458 | 0071464 |
| J059 | 1997 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company | 0027290 | 0027317 |
| J060 | 1997 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. | 0083487<br>0083531 | 0083500<br>0083539 |
| J061 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1997 | 0017994 | 0018006 |
| J062 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1997 | 0097526 | 0097537 |

*[Handwritten margin note: Joint-Full 7.21.04]*

| Joint Exhibit Number | Description | Bates Range Beginning | End |
|---|---|---|---|
| J063 | Amendment No. 7 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company | 0047915 | 0047921 |
| J064 | Amendment No. 6 to the Amended and Restated Operating Agreement of Castle Harbour-I Limited-Liability Company | 0024383 | 0024388 |
| J065 | Minutes of the December 15, 1998 Managers Meeting | 0063851 | 0063853 |
| J066 | Agreement Letter between ING Bank N.V., Rabo Merchant Bank N.V. and TIFD III-E INC. | 0047970 | 0047973 |
| J067 | 1998 U.S. Corporation Income Tax Return, Form 1120, for Castle Harbour Leasing Inc. | 0097538 | 0097559 |
| J068 | Castle Harbour-I Limited-Liability Company Financial Statements as of 12/31/1998 | 0027162 | 0027172 |
| J069 | Castle Harbour Leasing Inc. Financial Statements as of 12/31/1998 | 0093355 | 0093366 |
| J070 | 1998 U.S. Partnership Return of Income, Form 1065, for Castle Harbour-I Limited-Liability Company | 0027631 | 0027682 |
| J071 | Letter from Suzanne Feese to Hem Mulders | 0053324 | 0053327 |
| J072 | Letter from Suzanne Feese to Steven Ng | 0053328 | 0053331 |

Joint - Full 7-21-04

8/5/04
Serena L. Hargrove

APPENDIX A-5