United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF

Kevin F. Rowe, Clerk
Aug 5    2004
By
Deputy Clerk
A. Nkonz

TIFD
v.
USA

EXHIBIT AND WITNESS LIST
DEFENDANT

CASE NUMBER: 3:01 cv 1839 (SRU)

| PRESIDING JUDGE Judge Underhill | PLAINTIFF'S ATTORNEY David Curtin | DEFENDANT'S ATTORNEY Robert Higgins |
|---|---|---|
| TRIAL DATE(S) 7·21·04 — 8·5·04 | COURT REPORTER Sue Catucci | COURTROOM DEPUTY Alice Montz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 7·27·04 | | | John Fahey, New Canaan, CT, sworn & Test |
| | | 7·28·04 | Expert witness Accounting | | John Lacey, Rolling Hills CA, sworn & Test |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages