IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

FILED

2004 AUG -5 P 3: 21

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| TIFD III-E INC., THE TAX MATTERS PARTNER OF CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NOS. 3:01CV01839(SRU)<br>3.01CV01840(SRU) |

## JOINT STIPULATION AND MOTION

The parties in the above-listed case hereby stipulate as follows:

1. The following of Plaintiff's Exhibits are authentic and defendant has no objections to the admission of such exhibits: 327, 359 and 360; and

2. The following of Defendant's Exhibits are authentic and plaintiff has no objections to the admission of such exhibits: 3, 9, 25, 57, 111, 121 and 125.

The parties jointly move that all of the above-listed exhibits be admitted into evidence.

-1-

| PLAINTIFF | DEFENDANT |
|---|---|
| TIFD III-E INC. | UNITED STATES OF AMERICA |
| By: _____ | By: _____ |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Anthony M. Fitzgerald<br>CARMODY & TORRANCE LLP<br>195 Church Street, P.O. Box 1950<br>New Haven, CT 06509-1950<br>Telephone: (203) 777-5501<br>Facsimile: (203) 784-3199 | Robert J. Higgins (ct23378)<br>Barry Reiferson (ct24580)<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>Post Office Box 26<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-6580<br>Facsimile: (202) 514-9440 |
| William F. Nelson, ct22883<br>David J. Curtin, ct22881<br>Michael J. Desmond, ct23186<br>John A. Galotto, ct22882<br>MCKEE NELSON LLP<br>1919 M Street, N.W., Suite 800<br>Washington, D.C. 20036<br>Telephone: (202) 775-1880<br>Facsimile: (202) 775-8586 | Kevin J. O'Connor<br>United States Attorney<br><br>John B. Hughes<br>Chief, Civil Division |

August 5, 2004