

**U.S. Department of Justice**

Tax Division

Facsimile No. (202) 514-5238
Trial Attorney: Barry E. Reiferson
Attorney's Direct Line: (202) 514-6058
EJO'C:DSM:BEReiferson

Please reply to:  Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

FILED
2004 SEP -2  A 2: 36

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

September 1, 2004

VIA FEDERAL EXPRESS

Honorable Stephan R. Underhill
United States District Court
District of Connecticut
United States Courthouse
915 Lafayette Blvd.
Bridgeport, CT 06604

    Re:  TIFD III-E INC. v. United States of America
          Case No.: 3:01cv1839(SRU)  (D. Conn.)

Dear Judge Underhill:

    This letter serves to inform the Court, in the spirit of Fed.R.App.P. 28(j), of a case decided after the submission of post-trial briefs in the above-captioned matter which may bear on the issues before the Court.[1]  I refer to the recent opinion in the matter of *Long Term Capital Holdings, et al. v. United States of America*, -- F. Supp. 2d -- , 2004 WL 1924931 (D. Conn. August 27, 2004).

                                   Sincerely yours,

                                     BARRY E. REIFERSON
                                       Trial Attorney
                      Civil Trial Section, Northern Region

cc:  VIA Federal Express
     David J. Curtin
     McKee & Nelson
     1919 M St., NW
     Suite 800
     Washington, DC 20036

---

[1] The rule invites parties to inform appellate courts, by letter, of newly decided cases after briefing.  While it requires specification of points in briefs or argument to which the new cases apply, in this instance, we believe the newly decided case is broadly relevant to many aspects of the parties' briefs and arguments.