UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFD III-E INC., the Tax Matters Partner of CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY,<br>     Plaintiff,<br><br>         v.<br><br>UNITED STATES OF AMERICA,<br>     Defendant. | CIVIL ACTION NOS.<br>3:01cv1839 (SRU) (lead)<br>3:01cv1840 (SRU) |

## NOTICE CONCERNING DOCUMENTS SUBMITTED FOR *IN CAMERA* REVIEW

In accordance with the parties' agreement, the Court is returning to counsel for TIFD III-E Inc. all documents that were submitted for *in camera* review on February 6, 2004 and July 12, 2004. Counsel for TIFD III-E has represented that these documents shall be made available to this court or any reviewing court upon request.

Dated at Bridgeport, Connecticut, this 1st day of November 2004.

   /s/ Stefan R. Underhill
      Stefan R. Underhill
      United States District Judge