UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFD III-E INC., the Tax Matters Partner of CASTLE HARBOUR-I LIMITED LIABILITY COMPANY<br><br>v<br><br>UNITED STATES OF AMERICA | 3:01cv1839 (SRU)<br>3:01cv1840 (SRU) |

JUDGMENT

This matter came on for trial before the Honorable Stefan R. Underhill, United States District Judge. On November 2, 2004, the court entered a Memorandum of Decision.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff, TIFD III-E INC., the Tax Matters Partner of CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY. The I.R.S. must refund to TIFD III-E the total amount of TIFD-III-E's jurisdictional deposit, plus any interest called for by 26 U.S.C. Sections 6226 and 6611.

Dated at Bridgeport, Connecticut, this 3rd day of November, 2004.


KEVIN F. ROWE, Clerk

By _____
    Deputy Clerk

Entered on Docket _____