IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFD III-E INC., THE TAX MATTERS PARTNER OF CASTLE HARBOUR-1 LIMITED-LIABILITY COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CASE NO. 3:01CV1839(SRU) (LEAD)<br>(consolidated with no. 3:01cv1840) |

### INDEX TO THE RECORD ON APPEAL[*]

Certified Copy of Docket Sheet

| Document No. | Name of Document |
|---|---|
| 1 | Complaint  (#1) |
| 2 | U.S. Mot. to Extend Time to Ans. to 12/27/01 (#15) |
| 3 | Endorsement to Extend Time to Answer to 12/27/01 (#15-1) |
| 4 | Answer (#23) |
| 5 | Defendant's Mem. Oppos. Plaintiff's Assert. of Privilege (#37) |
| 6 | Plaintiff's Response re: Defendant's Mem. Oppos. Plaintiff's Privilege Claim (#40) |
| 7 | Defendant's Reply to Plaintiff's Response re: Plaintiff's Privilege Claim (#41) |
| 8 | Joint Trial Mem. (#44) |

---

[*] This index to the record on appeal is being filed simultaneously with an index to the record on appeal in docket no. 3:01cv1840.  Both indexes are necessary to ensure that the complaint and answer from both docket numbers are included in the record on appeal.  Although docket no. 3:01cv1839 was consolidated with docket no. 3:01cv1840 by the District Court on March 20, 2002, the complaint and answer are different in each docket number.

| Document No. | Name of Document |
|---|---|
| 9 | Letter from David Curtin (2/17/04) (#46) |
| 10 | Ruling on Plaintiff's Priv. Claim (#47) |
| 11 | Defendant's Trial Memo. (#51) |
| 12 | Plaintiff's Trial Brief (#52) |
| 13 | Defendant's Motion for Reconsideration of Ruling on Plaintiff's Privilege Claim (#53) |
| 14 | Letter from David Curtin (dated 7/12/04) (#58) |
| 15 | Substitute Ruling on Plaintiff's Privilege Claim (#55) |
| 16 | Trans. from Trial on July 21, 2004 (#63) (Trial continued to July 22, 2004) |
| 17 | Trans. of Trial no July 22, 2004 (#64) (Trial continued to July 23, 2004) |
| 18 | Affidavit of James Kalashian (#66) |
| 19 | Trans. of Trial on July 23, 2004 (#68) (Trial continued to July 26, 2004) |
| 20 | Trans. from Trial on July 26, 2004 (#75) (Trial continued to 7/27/04) |
| 21 | Trans. from Trial on July 27, 2004 (#77) (Trial continued to 7/28/04) |
| 22 | Trans. from Trial on July 28, 2004 (#78) (Trial continued to 8/5/04) |
| 23 | Plaintiff's Post-Trial Brief (#82) |
| 24 | Plaintiff's Revised Prop. Findings of Fact & Conclusions of Law (#83) |
| 25 | Defendant's Post-Trial Brief (#91) |
| Document No. | Name of Document |

| | |
|---|---|
| 26 | Joint Stip. and Motion to Admit Exhibits (#89) |
| 27 | Oral Order Granting Joint Stip. and Motion (#90) (8/5/04) |
| 28 | Trans. of Proceedings (#92) (Bench trial completed; Decision Reserved.) |
| 29 | Electronic Endorse. Order Denying as Moot Mot. for Reconsideration in Light of Substitute Ruling (#95) |
| 30 | Memorandum Decision (#97) |
| 31 | Judgment in Favor of Plaintiff (#98) |
| 32 | Notice of Appeal as to Memorandum of Decision and Judgment (#99) |