IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFD III-E INC., THE TAX MATTERS PARTNER OF CASTLE HARBOUR-1 LIMITED-LIABILITY COMPANY, | ) ) ) ) |
| Plaintiff, | ) ) ) CASE NO. 3:01CV1840 (SRU) |
| v. | ) (consolidated with no. 3:01cv1839 (Lead)) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

## INDEX TO THE RECORD ON APPEAL[*]

Certified Copy of Docket Sheet

| Document No. | Name of Document |
|---|---|
| 1 | Complaint (#1) |
| 2 | Answer (#26) |
| 3 | Motion to consolidate case with docket no. 3:01cv1839 (#29) |
| 4 | Memo. in Support of Motion to Consolidate (#30) |
| 5 | Endorsement Granting Motion to Consolidate (#29-1) |

---

[*] This index to the record on appeal is being filed simultaneously with an index to the record on appeal in docket no. 3:01cv1839. Both indexes are necessary to ensure that the complaint and answer from both docket numbers are included in the record on appeal. Although docket no. 3:01cv1840 was consolidated with docket no. 3:01cv1839 by the District Court on March 20, 2002, the complaint and answer are different in each docket number and both need to be part of the record on appeal.