UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIFD III-E INC., THE TAX MATTERS PARTNER OF CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY, | : : : | |
|     Plaintiff, | : : | CIVIL ACTION NOS.<br>3:01cv1839 (SRU) (lead)<br>3:01cv1840 (SRU) |
| v. | : : | |
| UNITED STATES OF AMERICA,<br>    Defendant. | : : | |

## ORDER AMENDING PRIOR MEMORANDUM

The Court's Memorandum of Decision (doc. # 97) is amended to correct the following technical errors:

| Page, Line | F. Supp. 2d Citation | Original Text | Corrected Text |
|---|---|---|---|
| 38, 19 | 342 F. Supp. 2d at 116 | *not debtors* | *not creditors* |
| 40, 12 | 342 F. Supp. 2d at 117 | resembles a debtor | resembles a creditor |
| 40, 19 | 342 F. Supp. 2d at 117 | Identify of Debtors and Creditors: | Identity of Shareholders and Creditors: |

A corrected memorandum will not issue, but my chambers will send a copy of this order to the West Group.

It is so ordered.

Dated at Bridgeport, Connecticut, this 28th day of January 2005.

                                                                        /s/ Stefan R. Underhill
                                                                        Stefan R. Underhill
                                                               United States District Judge