

JAN 2 7 20**

FILED

2005 FEB -8 P 2: 47

DISTRICT COURT

January 21, 2005

Kevin F. Rowe, Clerk
U.S. District Court for the District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

      Re:    TIFD III-E Inc., the Tax Matters Partner of Castle Harbour I Limited
             Liability Co. v. United States
             Nos. 3:01cv01839 (SRU); 3:01cv01840 (SRU)

Dear Mr. Rowe:

      Enclosed for your records is an agreed-upon list of exhibits identified as
"necessary for determination of the appeal" pursuant to Rule 11(b) of the Local Rules
of the Second Circuit Court of Appeals. You have advised us that the District Court
will not receive these exhibits from the parties, and that these exhibits should remain
in the custody of the respective offering party. Accordingly, the parties will not
forward the exhibits to the District Court unless instructed otherwise. And, in
accordance with the procedure that was suggested by the Clerk's Office at the Second
Circuit Court of Appeals, after a panel is assigned to this case we will send a letter
informing the panel of the location of the exhibits.

      This is also to clarify that the transcripts of all pre-trial and trial proceedings,
which were ordered by appellant's counsel on January 5, 2005, should include the
portions of transcripts of deposition testimony designated by the parties and offered to
the district court at trial. Plaintiff's designations are marked in yellow, and
defendant's designations are marked in blue.

      Thank you for your consideration.

                                        Sincerely yours,

David J. Curtin                         Michelle B. O'Connor
McKee Nelson LLP                   Tax Division
(202) 775-8669                    Appellate Section
Attorney for Appellee            (202) 353-8599
                                         Attorney for Appellant

cc: Roseann B. MacKechnie, Clerk of Court
   Second Circuit Court of Appeals
   40 Foley Square
   New York, NY 10007

   Susan Catucci
   Court Reporter for the Hon. Stephan R. Underhill
   915 Lafayette Boulevard
   Bridgeport, Connecticut 06604

## Agreed List of Rule 11(b) Exhibits

Pursuant to Rule 11(b) of the Local Rules of the Second Circuit Court of Appeals, the parties have agreed that the following exhibits are necessary for the determination of the appeal:

**Joint Exhibits**
**Admitted at Trial**

Exhibit J001 – J072

**Plaintiff's Exhibits Offered**
**and Admitted at Trial**

Exhibit 1 – 95
Exhibit 97
Exhibit 99 – 124
Exhibit 129
Exhibit 132
Exhibit 134 – 135
Exhibit 137 – 143
Exhibit 146
Exhibit 154 – 155
Exhibit 159 – 162
Exhibit 165 – 179
Exhibit 181
Exhibit 186
Exhibit 190 – 197
Exhibit 213 – 217
Exhibit 219 – 222
Exhibit 224 – 226
Exhibit 228 – 231
Exhibit 233
Exhibit 235 – 238
Exhibit 243 – 245
Exhibit 248 – 253
Exhibit 255 – 260
Exhibit 262 – 275
Exhibit 277 – 278
Exhibit 281 – 289
Exhibit 297 – 300
Exhibit 302
Exhibit 305 – 309
Exhibit 311
Exhibit 313 – 316

1

Exhibit 323 – 324
Exhibit 327 – 331
Exhibit 336 – 338
Exhibit 340
Exhibit 346 – 350
Exhibit 352 – 360
Exhibit 363
Exhibit 366 – 368
Exhibit 373
Exhibit 376 – 378
Exhibit 380 – 381
Exhibit 383
Demonstrative Exhibits A – F
Demonstrative Exhibits M – Q
Demonstrative Exhibits T – Z

**Plaintiff's Exhibits Offered at
Trial but Not Admitted**

Exhibit 184

**Defendant's Exhibits
Admitted at Trial**

Exhibits 1-10
Exhibits 15, 17-19
Exhibits 22-23, 25-29
Exhibits 30-39
Exhibits 40-49
Exhibits 50-59
Exhibits 61, 62-69
Exhibits 70-72, 74-79
Exhibits 80-89
Exhibits 90-99
Exhibits 100-105, 107-109
Exhibits 111-112, 114-119
Exhibits 121, 124-129
Demonstrative K