FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2005 FEB 14 P 2:06

U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| TIFD III-E, INC., THE TAX MATTERS PARTNER OF CASTLE HARBOUR-1 LIMITED-LIABILITY COMPANY, | ) ) ) ) | 2005 JAN 13 A 11:42 U.S. DISTRICT COURT BRIDGEPORT, CT |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:01CV1839(SRU) (LEAD) (consolidated with no. 3:01cv1840) |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

## INDEX TO THE RECORD ON APPEAL*

Certified Copy of Docket Sheet

| Document No. | Name of Document |
|---|---|
| 1 | Complaint (#1) |
| 2 | U.S. Mot. to Extend Time to Ans. to 12/27/01 (#15) |
| 3 | Endorsement to Extend Time to Answer to 12/27/01 (#15-1) |
| 4 | Answer (#23) |
| 5 | Defendant's Mem. Oppos. Plaintiff's Assert. of Privilege (#37) |
| 6 | Plaintiff's Response re: Defendant's Mem. Oppos. Plaintiff's Privilege Claim (#40) |
| 7 | Defendant's Reply to Plaintiff's Response re: Plaintiff's Privilege Claim (#41) |
| 8 | Joint Trial Mem. (#44) |

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES AND INDEX IN LIEU OF RECORD ON APPEAL.
DATE: 1/19/05
Rosearm B. MacKechnie
CLERK, U.S.C.A. 2ND CIRCUIT

\* This index to the record on appeal is being filed simultaneously with an index to the record on appeal in docket no. 3:01cv1840. Both indexes are necessary to ensure that the complaint and answer from both docket numbers are included in the record on appeal. Although docket no. 3:01cv1839 was consolidated with docket no. 3:01cv1840 by the District Court on March 20, 2002, the complaint and answer are different in each docket number.