# MANDATE

# United States Court of Appeals

### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 3rd day of August, two thousand and six.

Before:      Hon. Richard J. Cardamone,
                Hon. Pierre N. Leval,
                Hon. Robert D. Sack,
                      *Circuit Judges*

Docket No. 05-0064-cv

_____

TIFD III-E, INC.,

                Plaintiff-Appellee,

- v.-

UNITED STATES OF AMERICA,

                Defendant-Appellant.

_____

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of said district court be and it hereby is REVERSED and REMANDED for further proceedings in accordance with the opinion of this Court. In the event of subsequent appeal, the matter will be assigned to this panel.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Tracy W. Young
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK

by
DEPUTY CLERK

ISSUED AS MANDATE 10/24/06