# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFD III-E INC., the Tax Matters Partner of CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | CIVIL ACTION NOS.<br>3:01cv1839 (SRU) (lead)<br>3:01cv1840 (SRU) |

## CONFERENCE MEMORANDUM

On November 15, 2006, I held an in-person conference on the record in this case. The purpose of the conference was to discuss the status of the case following the remand from the Second Circuit Court of Appeals.

The parties raised two issues that remain to be briefed and decided. I set the following deadlines:

| | |
|---|---|
| January 31, 2007: | TIFD III-E's brief on the effect of I.R.C. § 704(e) and the government's brief on the amount of the judgment and any penalties for 1997-98. |
| March 2, 2007: | Opposition briefs. |
| March 23, 2007: | Reply briefs. |

We also discussed the local rule limiting briefs to forty pages. I indicated that I would be flexible in enforcing that rule.

Finally, I agreed that the oral arguments will be helpful and will be scheduled.

Dated at Bridgeport, Connecticut, this 15th day of November 2006.

  /s/ Stefan R. Underhill  
      Stefan R. Underhill  
      United States District Judge