IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFD III-E INC., the Tax Matters Partner of CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case Nos.: 3:01-CV-01839 (SRU) (lead case) <br> 3:01-CV-01840 (SRU) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FORTY (40) PAGES

Plaintiff respectfully moves this Court for leave to file its Brief on Remand Regarding Section 704(e) of Internal Revenue Code in excess of the page limit imposed by Local Rule 7(2)(a). In support of this motion, Plaintiff respectfully states:

1. Pursuant to the Court's instructions, concurrent with this motion Plaintiff is filing its Brief on Remand Regarding Section 704(e) of Internal Revenue Code ("Plaintiff's 704(e) Brief").

2. Plaintiff's 704(e) Brief is 47 pages, exclusive of tables of contents and authorities, certificate of service, proposed findings of fact and conclusions of law, and appendices.

3. At a pre-trial conference on this matter held November 15, 2006, Plaintiff alerted the Court that Plaintiff's 704(e) Brief may exceed the forty (40) page limit imposed by Local Rule 7(a)(2) and the Court indicated that it would be flexible in

enforcing that rule. *See* Transcript (11/15/2006) at 16:12 - 17:11; Conference Memorandum from the Court, November 16, 2006, at 1.

4.  Plaintiff required additional pages in order to fully brief the legal issues presented by this remand.

WHEREFORE, Plaintiff respectfully requests leave to file its Brief on Remand Regarding Section 704(e) of Internal Revenue Code in excess of forty (40) pages.

> PLAINTIFF, TIFD III-E INC., the Tax Matters Partner of CASTLE HARBOUR-I LIMITED-LIABILITY COMPANY
>
> *[signature]*
>
> Ann H. Rubin, ct04486
> Anthony M. Fitzgerald, ct04167
> CARMODY & TORRANCE LLP
> 195 Church Street, P.O. Box 1950
> New Haven, Connecticut 06509-1950
> Telephone: (203) 777-5501
> Facsimile: (203) 784-3199
> Email: arubin@carmodylaw.com
>         afitzgerald@carmodylaw.com

OF COUNSEL

William F. Nelson, ct22883
David J. Curtin, ct22881
John A. Galotto, ct22882
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone:   (202) 775-1880
Facsimile:   (202) 775-8586
Email: wnelson@mckeenelson.com
       dcurtin@mckeenelson.com
       jgalotto@mckeenelson.com

Suzanne Feese, ct23162
KING & SPALDING
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone:   (404) 572-3566
Facsimile:   (404) 572-5100
Email: sfeese@kslaw.com

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing Plaintiff's Motion for Leave to File Brief in Excess of Forty (40) Pages has been made today, January 31, 2007, by sending true and correct copies thereof via overnight delivery to the following:

> Robert J. Higgins
> Trial Attorney, Tax Division
> U.S. Department of Justice
> 555 4th Street, N.W., Rm. 8816
> Ben Franklin Station
> Washington, D.C. 20001

and by regular mail, postage prepaid to:

> John B. Hughes
> Assistant U.S. Attorney
> Chief, Civil Division
> 157 Church Street
> New Haven, CT 06508

_____
Ann H. Rubin, ct04486
Anthony M. Fitzgerald, ct04167
CARMODY & TORRANCE LLP
195 Church Street, P.O. Box 1950
New Haven, Connecticut 06509-1950
Telephone: (203) 777-5501
Facsimile: (203) 784-3199
Email: arubin@carmodylaw.com
       afitzgerald@carmodylaw.com