

**GE Capital**

Transportation & Industrial Funding Corporation
A unit of General Electric Capital Corporation
1600 Summer Street
Stamford, CT 06927-1510

October 23, 1991

TO:     T&I Managers

SUBJECT:   **GEFS Performance**

As you can clearly tell from all the attached analysts reports, the ability of GE Capital to reduce its non-earning assets is viewed as a major and positive factor in the overall assessment of GE stock. Our success in managing the airplane position was highlighted and in fact is the major part of the story. The sobering fact is how important what we do here at T&I is to the overall company.

We are making significant progress in reducing T&I's non-earning assets which at the third quarter were down from $722MM to $503MM. Further reductions will have this number under $200MM by year end.

I want to take this moment to express my thanks and encouragement to those who have contributed to our progress. I must also emphasize that this "non-earning battle" is not over and we must maintain the same commitment to the problem that has been demonstrated so far this year. The year end objective of no more than $200MM non-earning is a must and is what T&I has committed to deliver as part of the overall cause. 1992 will, I'm afraid, require a similar effort.

I look forward to celebrating a successful year end with all of you, so lets not let up.

Bob

Robert L. Lewis

P.S. Please share this input with your staff.



JOINT
EXHIBIT
J007

0097222

OCT 22 '91 14:03 GE CAPITAL STAMFORD                              P.3/10

06:45am EDT 16-Oct-91 (Lehman Brothers) (ROBERT T. CORNELL 1(212) 298-2498) GE
General Elec Co: Decline in Non-Performing Assets Boosts Stock

```
Ticker: GE                                              Current    Prior
Price ......: $ 70       52wk Range.: $ 78-50   Rank.:    2-L       2-L
Todays Date.: October 16, 1991                   Recommended List
Fiscal Year.: DEC
                     1 Qtr.    2 Qtr.    3 Qtr.    4 Qtr.     Year
Actual     1990 EPS $ 1.06 A  $ 1.22 A  $ 1.17 A  $ 1.40 A  $ 4.85 A

Previous   1991 EPS $ 1.15 A  $ 1.30 A  $ 1.19 E  $ 1.51 E  $ 5.15 E
Current    1991 EPS $ 1.15 A  $ 1.30 A  $ 1.20 A  $ 1.50 E  $ 5.15 E

Previous   1992 EPS $   NA    $   NA    $   NA    $   NA    $ 6.00 E
Current    1992 EPS $   NA    $   NA    $   NA    $   NA    $ 6.00 E
---------------------------------------------------------------------
Price (As of 10/11).:   $66 1/2         Revenue (1991)....:  46.6 Bil.
Return On Equity(91):    20.3 %         Proj. 5yr EPS Grth:  15.0 %
Shares Outstanding..:   870.0 Mil.      Dividend Yield....:   3.0 %
Mkt. Capitalization.:   57.90 Bil.      P/E 91............:  12.9 X
Current Book Value..: $  25.60 /sh      P/E 92............:  11.0 X
Price To Book.......:    2.59           Hedge Clause(s)...:   A
---------------------------------------------------------------------
```

General Electric's 3Q gave the stock a boost. Third quarter EPS of $1.20 were slightly above our forecast, but we are maintaining our $5.15 EPS estimate for 1991. The really good news was that non-performing assets came down in the quarter. This is a big relief for investors and could allow GE stock to rise toward our $85 year-out target. The earnings announcement also included the $1.8 billion adoption of FAS 106 which GE choose to restate back to 1Q.

GEFS Non-Performing Assets

```
                         Annual (Mil.)
     CATEGORY           2Q         3Q
     LBO             $  764     $  673
     Real estate        861        758
     All other          619        509*
     Total           $2,244     $1,940
   * Includes $250 million in planes now leased to US Air
```

Non-performing assets dropped from $2,244 million to $1,940 million. Management noted that included in the $1,940 million was $250 million in Eastern Airlines planes it has leased to US Air (U, $9 3/4), such that the non-performing assets were actually down $554 million. GEFS income increased in the quarter to $347 million, including a healthy $271 million provision for losses. Total write-offs in the quarter were $257 million for $859 million for the year.

Operating profit margins dropped to 9.6% from 11.3% last year. One point of the difference is due to accounting. GE booked about a $110 million gain on its portion of the RCA Columbia Home Video business in other income which it offset in operating results with a similar restructuring provision. NBC itself was also very weak. The balance of GE's business results were mixed, but within expectations.

                              END OF NOTE


0097223

```
OCT 22 '91 14:03 GE CAPITAL STAMFORD                              P.4/10

03:39pm EDT 15-Oct-91 Goldman Sachs (ALTMAN) GE
GE : 3Q eps up 3% to $1.20. GECC asset quality improved. Buy
```

GS GS GS GS GS GS GS GS GS GS GS GS GS GS GS GS GS GS GS GS GS GS

Goldman, Sachs & Co. - New York Equity Research

David A. Altman (212) 902-6781

comments on ...

GENERAL ELECTRIC COMPANY

Recommended for Purchase

3Q eps up 3% to $1.20. GECC asset quality improved. Buy

============= Statistical Summary =============

| Ticker | 10/14/91 | FY/Q | EPS91 | EPS92 | PE92 | NxtQtr | LyQtr | Div | Yld |
|--------|----------|------|-------|-------|------|--------|-------|-------|-----|
| GE     | 67.63    | 12/4 | 5.10  | 5.70  | 11.9 | 1.45   | 1.40  | 2.04  | 3.0 |
| SP 500 | 386.47   |      | 21.00 | 26.00 | 14.9 | n/a    | n/a   | 12.17 | 3.1 |

============= Investment Analysis =============

1) Third quarter earnings rose 3% in line with expectations. Asset quality at GECC significantly improved. Maintaining our 1991 and 1992 estimates of $5.10 and $5.70, and reiterate our purchase recommendation.
2) Non-performing assets declined by $300 million or 13% of which only $80 million were due to aircraft from Eastern being re-leased. The 757 leases should be signed this quarter and represent another $250-$300 million of non-performers.
3) Non-performing HLT and Commercial Real Estate assets both declined by $100 million each. Real estate owned declined by over $150 million to $343 million as the company sold 19 properties.
4) GEFS and GECC earnings rose 19% and 10%, respectively, during the third quarter. GECC writedowns were flat at $257 million.
5) Excluding GEFS, sales rose 3%. The operating margin declined by 170 basis points to 9.6%, reflecting over $100 million of restructuring charges used to offset a gain included in other income, and poor results at NBC. Power Generation and Medical Systems continued to be the best performing businesses.
Overall, in a difficult operating environment the company met earnings expectations while noticeably improving GECC's portfolio. We believe investors should be somewhat relieved over the performance of GECC given recent developments. We expect continued improvement through year-end.

============= Further Information =============

This investment commentary was made available on the Goldman, Sachs & Co. electronic information system at 15:04 New York time on 10/15/91. Please contact your Goldman Sachs representative for additional details.

(C) Copyright 1991 Goldman, Sachs & Co.

END OF NOTE

0097224

OCT 22 '91 14:04 GE CAPITAL STAMFORD                                P.5/10

08:59am EDT 16-Oct-91 PaineWebber (Mark Altman 212-713-2504) GE
GENERAL ELECTRIC Q3 IN LINE

Rating:2
Closing Price:$70
Current FY EPS EST=$5.10
Next FY EPS EST=$5.75

FEARS ABOUT CREDIT CORP. EASE

GE reported Q3 EPS of $1.20 compared with $1.16 last year and our $1.19 estimate. We continue to estimate full year earnings of $5.10 for 1991 and $5.75 for 1992.

SIGH OF RELIEF FOR FINANCIAL SERVICES

Earnings for GE Financial Services rose 18.8%, to $347 million from $292 million a year ago, and exeeded our forecast. Kidder, Peabody had of positive swing of about $50 million, profits for Employers Reinsurance rose more than 10%. Earnings for GE Capital rose 10%.

Nonperforming assets (NPAs) declined by $304 million to $1.94 billion. Included in the drop were declines in LBO and commercial real estate NPAs of $91 million and $103, respectively. All other NPAs declined by $110 million, including $80 million of aircraft repossessed from Eastern Airlines that have now been leased. The drop in NPAs is exclusive of an additional $250 million of Eastern aircraft that have been leased and that will put into performing status in Q4.

Writeoffs during the quarter were $257 million, down from $324 million in Q2. We continue to forecast that writeoffs for the year will total about $1.2 billion. REO fell by $146 million to $343 million. The loan loss reserve remained at 2.63% of assets.

GEFS is on track to beat its goal of earnings for 1991 of $1.2 billion. Its success is attributable in part to its diversity; LBOs and real estate contributed less than 5% of GEFS earnings for the quarter.

OPERATING MARGIN IN LINE WITH FORECAST

The operating margin (excluding financial service) was 9.6% compared with 11.3% last year and in line with our forecast. As expected, about 100 basis points of the decline was a restructuring charge of $110 million to offset a gain on the sale of GE's interest in a video joint venture reported in other income. Just about all of the remainder of the margin decline was attributable to Broadcasting (NBC), for which profits fell by an estimated $71 million to close to breakeven. Strong operations during the quarter included power generation and medical systems, each of which had 20% plus increases in profits.

We continue to rate the stock, which sells at only 12.1 times our 1992 EPS estimate, attractive (2).

More information available upon request.

                              END OF NOTE

0097225

OCT 22 '91 14:04 GE CAPITAL STAMFORD                                    P.6/10

10:50am EDT 16-Oct-91 CJ Lawrence (RUBEL, HOWARD (212) 466-5397) GE
GENERAL ELECTRIC - BENEFITING FROM INTEGRATED DIVERSITY

General Electric (NYSE-GE-$70)
Benefiting from Integrated Diversity

| FY DEC | 1990A  | 1991E  | 1992E  |
|--------|--------|--------|--------|
| Q1     | $1.06  | $1.15A | $1.20  |
| Q2     | 1.22   | 1.30A  | 1.40   |
| Q3     | 1.16   | 1.20A  | 1.30   |
| Q4     | 1.42   | 1.50   | 1.70   |
| YEAR   | $4.85  | $5.15  | $5.60  |

The ability of General Electric to deliver somewhat higher earnings in a difficult economic environment is rather impressive. Earnings expanded by $16 million or 1.6% while per share results rose by 3.8% to $1.20 in the third quarter from $1.16 in the year ago period. As we had expected, GEFS contributed more than 100% of the year over year gain. The credit subsidiary posted net earnings of $347 million in the third quarter of 1991 as compared with net earnings of $292 million in the comparable period of 1990.

Revenues rose modestly to $14.6 billion, but the sales of the parent declined by 1.4% to $10.2 billion from $10.3 billion in the year ago period. GE also benefitted from the sale of NBC's interest in the RCA Columbia Home Video joint venture, which netted the company a $110 million gain and is reported as other income. Reported operating margins declined by 170 basis points to 9.6% because of restructuring charges that more than offset the NBC-related gain. We estimate that the restructuring charges could have been in excess of $220 million.

We are trimming our per share estimates modestly to reflect the continuing tough environment. We now estimate that the company will earn $5.15 for 1991, and project per share results of $5.60 for 1992. We had previously estimated $5.20 and $5.75 respectively. We project that GE could earn $6.10 in 1993.

General Electric also adopted FAS 106 during the quarter which caused the restatement of first quarter earnings. The effect of this restatement decreased first quarter earnings by $2.07 or $1.799 billion, and causes the company to carry a loss of $0.92 for the quarter as compared with the previously reported earnings per share of $1.15

The star in the quarter was GEFS. Non earning assets at GE Capital declined to $1.94 billion in the quarter from $2.25 billion in the prior quarter. Declines of almost $200 million in nonearning leveraged buyout assets as well as commercial real estate assets contributed to the improvement as well did the placement of some commercial jets. The additional placement of 10 B737 to US Air in the fourth quarter should improve the results in the final period of the year. Kidder Peabody has contributed a more than $100 million swing in operating earnings



for the first nine months. The core financial services business also performed well. Spreads generally widened because of the decline in rates, and the company was able to maintain provisions at about the same level as in the second quarter of the year.

Recessionary influences in other parts of the company continue to hurt results. Restructuring charges to reduce overhead impacted Material, Aerospace, Aircraft Engines, and Appliances. Revenues at Appliances are likely to be down for the year, and pricing pressure continues to hurt profits. The Aircraft engine business showed lower profits because of the tough comparisons from the year ago period, and because of the softness in the spares business. Spares volume for the year could be up, but we expect some weakness continuing into the first half of 1992. Higher research and development on the GE90 could also slow the year over year gains.

The Power business generated a noticeable gain in profits and revenues and we expect that to be one of the strongest factors supporting growth in 1992. We also believe that the company should show some gain in its Appliance and Industrial business next year, despite their poor performances during 1991.

Stock priced 10/16/91

END OF NOTE

0097227

```
OCT 22 '91 14:05 GE CAPITAL STAMFORD                                    P.8/10
```

10:15am EDT 16-Oct-91 County Natwest Securities (HEYMANN,N 440-8520) GE
GE 3Q REPORT SHOWS GEFS A VERY HEALTHY PATIENT

**THIRD QUARTER EPS REPORT SHOWS GEFS A VERY HEALTHY PATIENT**

GENERAL ELECTRIC COMPANY     (GE)          BUY

Nicholas P. Heymann (212) 440-8520        October 16, 1991

Price   52-Week  Earnings per Share  P/E Ratios
10/15/91  Range  1990A 1991E 1992E   1991E 1992E  Div.  Yield
$70 1/8  $78-$50 $4.85 $5.10 $5.65   13.8x 12.4x  $2.04  2.9%

- 1Qtr 1991 EPS excludes impact of non recurring charge of $1.8 billion non-cash for adoption of FAS #106.

Third Quarter EPS Up 3% At $1.20 Slightly Better Than Expected

Financial Services Earnings Up 19% And Overall Health Significantly Improved From Second Quarter Low

"Core" Manufacturing Earnings Up 6% Year-Over-Year, Up 11% Year-To-Date 1991

Share Repurchase Accelerated To 2.3X Second Quarter Volume

Continue To Anticipate Asset Redeployment, Share Repurchase And Continued 5%-10% EPS Growth Will Enable Shares To Outperform Next 6-12 Months

Third Quarter EPS Up 3%, But "Core" Manufacturing Up Even More:

Third quarter EPS $1.20 up 3% from $1.16 and ahead of CNW and consensus estimate of $1.19

Core manufacturing (excluding NBC And GEFS) earnings rose 6% year-over-year in the third quarter and are up 11% year-to-date

Operating margins fell to 9.6% versus 11.3% but were significantly penalized by restructuring charges (1.0%) and weak NBC margins (0.7%)

Restructuring charges totalling approximately $115 million more than offset non-recurring gain on asset sale at NBC of $110 million

Share repurchase accelerated to 4.7 million shares (0.6% of shares outstanding at beginning of quarter) up from 2 million in the second quarter of this year

Effective tax rate in third quarter fell to 25.3% versus 26.1% due to greater share of GEFS earnings; year-to-date effective tax rate 27.5% versus 27.4%

Financial Services Earnings Growth Sustainability and Overall Health Sharply Improved

GEFS earnings rose 19% to $347 million up from $292 million; GE capital was up 10%. Kidder Peabody had a $100 million swing in operating profits and ERC's earnings were up double digit

Primary drivers included 4% increase in assets to $77.4 billion reduced write-offs and wider spreads on cost of funds borrowed versus portfolio yield

0097228

OCT 22 '91 14:06 GE_CAPITAL_STAMFORD                                    P.9/10

to $1.54 billion versus $2.24 billion as of 6/30/91; leasing for another $250 million of B757 aircraft to US Air has been agreed upon and should be signed shortly, reducing non-performing assets another 13%

Write-Offs in the third quarter fell 19% to $257 million, down from $319 million in the second quarter of 1991 and flat with third quarter 1990

Private label credit card delinquencies fell to 3.8% of receivables in third quarter 1991 (including European accounts), down from 4.2% of the first quarter of 1991 while earnings for this business rose more than 25%; clearly no problems similar to Optima

High risk portfolios performed well; LBO's stabilized while Real Estate improved as Real Estate Owned fell 30% to $343 million, down from $489 million at the end of June of this year

Reasons To Buy Stock:

Earnings revisions based on further poor economic conditions are already reflected based on Labor Day EPS reductions for 1991 and 1992

Major write-offs in financial services have already been taken ($1.0-$1.2 billion estimated for 1991); other "restructuring" charges only likely if able to be offset with non-recurring gains on asset sales

Share repurchase program appears to be accelerating; since mid year GE repurchased 6%-8% of average trading volume, up from 2%-4% in first half 1991

Asset redeployment potential very significant wild card to unlocking substantial unrealized value; proceeds from expected spin-off or potential divestiture of FGIC, NBC and ERC likely to be used to fund further aggressive share repurchase and create additional restructuring reserves

Relative multiple still very compelling at a 19% P/E discount to the S&P 500 based on 1992 EPS of $5.65, still near the historical 24% low reached after the 1987 crash

Stock upside believed mid-$80s over next 6-12 months assuming current historic low relative valuation recovers to nearer historical average parity with the market


EARNINGS ESTIMATE REVISIONS:            Fiscal Year Ends 12

| | 1990A | | 1991E | | 1992E | |
|---|---|---|---|---|---|---|
| | Prior | Revised | Prior | Revised | Prior | Revised |
| Q1 | 1.06 | NC | 1.15A* | NC | 1.23 | NC |
| Q2 | 1.22 | NC | 1.30A | NC | 1.39 | NC |
| Q3 | 1.16 | NC | 1.19 | 1.20A | 1.33 | NC |
| Q4 | 1.41 | NC | 1.46 | 1.45 | 1.70 | NC |
| Year | $4.85 | NC | $5.10 | NC | $5.65 | NC |


END OF NOTE


0097229

```
OCT 22 '91 14:06 GE CAPITAL STAMFORD                          P.10/10
11:03am EDT 16-Oct-91 Smith Barney (G.P. FRAISE (212)/698-3349, GE |
SBHU on GENERAL ELECTRIC: Announces 3Q91 Earnings
```

- GE (I) - Closing Price:  $70       Date: 10/15/91
- Price Range:  $78 - $50

- OPINION:  BUY

- FY EPS Estimates:  (Period Ending - DEC)
  1992E $5.60 - 1991E $5.10 vs. 1990A $4.85

- 4Q EPS Estimates:  (Period Ending - DEC)
  1991E $1.47 vs. 1990A $1.41
- Dividend:  $2.04  -  Yield:  2.9%

- GE reported 3Q91 EPS of $1.20. This was slightly ahead of our $1.18 estimate and 3% higher than the $1.16 the company reported a year ago.

- Overall this was a good quarter for GE and came in line with expectations. Revenues were up close to 3% in the quarter as continued strength from Power Systems, Technical Products and GEFS offset the weak performance of Aerospace, NBC and of some of the company's other short-cycle businesses. In addition, a $110 million gain from the sale of NBC's interest in the RCA Columbia Home Video joint venture also helped the top line. Operating profit margins came in at 9.6% versus 11.3% last year mainly as a result of $115 million in restructuring charges the company took to offset the gain on the sale mentioned above (this is typically GE). This contributed over a point to the margin reduction. The remainder of the shortfall was caused by NBC's significant drop in profitability versus last year's third quarter. As we have reported before, we expect NBC to lose money in 1991 causing profits for the Broadcasting division to fall over 60% versus a year ago. Excluding these two items, margins were actually up in the third quarter.

- GEFS registered another strong performance with net income up 19%. As we expected, the asset base of the finance subsidiary actually showed improvement over the quarter. Nonperforming assets declined 10% in the third quarter, exclusive of the Eastern planes that came off lease in the second quarter and which have for the most part been leased out again. Total NPAs currently stand at $1.9 billion versus $2.2 billion at the end of the second quarter. Commercial real estate and LBO NPAs were both down 12% in the quarter. In addition, GE continued to writeoff bad loans to the tune of $257 million in this quarter alone ($859 million so far this year). With total reserves of $1.4 billion, the coverage ratio improved to 74% at the end of the third quarter versus 62% three months ago.

- Overall, and in addition to the good news coming out of GEFS, the one thing to take away from this quarter is that the company's manufacturing businesses are healthy. Net income at GE's core manufacturing businesses (excluding GEFS and NBC) was up 6% in the quarter and 11% year-to-date. These numbers should diffuse the common criticism that GE's growth is coming mainly from the finance area. Strong productivity gains and continued improvements in inventories and cycle time are helping GE to weather the difficult environment.

- At $70, the stock is trading at 12.5x our 1992 EPS estimate or a 19% discount to the P/E of the market. We continue to be buyers of GE at current levels.



END OF NOTE

0097230

OCT 22 '91 14:07 GE CAPITAL STAMFORD                                    P.11/10

10:40am EDT 16-Oct-91 First Boston (Sankey, M (212) 909-3095) GE
PM Meeting: GE: Reported 3Q Earnings, On Target.

FIRST BOSTON  FIRST BOSTON  FIRST BOSTON  FIRST BOSTON FIRST BOSTON

Analyst:   Sankey, M       Telephone: (212) 909 - 3095

FIRST BOSTON  FIRST BOSTON  FIRST BOSTON  FIRST BOSTON FIRST BOSTON

GE reported 3Q EPS of $1.20 vs. $1.16, on target. GE had a $100
million gain on sale of a joint venture interest, which was offset by
restructuring charges. NBC and other short-cycle units were soft.
Power and medical systems were very strong. GE Financial Services'
net income was up 19%, but, more importantly, nonearning assets fell
by $300 million. We expect it will fall another $300 million in the
4Q. Reiterate Strong Buy on GE (70).

* * GENERAL ELECTRIC * *

FIRST BOSTON  FIRST BOSTON  FIRST BOSTON  FIRST BOSTON FIRST BOSTON

Analyst:   Sankey, M       Telephone: (212) 909 - 3095

FIRST BOSTON  FIRST BOSTON  FIRST BOSTON  FIRST BOSTON FIRST BOSTON

                              END OF NOTE

0097231