*GE Capital*



# Polaris
## Transportation and Industrial Funding
## Commercial Aviation Portfolio Selldown Project

July 1992

JOINT EXHIBIT J010
Full
7-21-04
Blumberg No. 5207

0097471

# POLARIS/TIFC
## Selldown Project Update

Polaris/TIFC have received proposals from 7 investment banking advisors on the Selldown Project:

| Investment Banker | Proposals | Conclusion |
|---|---|---|
| Citicorp | 1) FAS 77 sale of SIL r'bles<br>2) Non-recourse loan/leveraged JV of OLs and SILs<br>3) "ALPS II" securitization of OLs | • Only institution with direct experience (GPA "ALPS")<br>• Will provide L/Cs and contribute aircraft as partner |
| Goldman Sachs | 1) FAS 77 sale of SIL r'bles<br>2) FAS 13 sale/operating leaseback of OL r'bles ("dirty lease")<br>3) Long-term securitization program, emphasizing "hybrid equity" products | • Global leader with strong reputation<br>• Little specific analysis prepared on issues<br>• May be useful for Phase II of Polaris/TIFC selldown utilizing equity products and/or global MTN program |
| Bankers Trust | 1) FAS 77 sale of SIL r'bles<br>2) Non-recourse loan/leveraged JV of OLs | • Approach is to bank markets and BT-managed funds rather than public or institutional debt markets<br>• Willing to invest equity<br>• Little specific analysis prepared on issues |
| McManus & Miles | 1) Sale/substitute lessee for SIL r'bles<br>2) FAS 13 sale/operating leaseback of OL r'bles ("dirty lease") | • Sale/substitute lessee may be appropriate for quick implementation<br>• Will require guarantee of significant portion of SIL r'bles to support head lease |
| Kidder, Peabody | 1) Non-recourse loan/leveraged JV of OLs<br>2) FAS 77 sale of SIL r'bles<br>3) Long-term securitization program | • For both initial structures, need to locate JV partner or equity investors<br>• Significant detail and thought invested in analysis<br>• GECC likely to receive high level of attention |
| Babcock & Brown | 1) Contribution of SILs to partnership supported by overcollateralization | • Significant potential income play (1993-94) through write-up of collateral<br>• Potential outlet for hard-to-place US Air exposure |
| Morgan Stanley | 1) Off-balance-sheet loan against SIL r'bles | • Unwilling to invest "time-and-effort" upfront on detailed proposal |

Based on presentations of the 7 banks and review of above structures, Polaris/TIFC have chosen 4 banks and 3 structures with which to proceed.



0097472

# POLARIS/TIFC — Selldown Project Strategy

We will initially use a 3-pronged approach to ensure that we pursue all likely strategies; goal is to optimize book and tax treatment of a Selldown upon closing and to minimize book income loss going forward

## "ALPS II"

(1) Securitization of OLs

- Similar to GPA's ALPS transaction already in the market
- Achieves true economic risk reduction
- 4 tranche debt/equity structure
- Issues include level of GECC support req'd through investment in mezzanine tranche, lack of diversity
- Polaris OL portfolio of $391MM tentatively identified; Citicorp to contribute $218MM of its portfolio to achieve sufficient diversity
- Pursue with:

| Bank | Reason |
|---|---|
| Citicorp | ALPS experience, existing portfolio |
| Kidder | Euro FRN capability |

## "FAS 77 Sale"

(1) Straight FAS 77 sale of SIL roles

- Achieves true economic risk reduction
- Structure calls for GECC support in form of mezzanine investment or loss guarantee
- Issues include lack of diversity, GECC indenture restrictions, and financing treatment for tax purposes
- Pursue internally to resolve identified issues; pursue externally with:

| Bank | Reason |
|---|---|
| Citicorp | Existing portfolio |
| Kidder | Analysis of issues, distribution |

## "Specialty"

(1) Contribution of SILs to partnership supported by overcollateralization

- Innovative tax structure
- Potential ability to overcollateralize least saleable SILs (USAir) with consolidated LLs
- Potential to get around restrictions in USAir documentation
- Pursue with:

| Bank | Reason |
|---|---|
| Babcock & Brown | Proprietary structure |

(2) Sale/subsitute lessee for SIL roles

- Economic risk reduction varies greatly depending on level of required support
- Pursue with:

| Bank | Reason |
|---|---|
| McManus & Miles | Proprietary structure, ability to move quickly |

## Analysis of 3-pronged approach

Analysis of 3-pronged approach highlights many issues, but indicates exposure reduction may be possible

| If successful with strategies... | Using these asset types... | And reducing these exposures (SMMs)... | | By selling this %... | Total income over next 19 yrs would decrease by this (SMM)* |
|---|---|---|---|---|---|
| ALPS II | OLs | $ 391 | (Polaris) | 55% | $ 14.6 |
| FAS 77 Sale | SILs | 972 | (TIFC) | 60% | 123.9 |
| Specialty (1) | SILs (USAir?) | 621 | (TIFC) | N/A | N/A |
| (2) | SILs | 567 | (TIFC) | 40% | 12.6 |
| Total | | $2,551MM | | | 176.1MM |

* if all leases were sold

Chosen strategies could mean significant transaction costs, coupled with maximum of $176MM in foregone income, but end result of this diverse approach will be broad-based exposure reduction

0097473

POLARIS/TIFC                                    *Selldown Project GEAE Exposure*

## GEAE's guarantee portfolio is large, but consists mainly of commitments to guarantee future deliveries

- GEAE has committed to guarantee financing (or values) of aircraft that have been ordered but not yet manufactured/delivered
- GEAE now has in place (i.e. documentation signed) guarantees for aircraft already delivered and flying

Total Guarantee Portfolio = Unused Committed $2.32B + Delivered (in place) $0.99B = $3.31B

### Total Guarantees by Type
- FG ($3.16BMM)
- AVG ($47MM)
- RVG ($106MM)
- DG ($109MM)

### Delivered Guarantees by Type
- FG ($945MM)
- DG ($28MM)
- RVG ($16.7MM)
- AVG ($4.4MM)

FG - Financing Guarantees
AVG - Asset Value Guarantees
RVG - Residual Value Guarantees
DG - Deficiency Guarantees

## Most likely "selldown" candidates are in-place financing guarantees ("Delivered FGs"), due to simplicity of terms and relatively standardized documentation

| Airlines | Delivered FGs in Place ($MM) | Max Exposure to Original Cost | Potential Maximum Exposure Reduction ($MM)** |
|---|---|---|---|
| American | $ 514.3* | 100% | $265.2 |
| Northwest | 118.5 | 100% | 59.3 |
| United | 53.4 | 80% | 33.4 |
| USAir | 81.7 | 85% | 57.6 |
| Other | 175.7 | N/A | N/A |
|  | $943.6MM |  | $415.5MM |

* American GEAE guarantee supports TIFC lease; total system exposure is double-counted
** Assuming Selldown of guarantees between 0% of 50% of aircraft original price

## GEAE will control marketing to build relationships/conduits for future deliveries



0097474

# POLARIS/TIFC

## Selldown Project Action Plan

**Polaris/TIFC will proceed as shown to continue our progress immediately towards Selldown:**

**Step 1:** Notify investment bankers not chosen of status and request they remain on hold as we explore other avenues

<u>Banks put on hold</u>
- Bankers Trust
- Goldman Sachs
- Morgan Stanley

**Step 2:** Meet with investment bankers chosen to begin process of finalizing specific leases, addressing remaining issues, and preparing necessary documentation

<u>Banks to proceed</u>
- Babcock & Brown
- Citicorp
- Kidder, Peabody
- McManus & Miles

**With DJN approval, we will meet with chosen bankers over next 2 days.**

0097475

# POLARIS/TIFC — Selldown Project Income Foregone

## INCOME FOREGONE (MM)

| STRATEGY | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| ALPS II * | 7.4 | 4.0 | 3.1 | 3.0 | 3.0 | 3.0 | 1.5 | 1.5 | 0.0 | 0.0 |
| FAS 77 | 11.4 | 13.0 | 14.2 | 15.0 | 15.3 | 15.2 | 14.9 | 14.4 | 13.9 | 13.9 |
| SPECIALTY (1) | 8.9 | 10.1 | 10.9 | 11.5 | 12.0 | 12.4 | 12.7 | 12.5 | 12.0 | 11.1 |
| SPECIALTY (2) | 6.2 | 7.0 | 7.7 | 7.9 | 7.7 | 7.4 | 7.1 | 6.7 | 6.3 | 5.9 |

| STRATEGY | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| ALPS II | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| FAS 77 | 13.2 | 11.4 | 10.5 | 9.4 | 8.3 | 6.4 | 4.2 | 3.2 | 0.2 | 0.0 |
| SPECIALTY (1) | 9.9 | 8.6 | 6.7 | 2.8 | 1.9 | 0.7 | 0.0 | 0.0 | 0.0 | 0.0 |
| SPECIALTY (2) | 5.4 | 4.9 | 4.4 | 3.8 | 3.2 | 1.9 | 0.3 | 0.0 | 0.0 | 0.0 |

* 1996 (and beyond) income figures for Polaris ULs extended by TIFC

| TOTAL INCOME FOREGONE | |
|---|---|
| ALPS II | 26.5 |
| FAS 77 | 208.0 |
| SPECIALTY (1) | 144.7 |
| SPECIALTY (2) | 93.8 |

GEAE ONLY AND GEAE WITH JOINT ENGINE PARTNER FMV'S AS COMPARED TO AMORTIZED AIRCRAFT VALUES

| | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GPA * | | 58.5 | 64.3 | 64.3 | 64.3 | 64.3 | 64.3 | 64.9 | 63.4 | 60.4 | 57.3 |
| Joint Leasing * | 0.0 | 64.4 | 63.3 | 63.5 | 59.6 | 57.6 | 55.2 | 52.8 | 50.8 | 47.3 | 39.1 |
| American * | 70.9 | 70.8 | 68.7 | 67.3 | 65.7 | 60.4 | 55.1 | 49.3 | 45.3 | 37.2 | 30.3 |
| JLAir | 53.9 | 52.9 | 52.3 | 52.1 | 51.7 | 51.5 | 50.9 | 48.3 | 47.6 | 44.9 | 41.3 |
| United | 52.4 | 52.4 | 52.4 | 52.3 | 52.5 | 50.9 | 48.5 | 44.4 | 40.5 | 37.7 | 34.6 |
| USAir * | 0.0 | 34.3 | 34.0 | 31.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Non-spon | 122.9 | 119.9 | 119.2 | 118.1 | 116.3 | 114.0 | 110.2 | 106.8 | 104.9 | 102.0 | 100.5 |
| | 300.5 | 453.2 | 453.6 | 452.1 | 413.3 | 402.5 | 366.0 | 367.6 | 350.2 | 331.3 | 700.0 |

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GPA * | 52.5 | 48.2 | 44.4 | 37.3 | 29.5 | 21.0 | 11.8 | 1.3 | 0.0 | 0.0 | 0.0 |
| Joint Leasing * | 13.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| American * | 22.8 | 14.0 | 3.7 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| JLAir | 43.3 | 44.4 | 40.4 | 34.4 | 29.0 | 20.0 | 10.6 | 8.5 | 0.0 | 0.0 | 0.0 |
| United | 31.8 | 28.5 | 24.9 | 20.5 | 16.8 | 12.7 | 8.5 | 3.4 | 0.1 | 0.0 | 0.0 |
| USAir * | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Non-spon | 98.7 | 94.8 | 94.3 | 89.0 | 83.5 | 76.4 | 68.5 | 60.5 | 46.7 | 38.8 | 22.9 |
| | 265.4 | 229.7 | 212.7 | 184.2 | 158.8 | 130.9 | 99.3 | 65.2 | 46.8 | 38.8 | 22.9 |

* Indicates are moving joint liability with no engine partner remaining in a combined amortization.

Remaining Guarantee Avg. Life    10.702007



GEAE existing FG portfolio profile 1990-2011

# GEAE FINANCING GUARANTEES
(as of July, 1992)

| | AIRCRAFT TYPE | MAX A/C FIN. | AGREE DATE | ENG. TYPE | GUAR. TYPE | | I/S LIAB | INITIAL COMMITMENT GEAE | ENG. PT. | MFG. PTR | TOT. | A/C NOW FIN'CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **COMMITTED** | | | | | | | | | | | | |
| Comdiso Airlease Int'l | FACILITY | N/A | 9/89 | N/A | PO | | 3 | 12.9 | 2.1 | 0.0 | 15.0 | |
| Comdiso Airlease Int'l | 9 ENGINES | N/A | 9/89 | CFM56-5 | PO | | 3 | 21.0 | 21.0 | 0.0 | 42.0 | |
| Comdiso Airlease Int'l | 5 ENGINES | N/A | 9/89 | CF6-80C2 | PO | | 3 | 17.3 | 4.1 | 0.0 | 21.4 | |
| Polybook (Sub) | S340 | 12 | 3/92 | CT7 | PO | | 3 | 77.4 | 0.0 | 0.0 | 77.4 | |
| Federal Express | A300-600F | 8 | 6/91 | CF6-80C2 | PO | | 3 | 352.9 | 80.4 | 0.0 | 433.3 | |
| Lot | 737-400 | 9 | 5/92 | CFM56-3 | PO | | 3 | 5.5 | 5.5 | 40.0 | 51.0 | |
| Air Canada | A320 | 7 | 10/88 | CFM56 | PO | | 3 | 100.0 | 100.0 | 0.0 | 200.0 | |
| USAir | 737-3/400 | 10 | 9/89 | CFM56-3 | PO | | 3 | 109.0 | 109.0 | 0.0 | 218.0 | |
| Federal Express | MD-11 | 4 | 5/91 | CF6-80C2 | PO | | 3 | 224.9 | 53.4 | 0.0 | 278.3 | |
| United | 737-4/500 | 20 | 4/89 | CFM56-3 | PO | | 3 | 320.0 | 320.0 | 0.0 | 640.0 | |
| **DELIVERED** | | | | | | | | | | | | |
| Minerve | DC-8 | 1 | 2/84 | CFM56-2 | PO | | 3 | 7.5 | 7.5 | 0.0 | 15.0 | |
| Varig | 767-200ER | 6 | 5/87 | CF6-80C2 | PO | | 3 | 17.5 | 22.5 | 99.5 | 49.0 | 1 |
| Comdiso Airlease Int'l | 4 ENGINES | N/A | 2/88 | CF6-80C2 | PO | | 8 | 21.5 | 4.0 | 0.0 | 25.5 | |
| GPA | 737/MD11 | | 12/91 | CF6-80C1 | PO | | 3 | 75.4 | 25.4 | 0.0 | 200.0 | |
| Ansett Leasing | 737-300 | 4 | | CF6-80C1 | PO | | 3 | 47.0 | 16.6 | 0.0 | 63.6 | |
| American | 767-200ER | 3 | 11/87 | CF6-6A | PO | | 3 | 64.4 | 5.9 | 0.0 | 70.3 | |
| USAir | 737-300 | 8 | 9/84 | CFM56-3 | PO | QLFC | 3 | 72.8 | 32.9 | 0.0 | 105.7 | 8 |
| United | 737-300 | 22 | | CFM56-3 | PO | | 3 | 160.0 | 161.0 | 0.0 | 322.0 | 6 |
| USAir | 767-200ER | 6 | 9/86 | CF6-80C2 | FO | | 3 | 14.9 | 0.0 | 0.0 | 34.9 | 1 |
| Northwest | A320 | | 9/90 | CFM56-1 | FO | | 3 | 315.0 | 315.0 | 0.0 | 630.0 | 2 |
| American | 767/A300 | 9 | 5/87 | CF6-80C2 | PO | | 3 | 438.0 | 92.3 | 0.0 | 531.3 | |

0097478

# GEAE FINANCING GUARANTEES

(as of July, 1997)

| | CURRENT EXPOSURE (DRAWDOWNS) | | | UNUSED COMMITMENT | | | FINAL DRAW DATE | MAX. TERM (YRS) | EXPOSURE TO ORIGINAL COST | |
|---|---|---|---|---|---|---|---|---|---|---|
| | GEAE | ENG. PT. | MFG. PTR | TOT. | GEAE | ENG. PT. | MFG. PTR | TOT. | | | MIN | MAX |

**COMMITTED**

| | GEAE | ENG. PT. | MFG. PTR | TOT. | GEAE | ENG. PT. | MFG. PTR | TOT. | FINAL DRAW DATE | MAX TERM | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Canadian Airlines Int'l | 0.0 | 0.0 | 0.0 | 0.0 | 11.2 | 2.8 | 0.0 | 15.0 | 1997 | 15 | 0.0% | 100.0% |
| Canadian Airlines Int'l | 0.0 | 0.0 | 0.0 | 0.0 | 21.0 | 21.0 | 0.0 | 42.0 | 1998 | 5 | 0.0% | 100.0% |
| Canadian Airlines Int'l | 0.0 | 0.0 | 0.0 | 0.0 | 17.5 | 4.1 | 0.0 | 21.6 | 1997 | 5 | 0.0% | 100.0% |
| Fairbrook (Jack) | 0.0 | 0.0 | 0.0 | 0.0 | 77.4 | 0.0 | 0.0 | 77.4 | 1997 | 15 | 0.0% | 70.0% |
| Federal Express | 0.0 | 0.0 | 0.0 | 0.0 | 352.6 | 80.6 | 0.0 | 433.2 | 1998 | 15 | 0.0% | 80.0% |
| Lot | 0.0 | 0.0 | 0.0 | 0.0 | 5.5 | 5.5 | 40.0 | 51.0 | 1998 | 20 | 0.0% | 100.0% |
| Air Canada | 0.0 | 0.0 | 0.0 | 0.0 | 100.0 | 100.0 | 0.0 | 200.0 | 1997 | 7 | 85.0% | 0.0% |
| USAir | 0.0 | 0.0 | 0.0 | 0.0 | 101.0 | 101.0 | 0.0 | 213.0 | N/A | 15 | 0.0% | 80.0% |
| Federal Express | 0.0 | 0.0 | 0.0 | 0.0 | 234.8 | 53.6 | 0.0 | 289.4 | N/A | 20 | 0.0% | 80.0% |
| United | 0.0 | 0.0 | 0.0 | 0.0 | 330.0 | 330.0 | 0.0 | 660.0 | 1997 | 20 | 0.0% | 80.0% |

**DELIVERED**

| | GEAE | ENG. PT. | MFG. PTR | TOT. | GEAE | ENG. PT. | MFG. PTR | TOT. | FINAL DRAW DATE | MAX TERM | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Minerve | 7.7 | 7.3 | 0.0 | 15.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 12 | 0.0% | 100.0% |
| Varig | 31.5 | 2.3 | 55.2 | 89.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1997 | 12 | 65.0% | 100.0% |
| Canadian Airlines Int'l | 31.6 | 4.9 | 0.0 | 25.5 | 0.2 | 0.0 | 0.0 | 0.2 | 1998 | 5 | 0.0% | 100.0% |
| GPA | 32.2 | 19.7 | 0.0 | 63.0 | 72.3 | 64.7 | 0.0 | 137.0 | 1997 | 10 | 0.0% | 97.0% |
| Ameri Leasing | 32.3 | 12.1 | 0.0 | 64.4 | 18.9 | 4.3 | 0.0 | 23.2 | 1997 | 10 | 0.0% | 80.0% |
| American | 64.4 | 5.9 | 0.0 | 70.3 | 0.0 | 0.0 | 0.0 | 0.0 | 1998 | 10 | 0.0% | 80.0% |
| USAir | 52.8 | 51.9 | 0.0 | 103.7 | 0.0 | 0.0 | 0.0 | 0.0 | 1998 | 16 | 0.0% | 65.0% |
| United | 53.4 | 51.4 | 0.0 | 104.8 | 107.6 | 107.4 | 0.0 | 215.2 | 1997 | 20 | 0.0% | 80.0% |
| USAir | 28.0 | 6.0 | 0.0 | 34.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1998 | | 0.0% | 85.0% |
| Northwest | 75.0 | 74.6 | 0.0 | 149.6 | 240.2 | 240.2 | 0.0 | 480.4 | | 20.5 | 0.0% | 100.0% |
| American | 458.0 | 93.3 | 0.0 | 551.3 | 0.0 | 0.0 | 0.0 | 0.0 | 1989 | 20 | 0.0% | 100.0% |

0097479

## ALTERNATIVE OFFBALANCE SHEET APPROACHES & ISSUES

**FAS 77 Sale of Receivables**
- On balance sheet debt is replaced with FAS 77 sale of lease receivables (only minor document changes needed)
- Benefit is 85% of exposure is moved off balance sheet
- Issues:
  - Result is sensitive to interest rates:
    - at 9.0%/8.25% book loss on sale is $17.0MM
    - a 50 BP increase in rates increases loss to $57.4MM
    - mitigated through "cherry picking" or reduction in non-recourse amount, or certain accounting changes
  - FAS 77 requires that future losses are estimable; accountants have identified numerous issues relating to our ability to do this

**FAS 77 Sale of Receivables with Deconsolidation**
- Contribute assets to a non-consolidated partnership
- Sell 85% through FAS 77 sale, and borrow additional amounts to reduce TIFC interest to less than 50%
- Control of non-consolidated partnership rests with unrelated general partner
- Benefit is portion remaining on the balance sheet after FAS 77 sale is only the equity in the partnership
- Issues:
  - Third party has operating control of assets (although there are mitigating protections, i.e. B&B; unwind)
  - Accounting may not accept non-consolidation of partnership due to level of continuing risk

**Substitution of Lessee**
- Structure
  - Sub-lease is modified to cause lease to be rebooked
  - Simultaneous sale/leaseback of portfolio
  - Assignment of sub-lease receivable to head lease obligations results in removal of assets from the balance sheet (¶35 of FASB 13)
- Benefit is that entire exposure is off balance sheet
- Issues:
  - Requires real concessions to airline sub-lessees
  - May require more cooperation from airlines than other approaches
  - Accounting issue resolution of criteria from rebooking leases, and proper method for booking gain/loss on sale

# Aviation Exposure Sell Down Project

*Exhibit A*

## FAS 77 Sale of Receivables

### Structure Summary
- TIFC sells 90% of its lease receivable
  - 60% non-recourse
  - 30% recourse
- TIFC reduces the net assets on the balance sheet by 85% (90% X total lease receivable of $0.94 per $1.00 of book value)
- TIFC continues to recognize income on the remaining 10% lease receivable and to accrete income on the remaining residual receivable
- This treatment can be accomplished with a minor document change from the on-balance-sheet debt structure previously presented, provided below accounting issues are resolved

### Potential Downside
- Sale of receivables at 9%/8.25% (non-recourse/recourse) implicit rates results in a book loss of $17.0MM (A 50bp increase in interest rates increases the loss to $57.4MM)
  - Possible mitigants: "cherry pick" deals, reallocate book basis between residual & gross rents, sell less non-recourse debt.
- Additional up front loss may need to be booked if the future exposure amount exceeds the projected fair market value

### Accounting Issues
**Two Lessee Portfolio**
- If a portfolio of receivables has only two lessees, can future losses be estimated under FAS 77?

**Reference to Residual Value to Estimate Loss**
- Can the residual value of the underlying asset be taken into account when estimating future losses on the sale of a portfolio of receivables?

**Projected FMV Shortfall**
- If projected residual values are less than the outstanding lease and residual receivables balance at some point in the future, does that shortfall result in a loss today?

**Change in Accounting Procedure Being Reviewed**
- TIFC currently books its single investor leases with the initial value entirely in the lease receivable, rather than spread between the lease and residual value receivables. In total the asset values are the same. Can TIFC reallocate the book values between lease and residual receivable to reflect the true net present value of each, thereby reducing the loss on a FAS 77 sale of receivables?

**GEAE Rent Subsidy**
- The GEAE rent subsidy on the American leases has been booked as a single investor lease. If the American lease receivable is sold, is it correct to continue to recognize the GEAE subsidy on a single investor lease basis?

0097481

# Aviation Exposure Sell Down Project

**Exhibit B**

## FAS 77 Sale of Receivables with Deconsolidation

### Structure Summary
- Contribute assets into a non-consolidated partnership
- Sell 90% of the lease receivable (see exhibit A)
- Borrow additional amounts and distribute those amounts to reduce GECC's interest in partnership to less than 50%
- Balance sheet reflects only GECC's equity investment in the partnership

### Potential Downside:
- See Exhibit A
- To meet the standards for deconsolidation, TIFC will need to give up some degree of control of the assets
- Some residual leakage to partner in partnership
- Numerous accounting hurdles (see below)

### Deconsolidation Accounting Issues:

**General Partner Considerations**
- Can the general partner be a partnership in which Babcock & Brown exercises control?

**Third Party Investment Needed**
- What is the minimum 3rd party investment needed by a general partner to meet the substantial investment criteria?

**Priority Return to the Third Party Investor**
- Can the structure provide the 3rd party general partner with a priority type return through a fee arrangement, that then flips to provide TIFC with the bulk of the remaining return?

**Initial Capital Interest**
- Does structuring the deconsolidated partnership such that the initial capital account interest of the 3rd party general partner exceeds 50% help our deconsolidation arguement? If this capital interest dropped to 5% after a few years would the partnership then need to be consolidated?

**TIFC Retention of Risks & Rewards**
- If TIFC retains 97% of the risks & rewards of ownership, can deconsolidation be obtained even if true control is turned over to a general partner?

**Liquidity Support and Recourse Debt**
- If TIFC provides substantial additional financial support to the transaction (liquidity feature and recourse note) is deconsolidation still possible?

**TIFC Remarketing Agreement**

0097482

# Aviation Exposure Sell Down Project                                    Exhibit C

## Substitution of Lessee

### Structure Summary

- TIFC sells its interest in the portfolio to an unrelated third party and leases it back
  - The timing of the rental payments mirror the leases to American/USAir
  - TIFC has a bargain purchase option in the head lease; therefore, the lease is classified as a capital lease
- TIFC renegotiates its sub-lease in a substantial enough way to require rebooking as a new lease
  - New lease could be a capital or an operating lease
- The head lessor accepts the sub-lessee's lease payments as primary security for the head lease payments, with TIFC being secondarily liable for the payments.
  - This removes the lease from the balance sheet under paragraphs 35-38 of FASB 13
  - The more secondary liability provided, the higher the sales price to the head lessor.

### Accounting Issues:

**Substantial Lease Modification**
- What is the definition of a substantial lease modification? Arthur Andersen has indicated that a lease modification that results in a 3% increase or decrease in present value over the original lease term is substantial. Do we agree with this threshold?

**Modification Concurrent with Head Lease**
- If the sub-lease is not modified in a substantial way, is the head lease sale subject to FAS 77 sale of receivable rules rather than FASB 13? Does the substantial modification concurrent with the head lease solve this problem?

**Head Lessor Equity**
- How much equity must the head lessor have to ensure non-consolidation with TIFC (or non-consolidation with the sub-lessee, after substitution)?

**Offsetting Gain & Losses**
- If the sale of the portfolio to the head lessor generates gains on some leases, and losses on other, can they be offset? Are gains recognized over the lease term?

**Operating Lease Limitations**
- If the sub lease is rebooked as an operating lease, is the net book value of the operating lease equipment limited to the lower of (i) current capital lease nbv, (ii) fair market value or (iii) original cost?