

# GE Financial Services

# Strategic Review
## July 7, 1992



0097321

# Transportation And Industrial Market

**Financial & Strategic Objectives:** Continue Double-Digit Earnings Growth Through '95 While...
- Maintaining 25%+ ROE
- Not Increasing Overall Risk Profile
- Not Relying "As Much" On Asset Plays

## But Key Markets Are Under Stress...

### Air

- $42B/Yr. New Aircraft Deliveries
- Demand for Capital Remains High
- Domestic Airlines Incurring Multi-Billion Losses
- GE Exposure Is A Major Constraint

**Big Opportunity But Constrained**

### Energy

- $5-7B/Yr. U.S. Market -- TIFC Has Leadership Position
- Public Debt Market Becoming Important in U.S.
- Competition Intensifying Rapidly (European/Canadian Banks, Investor Funds)

**Opportunity Remains But Meaningful Growth Unlikely**

### Industrial

- $50B+ Market
- Global/Environmental Changes Mandate Heavy Capex
- Global Overcapacity Plaguing Several Markets
- Steep Yield Curve
- Return of Aggressive Competitors

**Short Term: Market Constrained
Long Term: Excellent Opportunity But Must Be Selective**

### Traditional Sources of TIFC Growth Will Not Sustain Business

**Key Issues**
- Growth
- International
- Airline Exposure
- Portfolio Management



0097322

## Transportation and Industrial                                              Airline Exposure

### Significant Investment Opportunity Exists In Today's Aviation Market ...
### ... GE System Constraints MUST Be Addressed

**Strategy**
- *#1 Priority* Reduce Exposure (one time event)
- Manage On-Going Exposure Through GE-Wide Coordination Of Financing, Remarketing And Underwriting ...

| ($B) Exposure* | |
|---|---|
| GE Capital | $ 6.0 |
| GEAE | 3.8 |
| | $ 9.8 |

* Includes Future Commitments

**Objective** — Reduce Exposure $500MM-$1B by Year End

**Approach** — Two Active Concepts Being Pursued: Securitization and Insurance

### Securitization

- **Concept**: Securitize Part of GE Capital Portfolio - Tap New Markets
- **Key Issues**: 
  - Increase Portfolio Diversity
  - Minimize Foregone Income
- **Status**: 
  - 7 Investment Bankers Asked To "Bid" On Parts of a $2.8B Portfolio
  - Responses Received
  - Several Proposals Being Studied

### Insurance

- **Concept**: Purchase Financial Risk Insurance to cover GEAE Contingent Liabilities
- **Key Issues**: 
  - Cost of Insurance
  - New Product, Never Before Tried
  - Customer Acceptance
- **Status**: 
  - GE Capital/AE Team Formed to Analyze Exposure
  - Bids to Be Solicited by End of 3Q

### *Take Exposure Down So We Can Stay in the Game ...*

0097323

## Transportation and Industrial — *Portfolio Management*

**By Year-End, TIFC Will have Reduced Non Earnings from $720 Million to Under $100 Million...**



### Non-Earning Assets

| | 6/91 | 12/91 | 6/92E | 12/92E |
|---|---|---|---|---|
| ($MM) | 720 | 213 | 140 | 90 |
| 30+ Delinquency | .30% | .13% | .11% | .11% |

Note: As of 6/92 – $132MM Pen Am Off-Lease

### Write-Offs

*Continue at less than 1% ANI...*

| | 89 | 90 | 91 | 92E |
|---|---|---|---|---|
| % ANI | 0.3% | 0 | 0.9% | 0.8% |
| Write-Offs ($MM) | $1 | – | $54 | $60 |

### Risk Management

- Portfolio & Underwriting Teams Segmented by Market
- Dedicated Resources to Early Detection of Portfolio Problems
- Asset/Credit-Driven Underwriting
- Monthly Review of <u>All</u> Accounts
- Intense Management of Watch Accounts – Aids in Early Solutions

*Proactive Account Management Is Critical to Resolve Accounts FAST*

24  26069 Lenhard