

**GE Capital**

Transportation & Industrial Funding Corporation
A unit of General Electric Capital Corporation
1600 Summer Street
Stamford, CT 06927-1510

TO: Bill Price

FROM: R. L. Lewis

DATE: April 28, 1992

SUBJECT: T & I Strategic Issues

As Gary requested, following are three significant Strategic Issues for T & I:

1. How Do We Grow The Business? As configured and focused, T & I is "settling in" as a $2Billion investment business that makes around $200MM. Given the artificial and market constraints on its key segments, how does it grow?

2. Access To Third Party Capital: Syndications has been an important part of T & I's strategy for three years, but has now moved to "center stage" in terms of being critical. It must become an even broader based, multi-investor capital provider to allow T & I to compete, avoid concentration, and leverage our skills.

3. People: Three years of growth and skill mix changes have built a diverse, talented pool of people. Given the issue of growth, career impatience and market opportunities, how do we maintain motivation and keep them?



0097233