

# GE Capital

# Presentation to
# Morgan Stanley & Co., Inc.

## May 12, 1992



0097234

## GE CAPITAL PORTFOLIO SECURITIZATION        OVERVIEW

# GE Capital Objectives:

- Access liquidity in marketplace to meet industry's growing demand

- Tap into wider pool of investor capital

- Achieve off-balance financing for a portion of current portfolio

0097235

## GE CAPITAL PORTFOLIO SECURITIZATION          OVERVIEW

# Options for Consideration:

- Securitize pool of aircraft lease rental streams

- Seek partner to contribute cash and/or aircraft to partnership leveraged by securitized debt

- Other alternatives as you may suggest

0097236

## *GE CAPITAL PORTFOLIO SECURITIZATION*     *OVERVIEW*

# Proposal Specifications:

- **Structures and benefits achieved**
- **Equity and debt sources**
- **Credit enhancement requirements**
- **Your organization:**
    - **role**
    - **pertinent experience**
    - **assigned team members**
- **Timetable:  June 3, 1992**

0097237

0097238



GE Capital

May 12, 1992

Morgan Stanley & Co., Inc.
1251 Avenue of the Americas
New York, NY 10020

Attn: Mr. John (Jack) Hollihan

Dear Mr. Hollihan:

GE Capital is hereby inviting your participation in an important project in the commercial aviation industry.

Over $480 Billion of capital is needed for the industry in the next 10 years, of which only $250 Billion is identified. Since no investor in this industry today can realistically expect to meet the need, new investors are clearly needed.

Accordingly, we seek to find new investors by re-packaging about $2 Billion of our investments and selling them to new investors over a 1-2 year period. The resulting liquidity would in turn enhance our ability to provide additional financing to the industry.

## Process

We believe others can help us accomplish this objective in ways that are detailed below. In addition to yourselves, we have selected a few others around the world to make suggestions on how best to accomplish this objective.

We are requesting your thoughts by June 3, 1992 in any format you choose. By mid-June, we hope to have narrowed the field of possible advisors/participants to 1 or 2, before implementing the recommendations made.

0097239

## Options Being Considered

We are considering essentially two courses of action, both involving securitization of debt:

1.   Sale of securitized pool of aircraft lease streams,

2.   Sale to a partnership, leveraged by the sale of securitized debt instruments, of 15-20 single investor leases.

We seek a sale of assets at the higher of book or fair market value.  Our book values will be included in the "Information Package".

This project is being undertaken jointly by the Transportation and Industrial Funding Corporation and Polaris Aircraft Leasing Corporation.  As such, the assets in question include loans, operating leases, and full-payout (single investor) leases.

We have assembled a team of aviation, syndication, securitization, leasing, and legal experts to address this project.

## Confidentiality

As you gather thoughts and prepare your suggestions, we recognize that you may wish to speak to others outside your organization.  Please do not do so until we talk.  If each possible advisor/participant began soliciting potential investors and discussing the matter with rating agencies at this preliminary stage, the program could be jeopardized.

Once you have signed and returned the enclosed confidentiality letter, we will send you the "Information Package" which details the transactions (through 3/31/92) that we consider appropriate for this project.  It is our hope that such information will help you in making more useful recommendations.

## Recommendations

There are several issues that confront us as we attempt to accomplish our objective.  We would invite your comments on as many of these as possible:

0097240

- **Structure**
    - One of the above structures, or an alternative
    - If you suggest an alternative, let's discuss why
    - Repeated use of recommended structure:
        a. In a pooled arrangement, or,
        b. As each subsequent investment is made.

- **Equity Sources**

    - Types (tax vs cash-on-cash; financial vs. industrial)
    - Contribution of assets or cash (and if assets, how to minimize the issues with valuation of those assets).

- Extent, if any, to which enhancement of credit quality will be needed, and how that enhancement should be structured.

- Your experience in:
    a. Securitizing aviation assets
    b. Placing such assets worldwide,
    c. Securing equity, if applicable

- Identify experiences of individuals assigned to work with us.

We want to be sure to understand the role that you would propose for yourself. We recognize that it may range from advisor to equity investor. Whatever the case, please be explicit on your fee expectations. We would prefer fees contingent on success. As to costs incurred during preparation of the proposal, we expect you to cover your own as we have ours.

0097241

Should you have any questions or comments about this letter, the enclosed confidentiality letter or the proposed program, please call either one of us at the numbers below. We look forward to hearing from you

Sincerely,


W. E. Barker
Executive Vice President
Transportation & Industrial Funding
GE Capital Corporation

Howard L. Feinsand
Senior Vice President
Polaris Aircraft Leasing Corp.

0097242

0097243

# INFORMATION PACKAGE

## Overview

This package contains financial and equipment information on selected leases from GE Capital's portfolio. Selected leases are either single investor or operating leases. All equipment is stage 3. There are a total of 72 planes in this package.

| | |
|---|---|
| Single Investor Leases | 45 |
| Operating Leases | <u>27</u> |
| | 72 |

## Format of Information

Information on all 72 planes is included here in the following format:

- Summary of equipment and lease information (1 page).
- Rent Information (up to several pages).
- Stipulated Loss Information (up to several pages).

## Additional Assets in Portfolio

Additional assets are available for consideration. They have been excluded from this package due to any one of the following characteristics.

- Ownership FSC
- Leveraged Lease Stucture
- Lease In Lease Out Structure
- Lessee is in Chapter 11
- Loan

### GE Capital Portfolio

| | |
|---|---|
| Stage 3<br>Single Investor or Operating Lease | information included in this package. |
| Ownership FSC<br>Leveraged Lease Stucture<br>Lease In Lease Out Structure<br>Lessee is in Chapter 11<br>Loan | additional information is available upon request if a proposal allows usage of these assets. |

0097244

# CONFIDENTIAL
## GE Capital Air Portfolio

**Lessee:**  US Air

**Aircraft:**  B737−4B7

**Engines:**  2xCFM56−3B2

**Registration #:**  N449AU

**Serial Number:**  24893

**Manuf. Date:**  1990

**Book Value:**  $ 33.6 million as of March 31, 1992

**Structure:**  Single Investor Lease

**Purchase Option:**  Fair Market Value (FMV)

**Renewal Option:**  1, 2, 3, 4 or 5 years at FMV or at 80% of average basic rent for 5 years

**Termination Option:** None

**Maintenance Information:**
– to follow award of mandate

**Return Conditions:**
– to follow award of mandate

**Tranfer & Other Information:**
– transferee assumes obligation in writing
– transferee is bank/financial institution with net worth of at least $75 mill. (may be met by parent guarantee)
– transfer would not violate securities laws or ERISA
– transferee is not an airline or member of a consolidated group with more than 10% airline revenues
– transferee is a U.S. citizen for FAA purposes
– Only 1 owner participant after transfer, unless all other terms complied with or unless GECC is transferor
– no more than 3 transfers unless among affiliates or unless the transferor is GECC
– GECC may transfer less than all its interest to a U.S. citizen which is not an airline and which does not meet the $75 million test if GECC remains obligated

The Rent & Stipulated Loss Tables Attached Use A  $ 31.0 Million Original

0097245

Schedule
to the Lease

## BASIC RENT PAYMENT SCHEDULE

| Basic Rent Payment Date | Basic Rent Percentage Advance | Arrears |
|---|---|---|
| 2 JUL 1991 | 0.00000000 | 0.12788768 |
| 2 JAN 1992 | 0.00000000 | 4.94830800 |
| 2 JUL 1992 | 0.00000000 | 4.94830800 |
| 2 JAN 1993 | 0.00000000 | 4.94830800 |
| 2 JUL 1993 | 0.00000000 | 4.94830800 |
| 2 JAN 1994 | 0.00000000 | 4.94830800 |
| 2 JUL 1994 | 0.00000000 | 4.94830800 |
| 2 JAN 1995 | 0.00000000 | 4.94830800 |
| 2 JUL 1995 | 0.00000000 | 4.94830800 |
| 2 JAN 1996 | 0.00000000 | 4.94830800 |
| 2 JUL 1996 | 0.00000000 | 4.94830800 |
| 2 JAN 1997 | 0.00000000 | 4.94830800 |
| 2 JUL 1997 | 0.00000000 | 4.94830800 |
| 2 JAN 1998 | 0.00000000 | 4.94830800 |
| 2 JUL 1998 | 0.00000000 | 4.94830800 |
| 2 JAN 1999 | 0.00000000 | 4.94830800 |
| 2 JUL 1999 | 0.00000000 | 4.94830800 |
| 2 JAN 2000 | 0.00000000 | 4.94830800 |
| 2 JUL 2000 | 0.00000000 | 4.94830800 |
| 2 JAN 2001 | 0.00000000 | 4.94830800 |
| 2 JUL 2001 | 6.04793203 | 5.49812000 |
| 2 JAN 2002 | 6.04793203 | 0.00000000 |
| 2 JUL 2002 | 6.04793203 | 0.00000000 |
| 2 JAN 2003 | 6.04793203 | 0.00000000 |
| 2 JUL 2003 | 6.04793203 | 0.00000000 |
| 2 JAN 2004 | 6.04793203 | 0.00000000 |
| 2 JUL 2004 | 6.04793203 | 0.00000000 |
| 2 JAN 2005 | 6.04793203 | 0.00000003 |
| 2 JUL 2005 | 6.04793203 | 0.00000000 |
| 2 JAN 2006 | 6.04793203 | 0.00000000 |
| 2 JUL 2006 | 6.04793203 | 0.00000000 |
| 2 JAN 2007 | 6.04793203 | 0.00000000 |
| 2 JUL 2007 | 6.04793203 | 0.00000000 |
| 2 JAN 2008 | 6.04793203 | 0.00000000 |
| 2 JUL 2008 | 6.04793203 | 0.00000000 |
| 2 JAN 2009 | 6.04793203 | 0.00000000 |
| 2 JUL 2009 | 6.04793203 | 0.00000000 |
| 2 JAN 2010 | 6.04793203 | 0.00000000 |
| 2 JUL 2010 | 6.04793203 | 0.00000000 |

| Settlement Date | Termination & Stipulated Loss Value As % Of Cost ( Rent Not Included ) |
|---|---|
| 2 JAN 1991 | 100.95946726 |
| 2 FEB 1991 | 102.16752663 |
| 2 MAR 1991 | 103.14249097 |
| 2 APR 1991 | 104.11788923 |
| 2 MAY 1991 | 105.30651333 |
| 2 JUN 1991 | 106.29003903 |
| 2 JUL 1991 | 107.13870790 |
| 2 AUG 1991 | 107.28381088 |
| 2 SEP 1991 | 107.46487625 |
| 2 OCT 1991 | 107.60694669 |
| 2 NOV 1991 | 107.75524189 |
| 2 DEC 1991 | 107.90980195 |
| 2 JAN 1992 | 108.05480794 |
| 2 FEB 1992 | 108.15627603 |
| 2 MAR 1992 | 108.26370747 |
| 2 APR 1992 | 108.37009210 |
| 2 MAY 1992 | 108.47626094 |
| 2 JUN 1992 | 108.58842340 |
| 2 JUL 1992 | 108.70040726 |
| 2 AUG 1992 | 108.76864061 |
| 2 SEP 1992 | 108.84262332 |
| 2 OCT 1992 | 108.91618162 |
| 2 NOV 1992 | 108.99552356 |
| 2 DEC 1992 | 109.08068639 |
| 2 JAN 1993 | 109.16549679 |
| 2 FEB 1993 | 109.20638172 |
| 2 MAR 1993 | 109.25283992 |
| 2 APR 1993 | 109.30214693 |
| 2 MAY 1993 | 109.35494338 |
| 2 JUN 1993 | 109.41338981 |
| 2 JUL 1993 | 109.47538452 |
| 2 AUG 1993 | 109.49330685 |
| 2 SEP 1993 | 109.51665461 |
| 2 OCT 1993 | 109.54332468 |
| 2 NOV 1993 | 109.57547649 |
| 2 DEC 1993 | 109.61314536 |
| 2 JAN 1994 | 109.65422873 |
| 2 FEB 1994 | 109.65110509 |
| 2 MAR 1994 | 109.65327137 |
| 2 APR 1994 | 109.65981138 |
| 2 MAY 1994 | 109.67247457 |
| 2 JUN 1994 | 109.69052933 |
| 2 JUL 1994 | 109.71478140 |
| 2 AUG 1994 | 109.69471809 |
| 2 SEP 1994 | 109.67983564 |
| 2 OCT 1994 | 109.67093843 |
| 2 NOV 1994 | 109.66729397 |
| 2 DEC 1994 | 109.66893607 |
| 2 JAN 1995 | 109.67666982 |
| 2 FEB 1995 | 109.63998183 |

4

Exhibit
to Lease

| Settlement Date | Termination & Stipulated Loss Value As % Of Cost ( Rent Not Included ) |
|---|---|
| 2 MAR 1995 | 109.60836766 |
| 2 APR 1995 | 109.58220265 |
| 2 MAY 1995 | 109.56195024 |
| 2 JUN 1995 | 109.54687747 |
| 2 JUL 1995 | 109.53778872 |
| 2 AUG 1995 | 109.48416992 |
| 2 SEP 1995 | 109.43551592 |
| 2 OCT 1995 | 109.39262973 |
| 2 NOV 1995 | 109.35477744 |
| 2 DEC 1995 | 109.32199147 |
| 2 JAN 1996 | 109.29507548 |
| 2 FEB 1996 | 109.22351465 |
| 2 MAR 1996 | 109.15680310 |
| 2 APR 1996 | 109.09531474 |
| 2 MAY 1996 | 109.03951155 |
| 2 JUN 1996 | 108.98865909 |
| 2 JUL 1996 | 108.94356029 |
| 2 AUG 1996 | 108.85369958 |
| 2 SEP 1996 | 108.76857033 |
| 2 OCT 1996 | 108.68897403 |
| 2 NOV 1996 | 108.61417528 |
| 2 DEC 1996 | 108.54420496 |
| 2 JAN 1997 | 108.47986520 |
| 2 FEB 1997 | 108.37063964 |
| 2 MAR 1997 | 108.26602086 |
| 2 APR 1997 | 108.16638120 |
| 2 MAY 1997 | 108.07581743 |
| 2 JUN 1997 | 107.98998060 |
| 2 JUL 1997 | 107.91330853 |
| 2 AUG 1997 | 107.79167127 |
| 2 SEP 1997 | 107.67456086 |
| 2 OCT 1997 | 107.56641387 |
| 2 NOV 1997 | 107.46288060 |
| 2 DEC 1997 | 107.36399075 |
| 2 JAN 1998 | 107.27418162 |
| 2 FEB 1998 | 107.13932272 |
| 2 MAR 1998 | 107.00890554 |
| 2 APR 1998 | 106.88491755 |
| 2 MAY 1998 | 106.77348505 |
| 2 JUN 1998 | 106.66664511 |
| 2 JUL 1998 | 106.57247108 |
| 2 AUG 1998 | 106.43321917 |
| 2 SEP 1998 | 106.29838070 |
| 2 OCT 1998 | 106.17602787 |
| 2 NOV 1998 | 106.05819729 |
| 2 DEC 1998 | 105.94491808 |
| 2 JAN 1999 | 105.84426331 |
| 2 FEB 1999 | 105.69848894 |
| 2 MAR 1999 | 105.55708601 |
| 2 APR 1999 | 105.42365770 |

0097248

Exhibit
to Lease

| Settlement Date | Termination & Stipulated Loss Value As % Of Cost ( Rent Not Included ) |
|---|---|
| 2 MAY 1999 | 105.30272410 |
| 2 JUN 1999 | 105.18632188 |
| 2 JUL 1999 | 105.08252401 |
| 2 AUG 1999 | 104.93358629 |
| 2 SEP 1999 | 104.78899965 |
| 2 OCT 1999 | 104.65683589 |
| 2 NOV 1999 | 104.52913120 |
| 2 DEC 1999 | 104.40591432 |
| 2 JAN 2000 | 104.29525789 |
| 2 FEB 2000 | 104.13941745 |
| 2 MAR 2000 | 103.98788366 |
| 2 APR 2000 | 103.84425924 |
| 2 MAY 2000 | 103.71306389 |
| 2 JUN 2000 | 103.58633386 |
| 2 JUL 2000 | 103.47214167 |
| 2 AUG 2000 | 103.31274271 |
| 2 SEP 2000 | 103.15762747 |
| 2 OCT 2000 | 103.01486732 |
| 2 NOV 2000 | 102.87649802 |
| 2 DEC 2000 | 102.74254785 |
| 2 JAN 2001 | 102.62108904 |
| 2 FEB 2001 | 102.36274133 |
| 2 MAR 2001 | 102.10863026 |
| 2 APR 2001 | 101.86235812 |
| 2 MAY 2001 | 101.62981065 |
| 2 JUN 2001 | 101.40166593 |
| 2 JUL 2001 | 101.18736260 |
| 2 AUG 2001 | 95.72984379 |
| 2 SEP 2001 | 96.32405845 |
| 2 OCT 2001 | 96.93150930 |
| 2 NOV 2001 | 97.54287129 |
| 2 DEC 2001 | 98.15816960 |
| 2 JAN 2002 | 98.78683985 |
| 2 FEB 2002 | 93.31078168 |
| 2 MAR 2002 | 93.88633762 |
| 2 APR 2002 | 94.46978168 |
| 2 MAY 2002 | 95.06681822 |
| 2 JUN 2002 | 95.66769884 |
| 2 JUL 2002 | 96.28228421 |
| 2 AUG 2002 | 90.79205047 |
| 2 SEP 2002 | 91.35333957 |
| 2 OCT 2002 | 91.92807849 |
| 2 NOV 2002 | 92.50651794 |
| 2 DEC 2002 | 93.08868172 |
| 2 JAN 2003 | 93.68442974 |
| 2 FEB 2003 | 88.17523738 |
| 2 MAR 2003 | 88.71744577 |
| 2 APR 2003 | 89.26751675 |
| 2 MAY 2003 | 89.83096533 |
| 2 JUN 2003 | 90.39804173 |

0097249

Exhibit
to Lease

| Settlement Date | Termination & Stipulated Loss Value As % Of Cost ( Rent Not Included ) |
|---|---|
| 2 JUL 2003 | 90.97860523 |
| 2 AUG 2003 | 85.45413057 |
| 2 SEP 2003 | 85.98095828 |
| 2 OCT 2003 | 86.52101393 |
| 2 NOV 2003 | 87.06454679 |
| 2 DEC 2003 | 87.61157925 |
| 2 JAN 2004 | 88.17196974 |
| 2 FEB 2004 | 82.62719219 |
| 2 MAR 2004 | 83.13358628 |
| 2 APR 2004 | 83.64761236 |
| 2 MAY 2004 | 84.17478397 |
| 2 JUN 2004 | 84.70534982 |
| 2 JUL 2004 | 85.24916769 |
| 2 AUG 2004 | 79.68771082 |
| 2 SEP 2004 | 80.17731820 |
| 2 OCT 2004 | 80.67991388 |
| 2 NOV 2004 | 81.18574557 |
| 2 DEC 2004 | 81.69483411 |
| 2 JAN 2005 | 82.21703639 |
| 2 FEB 2005 | 76.63382475 |
| 2 MAR 2005 | 77.10153728 |
| 2 APR 2005 | 77.57663276 |
| 2 MAY 2005 | 78.06462309 |
| 2 JUN 2005 | 78.55575540 |
| 2 JUL 2005 | 79.05988583 |
| 2 AUG 2005 | 73.45848599 |
| 2 SEP 2005 | 73.90789322 |
| 2 OCT 2005 | 74.37002991 |
| 2 NOV 2005 | 74.83514212 |
| 2 DEC 2005 | 75.30324901 |
| 2 JAN 2006 | 75.78420576 |
| 2 FEB 2006 | 70.15948303 |
| 2 MAR 2006 | 70.58541721 |
| 2 APR 2006 | 71.01846533 |
| 2 MAY 2006 | 71.46413758 |
| 2 JUN 2006 | 71.91267935 |
| 2 JUL 2006 | 72.37394500 |
| 2 AUG 2006 | 66.72940439 |
| 2 SEP 2006 | 67.13539309 |
| 2 OCT 2006 | 67.55383170 |
| 2 NOV 2006 | 67.97496448 |
| 2 DEC 2006 | 68.39880876 |
| 2 JAN 2007 | 68.83521792 |
| 2 FEB 2007 | 63.16566077 |
| 2 MAR 2007 | 63.54647186 |
| 2 APR 2007 | 63.93410635 |
| 2 MAY 2007 | 64.33407259 |
| 2 JUN 2007 | 64.73661404 |
| 2 JUL 2007 | 65.15158322 |

4

0097250

Exhibit
to Lease

| Settlement Date | Termination & Stipulated Loss Value As % Of Cost ( Rent Not Included ) |
|---|---|
| 2 AUG 2007 | 59.46044804 |
| 2 SEP 2007 | 59.81954217 |
| 2 OCT 2007 | 60.19078428 |
| 2 NOV 2007 | 60.56441667 |
| 2 DEC 2007 | 60.94045472 |
| 2 JAN 2008 | 61.32874985 |
| 2 FEB 2008 | 55.61076889 |
| 2 MAR 2008 | 55.94284438 |
| 2 APR 2008 | 56.28142949 |
| 2 MAY 2008 | 56.63203053 |
| 2 JUN 2008 | 56.98488895 |
| 2 JUL 2008 | 57.34985520 |
| 2 AUG 2008 | 51.60839514 |
| 2 SEP 2008 | 51.91684037 |
| 2 OCT 2008 | 52.23710747 |
| 2 NOV 2008 | 52.55943664 |
| 2 DEC 2008 | 52.88384117 |
| 2 JAN 2009 | 53.22017031 |
| 2 FEB 2009 | 47.44988877 |
| 2 MAR 2009 | 47.72932695 |
| 2 APR 2009 | 48.01493583 |
| 2 MAY 2009 | 48.31221955 |
| 2 JUN 2009 | 48.61141736 |
| 2 JUL 2009 | 48.92237750 |
| 2 AUG 2009 | 43.12656361 |
| 2 SEP 2009 | 43.38030505 |
| 2 OCT 2009 | 43.64551613 |
| 2 NOV 2009 | 43.91243481 |
| 2 DEC 2009 | 44.18107207 |
| 2 JAN 2010 | 44.46127489 |
| 2 FEB 2010 | 38.63450565 |
| 2 MAR 2010 | 38.85709242 |
| 2 APR 2010 | 39.08548386 |
| 2 MAY 2010 | 39.32518173 |
| 2 JUN 2010 | 39.56642292 |
| 2 JUL 2010 | 39.81905328 |
| 2 AUG 2010 | 33.96453405 |
| 2 SEP 2010 | 34.15919216 |
| 2 OCT 2010 | 34.36493951 |
| 2 NOV 2010 | 34.57201159. |
| 2 DEC 2010 | 34.78041692 |
| 2 JAN 2011 | 35.00000000 |

44

0097251