## GE Capital
### Transportation & Industrial Funding



Issues
- Reserve GSAS exposure
- Fix Power Funding situation
- New growth situation

# Second Quarter Operating Review

**GROWTH: WHERE IT'S GOING TO COME FROM**



June 5, 1992

0097300

# TIFC
## Commercial Aviation Financing

0097301

**Mission:** Develop GE Capital Aviation Finance into recognized industry leader on par with GPA and ILFC by 1995

### OBJECTIVES

I. Develop syndication to reduce and upgrade system aviation exposure.

II. Invest $1B+ annually in diversified aircraft transactions.

III. Broaden focus into related operating businesses.

### INTERNAL REALITIES

| System Exposure | | Planes on the Ground | |
|---|---|---|---|
| T&I | $ 4.2B | (3) DC-9-50 | $ 12MM |
| Polaris | 2.5B | (2) A300 | 49MM |
| GEAE | (3.8B) | (6) 747-100 CRAF | 128MM |
| | $ 10.5B | (9) 727-100 & | |
| | | (11) Spare Engines | 16MM |

*(handwritten annotations: "what's limit to", "to total this is", "$8.5B", "smaller", "smaller")*

***SUCCESSFUL REMARKETING AND SELLDOWN SHOULD PROVIDE BASIS FOR ADDED GROWTH***

### RATIONALE

### MARKET ENVIRONMENT

- Traffic growth 5.5%/year; 4.7% U.S.
- $42B/yr of new A/C deliveries; 59% non U.S.
- At least 80% financing needed
- Airlines looking for manufacturer support
- GE exposure: 15% Europe; 5% Asia; 5% L.A.
- Asian airlines profitable 1990 ($1.3B); modest losses in Europe ($.67B) and Latin Amer. ($.24B)
- U.S. losses large ($5.3B)

***HUGE MARKET BEYOND U.S. FOR GOOD DIVERSIFIED GROWTH***

# STRATEGY

## SYNDICATE

**Strategy:**
Develop Products to Expand Funding Sources;
Manage Exposure:
- Securitized sale of lease streams
- Leverage tax partnerships
- Non tax sale operating leaseback
- GEAE insurance product
- Other?

**Implementation:**
- Oct. 91 - April 92: Portfolio review; Preliminary Modeling
- May-June 1992: Discussions with Investment Bankers (7)
- June 30, 1992: Proposals due from Investment Bankers
- July 1992: Selection of Investment Banking Advisors
- Aug - Dec 92: Structuring & Sale of Securities

## INVEST

**Strategy:**
I. Continue to expand Interaction between T&I/Polaris/GEAE to develop marketing strategies and priorities by customer
   - UAL, Fed Ex, PAL, etc.

II. Develop "Opportunistic Deals" with focus on customer and aircraft diversity
   - Widebody Aircraft
   - Leveraged & Single Investor FSC
   - Pacific Rim
   - Latin America
   - Europe, Middle East, Africa

## BROADEN

**Strategy:**
Develop related operating businesses:

I. Air Cargo Container Leasing:
   - Air/Leasing team formed
   - Meeting with Genstar June 4, 1992
   - Avialion Capital Inc. (consulting firm) providing data (gratis)
   - Initial assessment expected 6/26/92

II. Engine Leasing
   - Evaluating concept in conjunction with ex-Pan Am engines and EMMS
   - Decision on feasibility 7/31/92

---

# GECC SKILL BASE

**FINANCIAL INVESTOR**
- Financial Structuring
- Underwriting
- Marketing

**ASSET MANAGER**
- Asset Underwriting
- Aircraft Trading
- Industry Knowledge
- Syndication

### FOCUSED DEPLOYMENT OF GECC SKILL BASE NEEDED TO ACHIEVE MISSION

0097302