

GE Capital

May 21, 1992

Babcock & Brown, Inc.
599 Lexington Avenue, 45th Floor
New York, NY 10022

Attn:  Mr. James Fantaci

Dear Mr. Fantaci:

GE Capital is hereby inviting your participation in an important project in the commercial aviation industry.

Over $480 Billion of capital is needed for the industry in the next 10 years, of which only $250 Billion is identified. Since no investor in this industry today can realistically expect to meet the need, new investors are clearly needed.

Accordingly, we seek to find new investors by re-packaging about $2 Billion of our investments and selling them to new investors over a 1-2 year period. The resulting liquidity would in turn enhance our ability to provide additional financing to the industry.

### Process

We believe others can help us accomplish this objective in ways that are detailed below. In addition to yourselves, we have selected a few others around the world to make suggestions on how best to accomplish this objective.

We are requesting your thoughts by June 3, 1992 in any format you choose. By mid-June, we hope to have narrowed the field of possible advisors/participants to 1 or 2, before implementing the recommendations made.

CAS 00669

BB0669

### Options Being Considered

We are considering essentially two courses of action, both involving securitization of debt:

1. Sale of securitized pool of aircraft lease streams.

2. Sale to a partnership, leveraged by the sale of securitized debt instruments, of 15-20 single investor leases.

We seek a sale of assets at the higher of book or fair market value. Our book values will be included in the "Information Package".

This project is being undertaken jointly by the Transportation and Industrial Funding Corporation and Polaris Aircraft Leasing Corporation. As such, the assets in question include loans, operating leases, and full-payout (single investor) leases.

We have assembled a team of aviation, syndication, securitization, leasing, and legal experts to address this project.

### Confidentiality

As you gather thoughts and prepare your suggestions, we recognize that you may wish to speak to others outside your organization. Please do not do so until we talk. If each possible advisor/participant began soliciting potential investors and discussing the matter with rating agencies at this preliminary stage, the program could be jeopardized.

Once you have signed and returned the enclosed confidentiality letter, we will send you the "Information Package" which details the transactions (through 3/31/92) that we consider appropriate for this project. It is our hope that such information will help you in making more useful recommendations.

### Recommendations

There are several issues that confront us as we attempt to accomplish our objective. We would invite your comments on as many of these as possible:

CAS 00670

BB0670

- Structure

    - One of the above structures, or an alternative
    - If you suggest an alternative, let's discuss why
    - Repeated use of recommended structure:
        a. In a pooled arrangement, or,
        b. As each subsequent investment is made.

- Equity Sources

    - Types (tax vs cash-on-cash; financial vs. industrial)
    - Contribution of assets or cash (and if assets, how to minimize the issues with valuation of those assets).

- Extent, if any, to which enhancement of credit quality will be needed, and how that enhancement should be structured.

- Your experience in:
    a. Securitizing aviation assets
    b. Placing such assets worldwide,
    c. Securing equity, if applicable

- Identify experiences of individuals assigned to work with us.

We want to be sure to understand the role that you would propose for yourself. We recognize that it may range from advisor to equity investor. Whatever the case, please be explicit on your fee expectations. We would prefer fees contingent on success. As to costs incurred during preparation of the proposal, we expect you to cover your own as we have ours.

CAS 00671

BB0671

Should you have any questions or comments about this letter, the enclosed confidentiality letter or the proposed program, please call either one of us at the numbers below. We look forward to hearing from you

Sincerely,

W. E. Barker
Executive Vice President
Transportation & Industrial Funding
GE Capital Corporation

Howard L. Feinsand
Senior Vice President
Polaris Aircraft Leasing Corp.

CAS 00672

BB0672