| 105TH CONGRESS<br>*1st Session* | HOUSE OF REPRESENTATIVES | REPORT<br>105–220 |
|---|---|---|

# TAXPAYER RELIEF ACT OF 1997

## CONFERENCE REPORT

TO ACCOMPANY

## H.R. 2014



JULY 30, 1997.—Ordered to be printed

### h. Determination of penalties at partnership level (sec. 1238 of the House bill and sec. 1038 of the Senate amendment)

#### Present Law

Partnership items include only items that are required to be taken into account under the income tax subtitle. Penalties are not partnership items since they are contained in the procedure and administration subtitle. As a result, penalties may only be asserted against a partner through the application of the deficiency procedures following the completion of the partnership-level proceeding.

#### House Bill

The House bill provides that the partnership-level proceeding is to include a determination of the applicability of penalties at the partnership level. However, the provision allows partners to raise any partner-level defenses in a refund forum.

*Effective date.*—The provision is effective for partnership taxable years ending after the date of enactment.

#### Senate Amendment

The Senate amendment is the same as the House bill.

#### Conference Agreement

The conference agreement follows the House bill and the Senate amendment, with technical modifications.

### i. Provisions relating to Tax Court jurisdiction (sec. 1239 of the House bill and sec. 1039 of the Senate amendment)

#### Present Law

Improper assessment and collection activities by the IRS during the 150-day period for filing a petition or during the pendency of any Tax Court proceeding, "may be enjoined in the proper court." Present law may be unclear as to whether this includes the Tax Court.

For a partner other than the Tax Matters Partner to be eligible to file a petition for redetermination of partnership items in any court or to participate in an existing case, the period for assessing any tax attributable to the partnership items of that partner must not have expired. Since such a partner would only be treated as a party to the action if the statute of limitations with respect to them was still open, the law is unclear whether the partner would have standing to assert that the statute of limitations had expired with respect to them.

#### House Bill

The House bill clarifies that an action to enjoin premature assessments of deficiencies attributable to partnership items may be brought in the Tax Court. The provision also permits a partner to participate in an action or file a petition for the sole purpose of as-