**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

TIFD III-E INC., et al.,
    Plaintiffs,

v.

UNITED STATES OF AMERICA,
    Defendant.

Case No.
3: 01cv1839 (SRU)

**CONFERENCE MEMORANDUM**

On February 6, 2008, I held a phone conference on the record with David Curtin and Will Nelson, representing the plaintiffs, plaintiffs' representatives James Kalashian, Kenneth Kempson, and Donald Vasta, and Ronald Higgins, representing the United States. The purpose of the conference was to discuss scheduling in this matter.

I will hear oral argument on Tuesday, May 20, 2008 at 2:00 p.m. I indicated that I will notify the parties if I require further briefing on any issues or questions.

Dated at Bridgeport, Connecticut, this 6th day of February 2008.

   /s/ Stefan R. Underhill
       Stefan R. Underhill
       United States District Judge