01cv1839min

HONORABLE _Stefan R. Underhill_    Civil (April 18, 2004)

**DEPUTY CLERK** _____    RPTR/~~ERO/TAPE~~ _S. Catucci_

TOTAL TIME: _2_ hours _25_ minutes

DATE _May 20, 2008_    START TIME _2:00 pm_    END TIME _4:25 pm_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

_TIFD-IIIE, Inc._    CIVIL NO. _01-1839_

§
§
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

vs.

_United States_

_David Curtin, William Nelson,_
Plaintiffs Counsel _Josh Eisen_

_Robert Higgins_
Defendant Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ Motion Hearing    ☐ Show Cause Hearing

☐ Evidentiary Hearing    ☐ Judgment Debtor Exam

☒ Miscellaneous Hearing

**MOTION
DOCUMENT NO.**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | . . . . _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | . . . . _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | . . . . _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | . . . . _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | . . . . _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | . . . . _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | . . . . _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | . . . . | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | . . . . | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | . . . . | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | . . . . | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ . . . . . . . . ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

| | | | |
|---|---|---|---|
| ☐ | . . . . . . . . _____ | ☐ filed | ☐ docketed |
| ☐ | . . . . . . . . _____ | ☐ filed | ☐ docketed |
| ☐ | . . . . . . . . _____ | ☐ filed | ☐ docketed |
| ☐ | . . . . . . . . _____ | ☐ filed | ☐ docketed |
| ☐ | . . . . . . . . _____ | ☐ filed | ☐ docketed |
| ☐ | . . . . . . . . _____ | ☐ filed | ☐ docketed |
| ☐ | . . . . . . . . _____ | ☐ filed | ☐ docketed |
| ☐ | . . . . . . . . _____ | ☐ filed | ☐ docketed |
| ☐ | . . . . . . . . _____ | ☐ filed | ☐ docketed |
| ☐ | . . . . . . . . _____ | ☐ filed | ☐ docketed |

☐ . . . . . . . . _____ Hearing continued until _____ at _____